UNITED STATES DISTRICT COURT
FILED

April 18, 2000

EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEACOR MARINE, INC., ET AL.                         CIVIL ACTION

VERSUS                                              NO. 00-0166

HOUMA FABRICATORS, ET AL.                           SECTION "S"

### PRELIMINARY CONFERENCE NOTICE

A PRELIMINARY CONFERENCE will be held <u>BY TELEPHONE</u> on <u>May 4, 2000 at 10:45 a.m.</u>, for the purpose of scheduling discovery deadlines, a pre-trial conference and trial date. You must return the attached questionnaire <u>5</u> days before the preliminary conference.

<u>TRIAL COUNSEL</u> or a representative who if fully acquainted with all details of the case and authorized to enter into any necessary agreements must participate in the conference. Any motion to Continue must be filed one week prior to the above date.

April 18, 2000

David Stechmann (504) 589-7690
Courtroom Deputy, Section "S"

NOTICE:
<u>COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE</u>

<u>COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.</u>

```
__FEE_____
X PROCESS_____
X CHARGE  DS
__INDEX_____
__ORDER_____
X HEARING  DS
DOCUMENT NO.___
```

CASE NO. _____ "S"     UNITED STATES DISTRICT COURT       SUBMITTED BY: _____
                          EASTERN DISTRICT OF LOUISIANA       _____

1. Is this a jury or non-jury trial?                    Jury___   Non-jury___

2. How many days do you estimate for trial?             _____

3.a. Realistically, when do you think that this
     case will be ready to go to trial?                 _____

  b. Has this case previously been continued by
     the court?                                         Yes___              No___

  c. Would all parties consent to trial before a
     magistrate in order to have the earliest
     trial date?                                        Yes___              No___

4. Has a firm demand for settlement been
   submitted?                                           Yes___              No___
   Responded to?                                        Yes___              No___

  a. Would all parties consent to referral to
     a magistrate for settlement conference?            Yes___              No___

  b. Would all parties submit to arbitration
     or mediation?                                      Yes___              No___

5. Are any further amendments to pleadings
   anticipated?                                         Yes___              No___

6. Is discovery complete?                               Yes___              No___

7. Have all expert reports been exchanged?              Yes___              No___

8. Are there any pending motions?                       Yes___              No___

  a. Under submission? (list)
     _____
     _____

  b. Awaiting hearing? (list)
     _____
     _____

  c. Can this case be disposed of by Summary
     Judgment?                                          Yes___              No___

9.a. Do you anticipate any special problems in
     the trial of this case?                            _____

  b. On a scale of 1 - 10 how difficult are
     the legal issues?                                  _____