MINUTE ENTRY
SHUSHAN, M.J.
APRIL 28, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO: 00-0166 |
| HOUMA FABRICATORS, ETC., ET AL. | SECTION: "S" (1) |

### HEARING ON MOTION

APPEARANCES:   Submitted on briefs

MOTION:   PLAINTIFFS' MOTION TO COMPEL DEFENDANT, HOUMA FABRICATORS, A DIVISION OF L.O.R., INC., TO ANSWER DISCOVERY REQUESTS

**GRANTED.**

Before the court is the motion of plaintiffs to compel defendant, Houma Fabricators, a Division of L.O.R., Inc., to respond to interrogatories and requests for production of documents.

Local Rule 7.5 E. of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing

DATE OF ENTRY
MAY 0 1 2000

of the motion. No memorandum in opposition to plaintiffs' motion to compel discovery, set for hearing on May 3, 2000 at 9:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

IT IS ORDERED that the motion is GRANTED.[1] Defendant is ordered to respond to plaintiffs' discovery requests fully and in writing, in accordance with Federal Rule of Civil Procedure 33 and 34 and to make all responsive documents available to plaintiffs' counsel, within ten (10) days of entry of this order. All objections to the discovery requests, except on the grounds of attorney-client privilege and work product doctrine, are deemed waived.

SALLY SHUSHAN
United States Magistrate Judge

---

[1] A motion for reconsideration of this order, if any, must be filed within ten (10) days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition been filed, the costs incurred in connection with the motion, including attorneys' fees will be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.