

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT

2000 MAY -1  P 3: 46

LORETTA G. WHYTE

MINUTE ENTRY
SHUSHAN, M.J.
MAY 1, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO: 00-0166 |
| HOUMA FABRICATORS, ETC., ET AL. | SECTION: "S" (1) |

### HEARING ON MOTION

APPEARANCES:    Submitted on briefs

MOTION:    PLAINTIFFS' MOTION TO COMPEL ANSWERS TO DISCOVERY PROPOUNDED TO DEFENDANTS, COMP AIR LeROI AND DRESSER INDUSTRIES, INC.

**CONTINUED TO WEDNESDAY, MAY 31, 2000,** at which time the motion will be submitted on the briefs.

_____
SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY
MAY 0 2 2000