

MINUTE ENTRY
SHUSHAN, M.J.
MAY 24, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO: 00-0166 |
| HOUMA FABRICATORS, ETC., ET AL. | SECTION: "S" (1) |

MOTION: PLAINTIFFS' MOTION TO COMPEL ANSWERS TO DISCOVERY PROPOUNDED TO DEFENDANTS, COMP AIR LeROI AND DRESSER INDUSTRIES, INC.

At the request of counsel, plaintiffs' motion to compel discovery is continued to Wednesday, June 14, 2000 at 9:00 a.m., at which time the motion will be submitted on the briefs.

SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY
MAY 2 5 2000

Fee
Process
X Dktd
CtRmDep
Doc.No.