

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPAIR LEROI | * CIVIL ACTION<br>*<br>* NO. 00-0166<br>*<br>* SECTION "S"<br>*<br>* MAGISTRATE (1)<br>* |

### EX PARTE MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT, CERTIFICATE OF LACK OF OPPOSITION, AND ORDER

Defendants, LeRoi International, Inc. d/b/a CompAir LeRoi and Dresser Industries, Inc. ("LeRoi"), respectfully move this Court for an Order allowing them to file the attached Third Party Complaint in this matter against Gates Rubber Company and Hart Industries, Inc. Undersigned counsel have conferred with the attorneys for all other parties, and they expressed that they have no opposition to the filing of the instant Motion and Third Party Complaint.

DATE OF ENTRY
JUN 0 5 2000

466011_1.DOC

## ORDER

Based on the foregoing Exparte Motion for Leave to File Third Party Complaint,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that LeRoi's Motion for Leave to File Third Party Complaint is hereby GRANTED.

New Orleans, Louisiana, this 3rd day of June, 2000.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
*Magistrate*

Respectfully submitted,

_____
Campbell E. Wallace, T.A., #13195
Ivan M. Rodriguez, #22574
**CHAFFE, McCALL, PHILLIPS**
 **TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for LeRoi International, Inc. d/b/a**
**CompAir LeRoi and Dresser Industries, Inc.**

### Certificate of Service

I hereby certify that I have on this 1 day of June, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, or by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

_____

466011_1 DOC