

MINUTE ENTRY
SHUSHAN, M.J.
JUNE 14, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC., ET AL | CIVIL ACTION |
| VERSUS | NO: 00-0166 |
| HOUMA FABRICATORS, ETC., ET AL | SECTION: "S"(1) |

### HEARING ON MOTION

APPEARANCES:   Submitted on briefs

MOTION:   PLAINTIFFS' MOTION TO COMPEL ANSWERS TO DISCOVERY PROPOUNDED TO DEFENDANTS, COMP AIR LeROI AND DRESSER INDUSTRIES, INC.

**GRANTED**

Before the court is the motion of the plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., to compel answers to discovery propounded to defendants, Comp Air LeROI and Dresser Industries, Inc. The motion was filed on April 18, 2000, and originally noticed for hearing on May 3, 2000. The defendants filed an opposition on April 25, 2000, stating that the motion is

DATE OF ENTRY
JUN 15 2000

moot as it has served discovery responses on plaintiffs. Thereafter at the request of the parties the matter was continued and noticed for hearing on May 31, 2000, and continued again and noticed for hearing on June 14, 2000. The court has not received any reply from the plaintiffs contradicting the statement of the defendants that the motion is moot.

Accordingly, it is ORDERED that the motion of the plaintiffs to compel answers to discovery propounded defendants is DENIED as MOOT.

_____
SALLY SHUSHAN
United States Magistrate Judge