905-6587



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC., et al. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 00-0166 |
| | * | |
| HOUMA FABRICATORS, a division of L.O.R. INC., et al. | * | SECTION: "S" |
| | * | |
| | * | JUDGE: |
| | * | |
| | * | MAGISTRATE: (1) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION AND ORDER FOR EXTENSION OF TIME

FILED: JUNE _____, 2000

_____
DEPUTY CLERK

Third-party defendant, The Gates Corporation (erroneous styled as The Gates Rubber Company), moves for an extension of time in which to respond to the Third-Party Complaint filed against it by LeRoi International, Inc. d/b/a Comp Air LeRoi, and Dresser Industries, Inc. Gates needs additional time to obtain copies of all pleadings, discovery, etc. for review and need a twenty day extension from the date this Court grants same in which to file responsive pleadings.

Counsel for third-party plaintiff, Campbell E. Wallace, has been contacted and has no objection to this Court granting same.

DATE OF ENTRY
JUN 2 1 2000

New Orleans, Louisiana. June 19, 2000.

Respectfully submitted,

_____
Craig R. Nelson (#8755)
WARD NELSON, L.L.C.
1539 Jackson Avenue, Sixth Floor
New Orleans, Louisiana 70130
(504) 561-5000

## ORDER

Considering the foregoing, **IT IS ORDERED**, third-party defendant, The Gates Corporation, has an extension in which to file a response to the third-party complaint which will expire twenty (20) days from the date of this Order.

New Orleans, Louisiana. June 20, 2000.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this ____ day of _____, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by the United States mail, properly addressed, and first-class postage prepaid.

_____

2