

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
| -versus- | NO:   00-0166 |
| HOUMA FABRICATORS, A DIVISION OF LOR, INC., AIR COMPRESSOR ENERGY SYSTEMS, INC., DRESSER INDUSTRIES, INC., AND LEROI INTERNATIONAL, INC. D/B/A COMPARE LEROI | SECTION:   "S"<br><br>MAG:   "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, **AIR COMPRESSOR ENERGY SYSTEMS, INC.**, who moves this Honorable Court to enroll as additional counsel of record Mr. Robert J. Young, Jr. along with Mr. Robert T. Myers of the firm YOUNG, RICHAUD & MYERS, 1515 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163.

DATE OF ENTRY

JUN 2 8 2000

Respectfully submitted,

_____
ROBERT T. MYERS (#9870)
**YOUNG, RICHAUD & MYERS**
1100 Poydras Street
1515 Energy Centre
New Orleans, Louisiana 70163
*Attorney for Defendant, Air Compressor Energy Systems, Inc.*

_____
ROBERT J. YOUNG, JR. (#13763)
**YOUNG, RICHAUD & MYERS**
1100 Poydras Street
1515 Energy Centre
New Orleans, Louisiana 70163

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed this 26 day of June , 2000.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
| -versus- | NO:        00-0166 |
| HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPARE LEROI | SECTION:   "S"<br><br>MAG:        "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ON MOTION TO ENROLL
## ADDITIONAL COUNSEL OF RECORD

Considering the above and foregoing Motion to Enroll as Additional Counsel of Record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Robert J. Young, Jr. be and is hereby enrolled as additional counsel of record.

New Orleans, Louisiana, this 27 day of June, 2000.

_____
DISTRICT JUDGE