MINUTE ENTRY
SHUSHAN, M.J.
JUNE 28, 2000

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. | CIVIL ACTION |
| VERSUS | NO. 00-0166 |
| HOUMA FABRICATORS, ETC., ET AL. | SECTION "S" ( 1 ) |

A telephone discovery conference is **SCHEDULED** on **Tuesday, July 11, 2000 at 2:00 P.M.** before Magistrate Judge Sally Shushan. Rufus Harris, III will initiate the conference call.

SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY
JUN 2 9 2000

