```
                    FILED
             U.S. DISTRICT COURT
           EASTERN DISTRICT OF LA

           2000 JUL 31  PM 4: 43

            LORETTA G. WHYTE
                 CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
JULY 31, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC., ET AL | CIVIL ACTION |
| VERSUS | NO: 00-0166 |
| HOUMA FABRICATORS, A DIVISION OF L.O.R., INC. | SECTION: "S" (1) |

<b><u>HEARING ON MOTION</u></b>

APPEARANCES:   Submitted on briefs

MOTION:   MOTION OF DEFENDANTS, LEROI INTERNATIONAL, INC. AND DRESSER INDUSTRIES FOR AN ORDER COMPELLING PLAINTIFFS TO RESPOND TO DISCOVERY

**GRANTED**.

      Before the court is the motion of defendants, LeRoi International, Inc. d/b/a CompAir LeRoi and Dresser Industries, Inc., to compel plaintiffs, Seacor Marine, Inc. and Seacor Offshore, Inc., to respond to document requests and for sanctions.

```
DATE OF ENTRY
  AUG 0 1 2000
```



Local Rule 7.5 E. of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to defendants' motion to compel discovery, set for hearing on August 2, 2000 at 9:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

IT IS ORDERED that the motion is GRANTED.[1] Plaintiffs are ordered to respond to defendants' discovery requests fully and in writing, in accordance with Federal Rule of Civil Procedure 34 and to make all responsive documents available to defendants' counsel by August 11, 2000. All objections to the discovery requests, except on the grounds of attorney-client privilege and work product doctrine, are deemed waived. The defendants' request for sanctions, including costs and reasonable attorney's fees incurred with the motion to compel, is DENIED.

SALLY SHUSHAN
United States Magistrate Judge

---

[1] A motion for reconsideration of this order, if any, must be filed within ten (10) days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition been filed, the costs incurred in connection with the motion, including attorneys' fees will be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.