FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 15  AM 8: 30

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
AUGUST 14, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC., ET AL | CIVIL ACTION |
| VERSUS | NO: 00-0166 |
| HOUMA FABRICATORS, A DIVISION OF L.O.R. INC. | SECTION: "S"(1) |

Before the court is the request of the plaintiff, Seacor Marine, Inc., et al, to withdraw the undersigned's order of July 31, 2000 (Rec. doc. 32) and enter an order denying the motion (Rec. doc. 31) of the defendants, LeRoi International, Inc. d/b/a CompAir LeRoi and Dresser Industries, Inc., as moot. The plaintiff represents to the court that the discovery dispute raised by defendants' motion to compel was moot, when plaintiff responded to the discovery on July 21, 2000. The court was not so advised, so it entered an order granting defendants' motion to compel as unopposed. Rec. doc. 32. The plaintiff further represents that defendants have no objection to the request of the plaintiff for the withdrawal of the order and denying the motion as moot.

It is ORDERED that the court's order (Rec. doc. 32) granting the motion of defendants,

DATE OF ENTRY
AUG 1 5 2000

LeRoi International, Inc. d/b/a Comp Air LeRoi and Dresser Industries, to compel plaintiffs, Seacor Marine, Inc. and Seacor Offshore, Inc., (Rec. doc. 31) is withdrawn and said motion is DENIED as MOOT.

---
SALLY SHUSHAN
United States Magistrate Judge