

**MINUTE ENTRY
SHUSHAN, M.J.
AUGUST 29, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. | CIVIL ACTION |
| versus | NUMBER 00-0166 |
| HOUMA FABRICATORS, ETC., ET AL. | SECTION "S" (1) |

The court's minute entry of August 28, 2000 is amended to read as follows:

A telephone discovery conference will be held before the undersigned Magistrate Judge on Monday, September 11, 2000 at 2:00 p.m. instead of a settlement conference. Counsel for plaintiff will initiate the conference call.

SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY
AUG 3 0 2000