

MINUTE ENTRY
SHUSHAN, M.J.
SEPTEMBER 7, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
| VERSUS | NO: 00-0166 |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., ET AL | SECTION: "S"(1) |

### HEARING ON MOTION

APPEARANCES:    Submitted on briefs

MOTION:    MOTION OF THE GATES CORPORATION TO COMPEL

**DENIED**

    Before the court is the motion of the third party defendant, The Gates Corporation ("Gates"), to compel more complete responses from the defendant and third party plaintiff, LeRoi International, Inc. d/b/a CompAir, LeRoi and Dresser Industries, Inc. ("LeRoi"). Gates served interrogatories requiring LeRoi to identify the fact witnesses it intends to call relative to the claim against Gates and

DATE OF ENTRY
SEP 0 8 2000



the exhibits it intends to introduce. Gates' document requests seek photographs pertaining to the incident and any Gates catalogs on the instructions for the installation of the hose at issue. Gates' motion seeks identification of the photographs that have been produced to it and copies of the catalog covers.

LeRoi responds that the identification of witnesses and exhibits it intends to call at the trial or introduce at the trial is premature. The undersigned agrees. In lieu it has provided Gates with the persons and documents, including photographs, it has identified in response to discovery served by other parties. At this stage of the proceedings this is a sufficient response to Gates' discovery. LeRoi further shows that with respect to the document requests it has provided further identification as to the source of the photographs and with respect to the Gates catalogs maintained in LeRoi's engineering department copies of the cover pages have been produced as requested by Gates.

Accordingly, it is ORDERED that the motion of Gates to compel more complete discovery responses from LeRoi is DENIED.

SALLY SHUSHAN
United States Magistrate Judge