```
                                            FILED
                                       U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                       2000 SEP 13  AM 8:32

                                         LORETTA G. WHYTE
                                              CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**SEPTEMBER 12, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. | CIVIL ACTION |
| versus | NUMBER 00-0166 |
| HOUMA FABRICATORS, ETC., ET AL. | SECTION "S" (1) |

A settlement conference is scheduled in the above-captioned case on Thursday, February 1, 2001 at 9:30 A.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

On or before **January 30, 2001**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 13 2000

___ Fee _____
___ Process ___
_X_ Dktd ___
_✓_ CtRmDep ___
___ Doc.No. 39