

MINUTE ENTRY
SHUSHAN, M.J.
SEPTEMBER 12, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. | CIVIL ACTION |
| VERSUS | NUMBER 00-0166 |
| HOUMA FABRICATORS, ETC., ET AL. | SECTION "S" (1) |

A telephone discovery conference was held on September 11, 2000. Participating were: Alfred J. Rufty, III, Robert Woods, Robert J. Young, Jr., Campbell E. Wallace and Randall L. Kleinman.

The following dates have been set aside for discovery depositions:

October 2, 3, and 4, 2000 - completion of Seacor 30(b)(6) deposition, deposition of port captain and corporate deposition of Ace

October 11 and 12 - various fact witness depositions

October 16, 17 and 18 - deposition of Ohio witnesses and the corporate depositions of CompAir and Hart

DATE OF ENTRY
SEP 1 3 2000

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc.No. 40

November 15, 16 and 17 - corporate deposition of Houma and various fact witnesses

November 20 and 21 - various fact witnesses

December 1, 6, 7 and 8 - depositions of plaintiff's experts and various fact witnesses

January 4, 5, 8 and 9, 2001 - depositions of defense experts

The parties are to bring their calendars to each scheduled deposition and are to discuss and jointly schedule the next round of depositions by agreement. Should the parties require another telephone discovery conference, they are to notify the undersigned Magistrate Judge.

                                                          SALLY SHUSHAN
                                                        United States Magistrate Judge