```
                                              FILED
                                          U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF LA

                                         2000 OCT -4  AM 8:39

                                            LORETTA G. WHYTE
                                                 CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
OCTOBER 3, 2000

UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO: 00-0166 |
| HOUMA FABRICATORS, ETC., ET AL. | SECTION: "S" (1) |

A telephone motion hearing was held on October 2, 2000. Participating were: Alfred Rufty and Ed Wallace.

After discussion among counsel, it was agreed that the portion of the Rule 30(b)(6) deposition of Seacor Marine, Inc. with Clay Stribling as the designee would be completed. Thereafter, counsel for Seacor would be afforded time within which to meet with Mr. Stribling, following which Mr. Stribling's individual deposition will be taken.

SALLY SHUSHAN<br>United States Magistrate Judge

DATE OF ENTRY
OCT 0 4 2000

___Fee
___/Process
_X_/Dktd
___/CtRmDep
Doc.No._____