

MINUTE ENTRY
SHUSHAN, M.J.
OCTOBER 11, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEACOR MARINE, INC.                                CIVIL ACTION

VERSUS                                             NUMBER   00-0166

HOUMA FABRICATORS, ETC., ET AL.                    SECTION   "S" (1)

     A telephone discovery conference was held this date. Participating were: Alfred J. Rufty, III, Robert J. Young, Jr., Ed Wallace, and Randall L. Kleinman.

     CompAir LeRoi seeks production of the six (6) job files for the compressors sold to Air Compressor Energy Systems (ACES) in the same lot, two (2) of which were installed on the subject vessel. Mover also seeks production of all repair records, photographs of each of the compressors and a sample of the flexible hose at issue.

     After discussion among counsel, the court is sympathetic to the position of ACES and the limited time within which it has to gather the requested records. However, in view of the depositions which are scheduled for next Tuesday, October 17, 2000, the records should be produced prior to





the commencement of those depositions.[1]

As a result, ACES is to designate a time and day, on or before noon on Saturday, October 14, 2000, for a paralegal designated by Ed Wallace to come to the office of ACES and search for the subject files. ACES is to provide the paralegal with assistance on how the files would be marked and where they can be located. By agreement between counsel, the documents will be copied by a third-party copying service and returned directly to the offices of ACES. The parties further agree that any pricing information contained in the files is confidential and will be produced pursuant to a protective order. If at all possible, any pricing information will be redacted from copies to be used at the depositions.

The paralegal will also pick up a sample of the flexible hose at the time he or she goes to the ACES office for the production of the subject files.

SALLY SHUSHAN
United States Magistrate Judge

---

[1] No party controls the relevance or discoverability of the requested documents.