FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA      2000 OCT 11  PM 2: 09

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
| -versus- | NO:       00-0166 |
| HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPARE LEROI | SECTION:  "S"<br><br>MAG:       "1" |

*************************************************************************

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, **AIR COMPRESSOR ENERGY SYSTEMS, INC.**, who moves this Honorable Court to enroll as additional counsel of record Mr. C. Blase McCarthy, Jr. along with Mr. Robert J. Young, Jr. and Mr. Robert T. Myers of the firm YOUNG, RICHAUD & MYERS, 1515 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163.

DATE OF ENTRY
OCT 1 2 2000

Respectfully submitted,

_____
ROBERT J. YOUNG, JR. (#13763)
**YOUNG, RICHAUD & MYERS**
1100 Poydras Street
1515 Energy Centre
New Orleans, Louisiana 70163

_____
C. BLASE McCARTHY, JR. (#25789)
**YOUNG, RICHAUD & MYERS**
1100 Poydras Street
1515 Energy Centre
New Orleans, Louisiana 70163

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed this 11 day of Oct, 2000.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEACOR MARINE, INC. AND SEACOR OFFSHORE, INC.** | CIVIL ACTION |
| -versus- | NO: 00-0166 |
| **HOUMA FABRICATORS, A DIVISION OF LOR, INC., AIR COMPRESSOR ENERGY SYSTEMS, INC., DRESSER INDUSTRIES, INC., AND LEROI INTERNATIONAL, INC. D/B/A COMPARE LEROI** | SECTION: "S"<br>MAG: "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ON MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Considering the above and foregoing Motion to Enroll as Additional Counsel of Record;

**IT IS ORDERED, ADJUDGED AND DECREED** that C. Blase McCarthy, Jr. be and is hereby enrolled as additional counsel of record.

New Orleans, Louisiana, this \_11\_ day of \_\_October\_\_, 2000.

_____
~~DISTRICT~~ Magistrate JUDGE