UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
| -versus- | NO:       00-0166 |
| HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPARE LEROI | SECTION:  "S"<br><br>MAG:       "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF INTENT TO FILE OBJECTIONS TO NONDISPOSITIVE DECISION OF MAGISTRATE JUDGE

MAY IT PLEASE THE COURT:

Pursuant to Rule 72.(a) of the Federal Rules of Civil Procedure, Defendant Air Compressor Energy Systems, Inc. ("ACE") hereby provides notice to the Court of its intent to file objections to the nondispositive ruling of the Magistrate Judge in this matter issued on October 11, 2000. This ruling is based upon faulty factual information provided to the Magistrate and said ruling violates several provisions of the Federal Rules of Civil Procedure. As required by Rule 72.(a) of the Federal Rules of Civil Procedure, ACE will file is objections to the Magistrate's order within ten (10) days of receipt of such order, namely by Monday October 23, 2000.

Defendant ACE respectfully requests that this order of the Magistrate be stayed until Defendant ACE's Assignment of Errors is filed with the District Court within the delays allowed by Rule 72.(a) of the Federal Rules of Civil Procedure and a contradictory hearing be had concerning Defendant ACE's Assignment of Errors of the Magistrate's Order.

DATE OF ENTRY
OCT 1 3 2000


Respectfully Submitted:

*[signature]*

ROBERT J. YOUNG, JR. (#13763)
**YOUNG RICHAUD & MYERS**
1515 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-1515
(504) 585-7750
**Attorney for Defendant, Air Compressor Energy Systems, Inc.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this \_\_11\_\_ day of \_\_Oct_____, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addresses and first class postage prepaid.

*[signature]*

ROBERT J. YOUNG, JR.

S:\Trudy\8602\Pleadings\noticeofintenttofileobjections.wpd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEACOR MARINE, INC. AND SEACOR OFFSHORE, INC.** | **CIVIL ACTION** |
| -versus- | NO:       00-0166 |
| **HOUMA FABRICATORS, A DIVISION OF LOR, INC., AIR COMPRESSOR ENERGY SYSTEMS, INC., DRESSER INDUSTRIES, INC., AND LEROI INTERNATIONAL, INC. D/B/A COMPARE LEROI** | SECTION:   "S" <br><br> MAG:        "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

IT IS HEREBY ORDERED, that the ruling of the Magistrate in this action issued October 11, 2000, is hereby stayed pending the filing of Objections to the Magistrate's Order within the delays allowed by law pursuant to Rule 72.(a) of the Federal Rules of Civil Procedure, and a contradictory hearing to be held on this matter on the _____ day of _____, _____.

*Denied*

New Orleans, Louisiana, this /2 day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE

**PLEASE SERVE:**
through counsel of record:

**Secor Marine Inc. and Secor Offshore Inc.**
Rufus C. Harris III, Esq.
Alfred J. Rufty III Esq.
1450 Poydras Street
Suite 1510
New Orleans Louisiana 70112

**LeRoi International, Inc. and Dresser Industries**
Campbell E. Wallace Esq.
Caaffe, McCall, Toler, Phillips & Sarpy
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

**Houma Fabricators, Inc.**
Ronald A. Johnson, Esq.
Johnson, Johnson, Barrios & Yacoubian
Suite 4900
One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139

**The Gates Corporation**
Craig R. Nelson, Esq.
1539 Jackson Avenue
New Orleans, Louisiana 70130

**Hart Industries**
Randall L. Klienman, Esq.
Hulse & Wanek
1010 Common Street
Suite 2800
New Orleans, Louisiana 70112