

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | * CIVIL ACTION<br>*<br>* NO. 00-0166<br>*<br>* SECTION "S"<br>*<br>* MAGISTRATE (1)<br>* |

### MOTION FOR EXPEDITED HEARING AND
### INCORPORATED MEMORANDUM IN SUPPORT

Defendants, LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc. ("LeRoi"), respectfully request expedited hearing of the attached Motion to Dismiss for Lack of Subject Matter Jurisdiction/Motion for Summary Judgment. In support of its request, LeRoi notes that third party defendant, Hart Industries, Inc. ("Hart"), has filed a Motion for Summary Judgment on much of the same grounds asserted by LeRoi, and Hart's motion is set for hearing on November 8, 2000. Because both motions involve such similar issues, resolving them at the same hearing would save judicial resources and maximize judicial economy. Accordingly,

DATE OF ENTRY
OCT 27 2000

484110_1

LeRoi respectfully requests that its Motion to Dismiss for Lack of Subject Matter Jurisdiction/Motion for Summary Judgment be set for hearing on November 8, 2000.

Respectfully submitted,

_____
Campbell E. Wallace, T.A., #13195
Ivan M. Rodriguez, #22574
**CHAFFE, McCALL, PHILLIPS**
 **TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for LeRoi International, Inc. d/b/a CompAir LeRoi**

## Certificate of Service

I hereby certify that I have on this 25th day of October, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, or by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | * CIVIL ACTION<br>*<br>* NO. 00-0166<br>*<br>* SECTION "S"<br>*<br>* MAGISTRATE (1)<br>* |

## <u>O R D E R</u>

Considering the foregoing Motion for Expedited Hearing,

IT IS ORDERED, ADJUDGED AND DECREED that LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc.'s attached Motion to Dismiss for Lack of Subject Matter Jurisdiction/Motion for Summary Judgment is set for hearing on November 8, 2000 at 10:00 a.m.

New Orleans, Louisiana, this _26_ day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE

484110_1