```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2000 NOV -6 PM 3:43

                                          LORETTA G. WHYTE
                                                CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
NOVEMBER 6, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEACOR MARINE, INC.                              CIVIL ACTION

VERSUS                                           NO. 00-0166

HOUMA FABRICATORS, A Division of                 SECTION "S" (1)
L.O.R., INC., ET AL.


      A telephone status conference is **SCHEDULED** in this case on **Thursday, November 9, 2000 at 2:00 P.M.** before Magistrate Judge Sally Shushan for the purpose of selecting new deposition dates. Alfred Rufty will initiate the call.

                                      SALLY SHUSHAN
                                      UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
NOV 0 7 2000

Fee_____
Process_____
X Dktd 16
_/ CtRmDep_____
Doc.No. 52