

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
NOV 0 6 2000
2000 NOV -6 PM 12:09
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEACOR MARINE, INC. AND** <br> **SEACOR OFFSHORE, INC.** <br><br>         **Plaintiffs** <br><br> **VERSUS** <br><br> **HOUMA FABRICATORS, A DIVISION OF L.O.R., INC., AIR COMPRESSOR ENERGY SYSTEMS, INC., DRESSER INDUSTRIES, INC., AND LEROI INTERNATIONAL, INC. D/B/A COMPAIR LEROI** <br><br>         **Defendant** | **CIVIL ACTION** <br><br> **NO.: 00-0166** <br><br> **SECTION: "S" (1)** |

## MOTION TO CONTINUE SUMMARY JUDGMENT HEARING AND PRE-TRIAL DEADLINES

NOW COME plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., and all defendants,[1] who jointly MOVE for the entry of an order continuing the hearing date on

---

[1] Houma Fabricators, Air Compressor Energy Systems, Inc., Dresser Industries, Inc. and LeRoi International, Inc., d/b/a Compair LeRoi, Hart Industries, Inc. and Gates Corporation.

DATE OF ENTRY
NOV 0 8 2000



the pending motions for summary judgment filed by Hart Industries, Inc. and Comp Air LeRoi, Inc. from November 8, 2000 until November 29, 2000; all parties FURTHER MOVE for continuation of various pre-trial deadlines (namely, the deadlines for exchanging expert reports, witness and exhibit lists, and discovery cut-off date) on the grounds and for the reasons stated in the accompanying memorandum.

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**


_____
C. BLASE MCCARTHY, JR. (#25789)
YOUNG, RICHAUD & MYERS
1100 Poydras Street
1515 Energy Centre
New Orleans, Louisiana 70163
**Attorney for Air Compressor Energy Systems, Inc.**

_____
*Campbell E. Wallace*
CAMPBELL E. WALLACE (#13105)
IVAN M. RODRIGUEZ (#22574)
CHAFFE, MCCALL, PHILLIPS, TOLER
  & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
**Attorneys for LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc.**

_____
CRAIG R. NELSON (#8755)
WARD NELSON, L.L.C.
1539 Jackson Avenue, Sixth Floor
New Orleans, Louisiana 70130
Telephone: (504) 561-5000
**Attorney for Third Party Defendant, Gates Corporation**

_____
JOHN A. STEWART, JR. (#8164)
RANDALL L. KLEINMAN (#7445)
HULSE & WANEK
1010 Common Street, Suite 2800
New Orleans, Louisiana 70112-2401
Telephone: (504) 524-6221
**Attorneys for Hart Industries, Inc.**

_[signature]_
RONALD A. JOHNSON (#7329)
ROBERT H. WOOD (#23598)
JOHNSON, JOHNSON, BARRIOS
  & YACOUBIAN
701 Poydras Street
4700 One Shell Square
New Orleans, Louisiana 70139
Telephone:  (504) 528-3001
**Attorneys for Houma Fabricators**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this 6th day of November, 2000.

_[signature]_
ALFRED J. RUFTY III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | * <br> * <br> * | CIVIL ACTION <br><br> NO.:  00-0166 |
| Plaintiffs | * <br> * | SECTION: "S" (1) |
| VERSUS | * <br> * | |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI | * <br> * <br> * <br> * <br> * <br> * <br> * | |
| Defendant | * <br> * | |

\* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION CONTINUE SUMMARY JUDGMENT HEARING AND PRE-TRIAL DEADLINES

This memorandum is jointly submitted by all parties in support for their motion to continue the hearing date on the summary judgment motions filed by Hart Industries, Inc. and Comp Air LeRoi, Inc. until November 29, 2000, and to continue by 30 days the pre-trial deadlines for exchanging expert reports, witness list, and exhibit lists, as well as the discovery cut-off date.

The court has advised that the date of November 29, 2000 is available for the hearing of the pending summary judgment motions. Because defendants do not wish to engage in discovery prior to the hearing date, all parties further request that the aforementioned pre-trial deadlines be extended by 30 days. That should not upset the scheduled trial date (March 12, 2001) in this matter, as the extended discovery deadline still will be approximately one month prior to trial.

For the forgoing reasons, the parties respectfully request that the Court grant their joint motion to continue the motion hearing date and the aforementioned pre-trial deadlines.

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS, III (#6638)
ALFRED J. RUFTY, III (#19990)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

_____
C. BLASE MCCARTHY, JR. (#25789)
YOUNG, RICHAUD & MYERS
1100 Poydras Street
1515 Energy Centre
New Orleans, Louisiana 70163
**Attorney for Air Compressor Energy Systems, Inc.**

_____
CAMPBELL E. WALLACE (#13105)
IVAN M. RODRIGUEZ (#22574)
CHAFFE, MCCALL, PHILLIPS, TOLER
    & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
**Attorneys for LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc.**

_____
CRAIG R. NELSON (#8755)
WARD NELSON, L.L.C.
1539 Jackson Avenue, Sixth Floor
New Orleans, Louisiana 70130
Telephone: (504) 561-5000
**Attorney for Third Party Defendant, Gates Corporation**

_____
JOHN A. STEWART, JR. (#8164)
RANDALL L. KLEINMAN (#7445)
HULSE & WANEK
1010 Common Street, Suite 2800
New Orleans, Louisiana 70112-2401
Telephone: (504) 524-6221
**Attorneys for Hart Industries, Inc.**

_____
RONALD A. JOHNSON (# 7329 )
ROBERT H. WOOD (# 23578)
JOHNSON, JOHNSON, BARRIOS
  & YACOUBIAN
701 Poydras Street
4700 One Shell Square
New Orleans, Louisiana 70139
Telephone:  (504) 528-3001
**Attorneys for Houma Fabricators**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this ____6____ day of November, 2000.

_____
ALFRED J. RUFTY III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SEACOR MARINE, INC. AND** | * | **CIVIL ACTION** |
| **SEACOR OFFSHORE, INC.** | * | |
| | * | NO.:  00-0166 |
| Plaintiffs | * | |
| | * | SECTION: "S" (1) |
| **VERSUS** | * | |
| | * | |
| **HOUMA FABRICATORS, A DIVISION** | * | |
| **OF L.O.R., INC., AIR COMPRESSOR** | * | |
| **ENERGY SYSTEMS, INC., DRESSER** | * | |
| **INDUSTRIES, INC. , AND LEROI** | * | |
| **INTERNATIONAL, INC. D/B/A** | * | |
| **COMPAIR  LEROI** | * | |
| | * | |
| Defendant | * | |
| | * | |
| *   *   *   *   *   *   *   * | | |

## ORDER

Considering the foregoing joint motion to continue hearing date and to extend various pre-trial deadlines, it is hereby **ORDERED** that the motion is **GRANTED**; the hearing date for the summary judgment motions of defendants, Hart Industries, Inc. and Comp Air LeRoi, Inc., be and hereby is continued until November 29, 2000 at _10_ o'clock a.m.

It is **FURTHER ORDERED** that the pre-trial deadlines for exchanging expert reports, witness lists and exhibits lists, and the discovery cut-off date be and hereby are extended by 30 days.

New Orleans, Louisiana, this \_\_\_7\_\_\_ day of November, 2000.

*[signature]*
DISTRICT JUDGE