

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
NOV 0 8 2000
2000 NOV -8 PM 12: 41
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | * <br> * <br> * | CIVIL ACTION <br><br> NO.:  00-0166 |
| Plaintiffs | * <br> * | SECTION: "S" (1) |
| VERSUS | * <br> * | |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI | * <br> * <br> * <br> * <br> * <br> * <br> * | |
| Defendant | * <br> * | |
| *     *     *     *     *     *     *     * | | |

### MOTION FOR ORAL ARGUMENT

NOW COME  plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., and respectfully MOVE for the entry of an order setting for oral argument, on November 29, 2000, the summary judgment motions recently filed by defendants, LeROI International, Inc. and Hart Industries, Inc., on the grounds and for the reasons stated in the accompanying memorandum.

DATE OF ENTRY
NOV 1 3 2000

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this ___ day of November, 2000.

_____
ALFRED J. RUFTY III

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>          **Plaintiffs**<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI<br><br>          **Defendant** | * * * * * * * * * * * * * * | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION:  "S" (1) |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing motion for oral argument, it is hereby

**ORDERED** that the motion is **GRANTED** and that oral argument accordingly will be entertained at the hearing on the summary judgment motions of LeROI International, Inc. and Hart Industries on November 29, 2000 at _10_ o'clock _a_.m.

New Orleans, Louisiana, this _9_ day of November, 2000.

_____
DISTRICT JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>　　　　Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI<br><br>　　　　Defendant | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION: "S" (1) |

\*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM IN SUPPORT OF MOTION FOR ORAL ARGUMENT

This memorandum is respectfully submitted by plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., in support of their motion for oral argument on the pending summary judgment motions filed by defendants, LeROI International, Inc. and Hart Industries, Inc.

In their pending motions, Hart and LeROI allege that this Court lacks jurisdiction over SEACOR's claims against them under the *East River*[1] "economic loss" doctrine. The alleged

---

[1] *East River S.S. Corp. vs. Transamerica Delaval*, 476 U.S. 858 (1986).

application of this doctrine to the instant case raises a host of relatively complex issues, and we thus submit that oral argument may be of some assistance to the Court. Additionally, because the motions are potentially dispositive, SEACOR respectfully wishes to be heard before the Court rather than merely submitting the matter on briefs.

For these reasons, SEACOR respectfully requests that the court grant oral argument on the pending summary judgment motions.

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this __8__ day of November, 2000.

_____
ALFRED J. RUFTY III

2