

MINUTE ENTRY
SHUSHAN, M.J.
NOVEMBER 13, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. | CIVIL ACTION |
| VERSUS | NUMBER 00-0166 |
| HOUMA FABRICATORS, ETC., ET AL. | SECTION "S" (1) |

A telephone status conference was held on November 9, 2000. Participating were: Alfred J. Rufty, III, Robert Wood, Blase McCarthy, Campbell E. Wallace, Craig Nelson and Randall Kleinman.

The prior discovery schedule set forth in the minute entry of September 12, 2000 (rec. doc. 40) is modified as follows:

December 1, 6, 7 and 8, 2000 - depositions of various fact witnesses

December 11, 2000 - deposition of Gates in Denver

December 13 and 15, 2000 - various fact witnesses

DATE OF ENTRY
NOV 13 2000

Fee____
Process__
X_____
____Dep__
Doc.No. 58

Week of February 12, 2001 - depositions of all experts with plaintiff's experts to be taken first

The parties are to bring their calendars to each scheduled deposition and are to discuss and jointly schedule the next round of depositions by agreement. Should the parties require another telephone discovery conference, they are to notify the undersigned Magistrate Judge.

_____
SALLY SHUSHAN
United States Magistrate Judge