UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
| -versus- | NO: 00-0166 |
| HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPARE LEROI | SECTION: "S"<br><br>MAG: "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR LEAVE OF THE COURT TO FILE RESPONSE TO PLAINTIFF'S OPPOSITION TO AIR COMPRESSOR'S MOTION FOR SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

Defendant Air Compressor Energy Systems, Inc. ("ACE"), respectfully requests leave of this Honorable Court to file the attached response to Plaintiff Seacor Marine, Inc. and Seacor Offshore Inc.'s Opposition to the Motion for Summary Judgment filed with this Honorable Court on November 22, 2000, for the following reasons. Plaintiff's Opposition to ACE's Motion for Summary Judgment, as well as an Amended Complaint were filed the day before the Thanksgiving holiday, and in the case of Plaintiff's opposition to ACE's Motion for Summary, filed after the deadline for filing said opposition with leave of the court and well after the deadline imposed by the local rules despite the Plaintiff having been granted an extension of the hearing date previously. Said Opposition to ACE's Motion for Summary Judgment and Amended Complaint raise new points of law which need to be addressed by counsel for Ace at the hearing on the various defendants' Motions for Summary Judgment scheduled for November, 29 2000.

Counsel for ACE was not served with a copy of Plaintiff's opposition or its Amended Complaint until late in the afternoon on Wednesday the 22nd, and after calling the Court was informed

that the court was closed for the day and would not be open on Friday the 24th. At that time, Counsel for Ace informed the Court of its intention to file a response to Plaintiff's Opposition to its Motion for Summary Judgment, and was assured that said Supplemental Response would be accepted by the Court.

Counsel for ACE therefore respectfully requests that this Honorable Court grant it leave to file the attached Response to Plaintiff's Opposition to its Motion for Summary Judgment.

Respectfully Submitted:

_____
ROBERT J. YOUNG, JR. (#13763)
C. BLASE McCARTHY, JR. (#25789)
**YOUNG RICHAUD & MYERS**
1515 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-1515
(504) 585-7750
**Attorney for Defendant, Air Compressor Energy Systems, Inc.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28 day of November, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by facsimile and by mailing the same by United States Mail, properly addressed and first class postage prepaid.

_____
ROBERT J. YOUNG, JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEACOR MARINE, INC. AND SEACOR OFFSHORE, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0166** |
| **HOUMA FABRICATORS, ET AL** | **SECTION: "S" (1)** |

### ORDER

**IT IS HEREBY ORDERED** that the Motion by Defendant Air Compressor Energy Systems, Inc. for Leave to File Response to Plaintiff's Opposition to Air Compressor's Motion for Summary Judgment is **GRANTED**.

New Orleans, Louisiana, this 29th day of November, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE