```
                              FILED
                         U.S. DISTRICT COURT
                        EASTERN DISTRICT OF LA

                        2000 NOV 28  PM 1:22

                         LORETTA G. WHYTE
                              CLERK
```

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | * CIVIL ACTION<br>*<br>* NO. 00-0166<br>*<br>* SECTION "S"<br>*<br>* MAGISTRATE (1)<br>* |

### EX-PARTE MOTION, INCORPORATED MEMORANDUM AND ORDER FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel comes defendant, LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc. ("LeRoi") and respectfully requests this Honorable Court to grant it leave to file a reply memorandum upon showing:

1. Oral argument on this matter is set for hearing on Wednesday, November 29, 2000 at 10 a.m.;

2. After counsel for plaintiffs, Seacor Marine, Inc., and Seacor Offshore, Inc. ("Seacor"), had a four-week extension of time to prepare his opposition papers, these opposition papers were not provided to defense counsel until around mid-morning on Wednesday November 22, 2000, the day before the Thanksgiving holiday;

487838_1

DATE OF ENTRY
NOV 3 0 2000

Fee_____
Process_____
X  Dktd_____
  CtRmDep_____
  Doc.No. 66

3. Seacor's opposition papers contain serious misstatements of fact and law that need to be addressed in a reply memorandum, which memorandum would greatly assist the Court in making its ruling on LeRoi's Motion to Dismiss/Motion for Summary Judgment.

## ORDER

In view of the foregoing,

It is hereby ordered that LeRoi is granted leave to file its reply memorandum.

New Orleans, Louisiana this 27 day of November, 2000.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

_____
Campbell E. Wallace, T.A., #13195
Ivan M. Rodriguez, #22574
**CHAFFE, McCALL, PHILLIPS
TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for LeRoi International, Inc.
d/b/a CompAir LeRoi and Dresser Industries, Inc.**

## Certificate of Service

I hereby certify that I have on this 27th day of November, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, or by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

*[signature]*