FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 29 AM 11: 51

83-8923

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND SEACOR OFFSHORE, INC. | * | CIVIL ACTION |
| | * | NO. 00-0166 |
| VERSUS | * | SECTION 'S' (1) |
| HOUMA FABRICATORS, A DIVISION OF L.O.R., INC., ET AL | * | |

* * * * * * * * * * *

### EX PARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes defendant/third party defendant, Hart Industries, Inc., and moves this Honorable Court for an order allowing it to file the attached Reply Memorandum in Support of Motion for Summary Judgment. Hart Industries submits that the plaintiffs' memorandum requires a response and that the attached reply memorandum will assist the Court in its decision with respect to the motion for summary judgment filed by Hart Industries.

JOHN A. STEWART, JR. (#8164)
RANDALL L. KLEINMAN (#7445)
HULSE & WANEK
1010 Common Street, Suite 2800
New Orleans, LA 70112-2401
(504) 524-6221

**CERTIFICATE OF SERVICE**
I do hereby certify that a copy of the foregoing pleading has been served upon all parties through their attorney(s) of record by: ☒ transmitting same via facsimile, ☐ by hand, and/or ☒ depositing same in the United States mail, properly addressed and postage pre-paid this 29 day of Nov, 2000.

DATE OF ENTRY
DEC 0 1 2000

83-8923

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | * | CIVIL ACTION |
| | * | NO. 00-0166 |
| VERSUS | | |
| | * | SECTION 'S' (1) |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., ET AL | * | |

\* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

Considering the Ex Parte Motion for Leave to File Reply Memorandum in Support of Motion for Summary Judgment of defendant, Hart Industries, Inc., IT IS ORDERED that the motion for leave be granted.

New Orleans, Louisiana this __30__ day of __November__, 2000.

_____
JUDGE