```
                                          FILED
                                   U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                   2000 NOV 30  AM 11: 34

                                      LORETTA G. WHYTE
                                            CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | * <br> * <br> * | CIVIL ACTION <br><br> NO.: 00-0166 |
| Plaintiffs | * <br> * | SECTION: "S" (1) |
| VERSUS | * <br> * | |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI | * <br> * <br> * <br> * <br> * <br> * <br> * | |
| Defendant | * <br> * | |

\* \* \* \* \* \* \* \*

### SEACOR'S EX PARTE MOTION FOR LEAVE TO FILE
### REPLY MEMORANDUM IN OPPOSITION
### TO SUMMARY JUDGMENT MOTIONS

NOW COME plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., and

MOVE for leave to file their enclosed Reply Memorandum in Opposition to defendants'

Summary Judgment Motions.

DATE OF ENTRY
DEC 0 4 2000

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this __24__ day of November, 2000.

_____
ALFRED J. RUFTY III

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>    Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI<br><br>    Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION:  "S" (1) |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion of SEACOR for Leave to File its Reply Memorandum in Opposition to Summary Judgment motions, it is hereby

**ORDERED** that the motion is **GRANTED** and that leave be and hereby is given for the filing of the Reply Memorandum in Opposition to Summary Judgment Motions.

New Orleans, Louisiana, this _30_ day of November, 2000.

_____
DISTRICT JUDGE