UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Seacor Marine, Inc., et al.                Civil Action

Versus                                      No. 00-0166

Houma Fabricators, et al.                  Section "S"

November 30, 2000                          11:00 a.m.
                Judge Mary Ann Vial Lemmon
                        Presiding

1. Motion of third party defendant, Gates Corporations, for summary judgment. (Doc.#55)

2. Motion of defendant, Houma Fabricators, for summary judgment. (Doc.#60)

3. Motion of defendant, Air Compressor, for summary judgment. (Doc.#61)

    The above motions were brought for hearing on the Court's docket this date.

Oral argument. Motions submitted.


    PRESENT:  Randall Kleinman for Hart Industries, Inc.
              Ivan Rodriguez for LeRoi International, Inc., et al.
              Blase McCarthy for Air Compressor.
              Robert Wood for Houma Fabricators
              Alfred Rufty for Seacor Offshore, Inc., et al.

              David Stechmann, Courtroom Deputy
              Toni Tusa, Court Reporter

DATE OF ENTRY
DEC 0 4 2000

___Fee
___Process
X  Dktd
___CtRmDep
Doc.No.