

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI<br><br>Defendant | * * * * * * * * * * * * * * | CIVIL ACTION<br><br>NO.:  00-0166<br><br>SECTION: "S" (1) |

\* \* \* \* \* \* \* \*

### SEACOR'S EX PARTE MOTION FOR LEAVE TO FILE<br>REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO<br>TO FILE AMENDED COMPLAINT

NOW COME  plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., and

MOVE for leave to file the enclosed Reply Memorandum in support of their motion for leave

to file an amended complaint in this matter.

DATE OF ENTRY

DEC 1 9 2000

Fee_____
Process_____
X  Dktd  \q
  CtRmDep
  Doc.No. 76

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this ___15 day of December, 2000.

_____
ALFRED J. RUFTY III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI<br><br>Defendant | * * * * * * * * * * * * * * | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION: "S" (1) |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion of SEACOR for Leave to File its Reply Memorandum in support of its motion for leave to file amended complaint, it is hereby

**ORDERED** that the motion is **GRANTED** and that leave be and hereby is given for the filing of the Reply Memorandum.

New Orleans, Louisiana, this  18  day of December, 2000.

~~DISTRICT~~ JUDGE
Magistrate