FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 DEC 18 PM 4:49
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SEACOR MARINE, INC. AND** | * | **CIVIL ACTION** |
| **SEACOR OFFSHORE, INC.** | * | |
| | * | **NO.:  00-0166** |
| **Plaintiffs** | * | |
| | * | **SECTION: "S" (1)** |
| **VERSUS** | * | |
| | * | |
| **HOUMA FABRICATORS, A DIVISION** | * | |
| **OF L.O.R., INC., AIR COMPRESSOR** | * | |
| **ENERGY SYSTEMS, INC., DRESSER** | * | |
| **INDUSTRIES, INC., AND LEROI** | * | |
| **INTERNATIONAL, INC. D/B/A** | * | |
| **COMPAIR  LEROI** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

* * * * * * * *

### SEACOR'S EX PARTE MOTION FOR LEAVE TO FILE
### SUPPLEMENTAL MEMORANDUM IN OPPOSITION
### TO MOTIONS FOR SUMMARY JUDGMENT

NOW COME  plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., and

MOVE for leave to file their enclosed Supplemental Memorandum in Opposition to Motions

DATE OF ENTRY
DEC 2 2 2000

1

for Summary Judgment on the grounds and for the reasons stated in the accompanying memorandum.

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this ___18___ day of December, 2000.

_____
ALFRED J. RUFTY III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>　　　　　Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI<br><br>　　　　　Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.:  00-0166<br><br>SECTION: "S" (1) |
| * * * * * * * * | | |

**SEACOR'S MEMORANDUM IN SUPPORT OF EX PARTE MOTION
FOR LEAVE TO FILE SUPPLEMENTAL REPLY MEMORANDUM
<u>IN OPPOSITION TO SUMMARY JUDGMENT MOTIONS</u>**

　　This memorandum is respectfully submitted by SEACOR in support of their Motion for Leave to File the Enclosed Supplemental Memorandum in Opposition to the Defendants' Motions for Summary Judgment/dismissal.

1

Since the filing of SEACOR's past memoranda, defendants have submitted additional evidence to the Court and important testimony bearing on the issues before the Court has been obtained in a deposition. SEACOR desires to file the supplemental memorandum to briefly comment on this new important evidence and on the defendant's recent submission to the Court.

For these reasons, SEACOR respectfully submits that its motion for leave should be granted.

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this __15__ day of December, 2000.

_____
ALFRED J. RUFTY III

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | * <br> * <br> * | CIVIL ACTION <br><br> NO.: 00-0166 |
| Plaintiffs | * <br> * | SECTION: "S" (1) |
| VERSUS | * <br> * | |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI | * <br> * <br> * <br> * <br> * <br> * <br> * | |
| Defendant | * <br> * | |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Parte Motion of SEACOR for Leave to File its Supplemental Memorandum in Opposition to Motions for Summary Judgment, it is hereby

**ORDERED** that the motion is **GRANTED** and that leave be and hereby is given for the filing of the supplemental memorandum.

New Orleans, Louisiana, this _21_ day of December, 2000.

_____
DISTRICT JUDGE