

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND SEACOR OFFSHORE, INC. | CIVIL ACTION |
| VERSUS | NO. 00-0166   SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION OF LOR, INC., AIR COMPRESSOR INDUSTRIES, INC., AND LEROI INTERNATIONAL, INC. D/B/A COMPARE LEROI | JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

**EX PARTE MOTION FOR LEAVE TO FILE REBUTTAL
TO PLAINTIFF'S SUPPLEMENTAL MEMORANDUM
IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Houma Fabricators, A Division of LOR, Inc., Defendant herein, and moves this Court for leave to file a rebuttal to Plaintiff's Supplemental Memorandum in Opposition to Motions for Summary Judgment on the grounds that Plaintiff's supplemental memorandum makes certain assertions that are grounded in neither fact nor law, and require a response for the Court to be able to make an informed determination of the issues.

WHEREFORE, Houma Fabricators, A Division of LOR, Inc., prays that its Motion for Leave to File a Rebuttal to Plaintiff's Supplemental Memorandum in

DATE OF ENTRY

DEC 2 2 2000

Opposition to Motions for Summary Judgment shall be granted in addition to any further legal or equitable relief to which it is entitled under the law.

Respectfully submitted,

_____
RONALD A. JOHNSON, T.A. (#7329)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
One Shell Square
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7708
Telephone (504) 528-3001
Attorneys for Houma Fabricators, A Division of LOR, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____ day of December, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPARE LEROI | CIVIL ACTION<br><br>NO. 00-0166    SECTION S (1)<br><br>JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

CONSIDERING THE FOREGOING Ex Parte Motion for Leave to File a Rebuttal to Plaintiff's Supplemental Memorandum in Opposition to Motions for Summary Judgment filed by Defendant, Houma Fabricators, A Division of LOR, Inc.;

IT IS ORDERED that the Motion is GRANTED, and leave is given for the filing of said Rebuttal Memorandum.

New Orleans, Louisiana, this ___21___ day of December, 2000.

U.S. DISTRICT JUDGE

-2-