

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 26 PM 4:01

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | * CIVIL ACTION<br>*<br>* NO. 00-0166 |
| VERSUS | *<br>* SECTION "S" |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | *<br>* MAGISTRATE (1)<br>* |

### EX PARTE MOTION FOR LEAVE TO FILE
### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
### MOTION FOR SUMMARY JUDGMENT/MOTION TO DISMISS

Defendant, LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc. ("LeRoi"), respectfully moves this Court to file the attached Supplemental Memorandum in Support of LeRoi's Motion for Summary Judgment/Motion to Dismiss. Plaintiffs, Seacor Marine, Inc., and Seacor Offshore, Inc. ("Seacor"), have opposed LeRoi's motions and supplemented their opposition. Seacor's pleadings misstate the facts and law, and LeRoi must file the attached supplemental memorandum to address the incorrect assertions and arguments contained in Seacor's recently filed pleadings.



DATE OF ENTRY
DEC 2 9 2000

490968_1

Fee____
Pro____
X Dktd____
CtRmDep____
Doc.No.____

                    Respectfully submitted,

                    _____
                    Campbell E. Wallace, T.A., #13195
                    Ivan M. Rodriguez, #22574
                    **CHAFFE, McCALL, PHILLIPS**
                      **TOLER & SARPY, L.L.P.**
                    2300 Energy Centre
                    1100 Poydras Street
                    New Orleans, LA 70163-2300
                    Telephone: (504) 585-7000
                    **Attorneys for LeRoi International, Inc. d/b/a**
                    **CompAir LeRoi, and Dresser Industries, Inc.**

<u>Certificate of Service</u>

      I hereby certify that I have on this 26th day of December, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, or by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

                                        _____

490968_1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | * CIVIL ACTION<br>*<br>* NO. 00-0166<br>*<br>* SECTION "S"<br>*<br>* MAGISTRATE (1)<br>* |

## ORDER

Considering the foregoing Ex Parte Motion of LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc. ("LeRoi"), for leave to file its Supplemental Memorandum in Support of Motion for Summary Judgment/Motion to Dismiss,

IT IS HEREBY ORDERED that the motion is granted and that leave is hereby given for the filing of LeRoi's Supplemental Memorandum.

THUS DONE AND SIGNED this 29 day of December, 2000.

UNITED STATES DISTRICT JUDGE

490968_1