

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>        Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI<br><br>        Defendant | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION: "S" (1) |

### SEACOR'S EX PARTE MOTION FOR LEAVE TO FILE REBUTTAL TO DEFENDANTS' RECENT MEMORANDA IN SUPPORT OF SUMMARY JUDGMENT/DISMISSAL

NOW COME plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., and MOVE for leave to file the enclosed Rebuttal to Defendants' Recent Memoranda in Support of Summary Judgment/Dismissal.

DATE OF ENTRY JAN 0 5 2001

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this ___ day of January, 2001.

_____
ALFRED J. RUFTY III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>        Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI<br><br>        Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION:  "S" (1) |

\* \* \* \* \* \* \* \*

### SEACOR'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REBUTTAL TO DEFENDANTS' RECENT MEMORANDA IN SUPPORT OF SUMMARY JUDGMENT'DISMISSAL

Since the filing of SEACOR's past memoranda, defendants have submitted additional evidence to the Court and important testimony bearing on the issues before the Court has been obtained in a deposition. SEACOR desires to file the supplemental memorandum to briefly comment on this new important evidence and on the defendant's recent submission to the Court.

For these reasons, SEACOR respectfully submits that its motion for leave should be granted.

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this __7__ day of January, 2001.

_____
ALFRED J. RUFTY III

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>　　　　　Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI<br><br>　　　　　Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION:  "S" (1) |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion of SEACOR for Leave to File its rebuttal to defendants' recent memoranda in support of summary judgment/dismissal, it is hereby

**ORDERED** that the motion is **GRANTED** and that leave be and hereby is given for the filing of the rebuttal.

New Orleans, Louisiana, this ___4___ day of January, 2001.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DISTRICT JUDGE