

```
       U.S. FILED
    EASTERN DISTRICT COURT
         DISTRICT OF LA
    2001 JAN -8  AM 8:31
      LORETTA G. WHYTE
             CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | * CIVIL ACTION<br>* |
| | * NO. 00-0166 |
| VERSUS | * |
| | * SECTION "S" |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPAIR LEROI | *<br>* MAGISTRATE (1)<br>* |

### MOTION TO COMPEL ATTENDANCE AT DEPOSITIONS AND INCORPORATED MEMORANDUM IN SUPPORT

MAY IT PLEASE THE COURT:

The Court is quite familiar with the underlying facts and procedural history of this case, and LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc. ("LeRoi"), will not engage in another recitation of same herein. Suffice it to say that, because of the number of defendants involved, the parties have had some difficulty in scheduling "clear" deposition days. Accordingly, on more than one occasion, the parties have asked for the Court's assistance in setting up a manageable discovery schedule. More particularly, on September 11, 2000 and at

491558_1

```
___Fee_____
___Process__
_X_/Dktd____
_V_/CtRmDep_
___Doc.No.__
```

the request of the plaintiffs, the parties participated in a telephone discovery conference with the Court for the purpose of setting aside dates to take discovery depositions.[1]

During that telephone conference, the parties agreed to set aside the dates of January 4, 5, 8, and 9, 2001 to take depositions.[2] Although initially these dates were to be used to take the depositions of defendants' experts, this was only because the parties expected that the plaintiffs would submit expert reports well in advance of those dates, and discovery would have progressed much more than it actually has.

In view of the upcoming trial date of March 12, 2001, and in light of the fact that all parties had the January dates set aside for depositions on their calendars, LeRoi noticed the depositions of a number of plaintiffs' crew to take place on those dates. LeRoi sent and plaintiffs received the notices of depositions on December 13, 2000, a full twenty-two days before the first deposition was to take place.[3]

Thereafter, although they were under no obligation to do so, undersigned followed up with plaintiffs' counsel, both verbally and in writing, to confirm that the selected crewmen would appear for their depositions, as noticed.[4] However, in a blatant attempt to delay and obtain a trial continuance in these proceedings and "jam" the defendants, plaintiffs' waited until yesterday, January 2, 2001, at 5:38 p.m. to advise undersigned that **none** of the crewmen scheduled for depositions would appear.[5] The sole reason given for their non-attendance is that the vessel on which they are scheduled to serve may or may not depart for a job in the near future.

---

[1] See Rec.Doc. 40.
[2] *Id.*
[3] See correspondence and accompanying Notice of Deposition, attached hereto, in globo, as Exhibit 1.
[4] See correspondence from undersigned to plaintiffs' counsel dated December 28, 2000, and attached hereto as Exhibit 2.
[5] See correspondence from plaintiffs' counsel, attached hereto as Exhibit 3.

491558_1

2

This response is absolutely inexcusable. Plaintiffs have no excuse for not scheduling their vessel personnel to appear at depositions over the next six (6) days. Upon receipt of the notices of deposition on December 13th, plaintiffs should have made arrangements to schedule another crew to depart with the vessel on this supposed job that may or may not actually materialize. Instead, though, plaintiffs chose to schedule these crewmen for this job knowing that it was in conflict with the deposition dates and could adversely impact the parties' discovery schedule and even the trial date. These tactics by plaintiffs' are typical of their conduct throughout the proceedings, and they cannot be allowed to continue in light of the looming trial date.

## **CONCLUSION**

Although LeRoi maintains that it properly noticed all of the vessel personnel depositions, some are obviously more important than others. Accordingly, in light of the inconvenient situation plaintiffs' attempts to disrupt the deposition scheduled has created, LeRoi respectfully requests that this Court enter an order:

1. Compelling plaintiffs' to produce Chief Engineer Allen Townsend and Assistant Engineer Jamie Benyard, for depositions on January 8 and 9, 2001; and

2. Compelling plaintiffs' to produce all of their other individual witnesses for depositions, as soon as practicable.

Respectfully submitted,

_____
Campbell E. Wallace, T.A., #13195
Ivan M. Rodriguez, #22574
**CHAFFE, McCALL, PHILLIPS**
 **TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for LeRoi International, Inc. d/b/a**
**CompAir LeRoi**

## Certificate of Service

I hereby certify that I have on this ___3rd___ day of January, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, or by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

_____

491558_1

```
************************************************************************
*                          TRANSACTION REPORT                    P. 01  *
*                          ───────────────────                           *
*                                            DEC-13-2000 WED 05:53 PM   *
*   BROADCAST                                                           *
*   DATE  START    RECEIVER      TX TIME   PAGES TYPE    NOTE     M#  DP*
*──────────────────────────────────────────────────────────────────────*
*   DEC-13 05:32 PM 95257222      2'04"      4   SEND    OK       850   *
*          05:35 PM 95283030      2'29"      4   SEND    OK       850   *
*          05:38 PM 95857776      2'11"      4   SEND    OK       850   *
*          05:40 PM 95881334      2'02"      4   SEND    OK       850   *
*          05:51 PM 95294106      2'04"      4   SEND    OK       850   *
*──────────────────────────────────────────────────────────────────────*
*                                  TOTAL :   10M 50S  PAGES:  20        *
************************************************************************
```

18924-C

LAW OFFICES

# CHAFFE, McCALL, PHILLIPS, TOLER & SARPY, L.L.P.

2300 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70163-2300
(504) 585-7000
FAX (504) 585-7075
www.chaffe.com

202 TWO UNITED PLAZA
8550 UNITED PLAZA BLVD
BATON ROUGE, LOUISIANA 70809
(225) 922-4300
FAX (225) 922-4304

EDIFICIO EXA
PISO 10, OFIC PH-10
AVENIDA VENEZUELA ENTRE
CALLES EL RETIRO Y ALAMEDA
EL ROSAL
CARACAS, VENEZUELA
(011) (582) 952-2605

Ivan M. Rodriguez
Licensed in
Louisiana and Florida

Direct Dial No:
(504) 585-7065
E-mail rodriguez@chaffe.com

December 13, 2000

**Via Fax: 525-7222**
Alfred J. Rufty III, Esq.
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112

Re:  *Seacor Marine, Inc., et al v.*
     *Houma Fabricators, et al*
     Civil Action No. 00-0166 "S"(1)
     Our Ref: 012296/18924/CEW/IMR

**EXHIBIT 1**

LAW OFFICES
# CHAFFE, McCALL, PHILLIPS, TOLER & SARPY, L.L.P.

2300 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70163-2300
(504) 585-7000
FAX (504) 585-7075
www.chaffe.com

202 TWO UNITED PLAZA
8550 UNITED PLAZA BLVD
BATON ROUGE, LOUISIANA 70809
(225) 922-4300
FAX (225) 922-4304

EDIFICIO EXA
PISO 10, OFIC PH-10
AVENIDA VENEZUELA ENTRE
CALLES EL RETIRO Y ALAMEDA
EL ROSAL
CARACAS, VENEZUELA
(011) (582) 952-2605

Ivan M. Rodriguez
Licensed in
Louisiana and Florida

Direct Dial No:
(504) 585-7065
E-mail rodriguez@chaffe.com

December 13, 2000

**Via Fax: 525-7222**
Alfred J. Rufty III, Esq.
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112

Re:   *Seacor Marine, Inc., et al v.*
      *Houma Fabricators, et al*
      Civil Action No. 00-0166 "S"(1)
      Our Ref: 012296/18924/CEW/IMR

Dear Alfred:

We have enclosed Notices of Deposition for the following individual crewmembers:

1. Captain James Key;
2. Captain James Vickers;
3. Chief Engineer Allen Townsend;
4. Assistant Engineer Jamie Benyard;
5. AB Ulysses (Scotty) Hawthorne;
6. AB Barry Sanders;
7. AB/Cook Willie Guy; and
8. Deckhand Marvin Johnson.

As you can see we have noticed these depositions to take place at your offices. Please advise if this is acceptable to you.

489953_1

December 13, 2000
Page 2

      With best regards, we remain

                                              Yours sincerely,

                                              CHAFFE, McCALL, PHILLIPS,
                                              TOLER & SARPY, L.L.P.

                                              Campbell E. Wallace
IMR/jav                                      Ivan M. Rodriguez

cc:
     All Counsel of Record
     Ronald A. Johnson, Esq.       **Via Fax: 528-3030**
     Robert Young, Jr., Esq.         **Via Fax: 585-7776**
     Craig R. Nelson, Esq.           **Via Fax: 588-1334**
     Randall Kleinman               **Via Fax: 529-4106**

489953_1

RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA

2000 DEC 14  PM 12: 48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND SEACOR OFFSHORE, INC. | * CIVIL ACTION * |
| VERSUS | * NO. 00-0166 * |
| | * SECTION "S" * |
| HOUMA FABRICATORS, A DIVISION OF L.O.R., INC., AIR COMPRESSOR ENERGY SYSTEMS, INC., DRESSER INDUSTRIES, INC., and LEROI INTERNATIONAL, INC. d/b/a/ COMPARE LEROI | * MAGISTRATE (1) * |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, defendants, LeRoi International, Inc. d/b/a CompAir LeRoi and Dresser Industries, Inc., through undersigned counsel, will take the depositions of the following crewmembers of the M/V GALAXIE, before a duly authorized Court Reporter, at the offices of Alfred J. Rufty III, Esq., 1450 Poydras Street, Suite 1510, New Orleans, Louisiana 70112:

| | | |
|---|---|---|
| Captain James Key | January 4, 2001 | 9:00 a.m. |
| Captain James Vickers | January 4, 2001 | 2:00 p.m. |
| Chief Engineer Allen Townsend | January 5, 2001, | 9:00 a.m. |
| Assistant Engineer Jamie Benyard | January 5, 2001 | 2:00 p.m. |

489978_1

| | | |
|---|---|---|
| AB Ulysses (Scotty) Hawthorne | January 8, 2001 | 9:00 a.m. |
| AB Barry Sanders | January 8, 2001 | 2:00 p.m. |
| AB/Cook Willie Guy | January 9, 2001 | 9:00 a.m. |
| Deckhand Marvin Johnson | January 9, 2001 | 2:00 p.m. |

The depositions shall be continuing thereafter from day to day until the examinations are concluded, at which time and place you are hereby invited to attend.

Respectfully submitted,

*[signature]*

CAMPBELL E. WALLACE #13195
IVAN M. RODRIGUEZ #22574
**CHAFFE, McCALL, PHILLIPS
 TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
*Attorneys for LeRoi International, Inc. d/b/a CompAir LeRoi and Dresser Industries, Inc.*

Certificate of Service

I hereby certify that I have on this 13 day of December 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, or by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

*[signature]*

489978_1                                            2

```
************************************************************************
*                                                                  P.01 *
*           TRANSACTION REPORT                                          *
*                                         DEC-28-2000 THU 02:24 PM      *
*                                                                       *
*   BROADCAST                                                           *
*                                                                       *
*  DATE  START     RECEIVER     TX TIME   PAGES TYPE    NOTE       M#  DP*
*  DEC-28 02:16 PM 95257222     1'08"     2    SEND    OK         151   *
*         02:17 PM 95283030     1'12"     2    SEND    OK         151   *
*         02:19 PM 95857776     1'12"     2    SEND    OK         151   *
*         02:21 PM 95881334     1'09"     2    SEND    OK         151   *
*         02:22 PM 95294106     1'11"     2    SEND    OK         151   *
*                                                                       *
*                                 TOTAL :   5M 52S  PAGES:   10         *
************************************************************************
```

18924-C

## LAW OFFICES
## CHAFFE, McCALL, PHILLIPS, TOLER & SARPY, L.L.P.

2300 ENERGY CENTRE
1100 POYDRAS STREET
**NEW ORLEANS, LOUISIANA 70163-2300**
(504) 585-7000
FAX (504) 585-7075
www.chaffe.com

202 TWO UNITED PLAZA
8550 UNITED PLAZA BLVD
BATON ROUGE, LOUISIANA 70809
(225) 922-4300
FAX (225) 922-4304

EDIFICIO EXA
PISO 10, OFIC PH-10
AVENIDA VENEZUELA ENTRE
CALLES EL RETIRO Y ALAMEDA
EL ROSAL
CARACAS, VENEZUELA
(011) (582) 952-2606

Ivan M. Rodriguez
Licensed in
Louisiana and Florida

Direct Dial No:
(504) 585-7065
E-mail rodriguez@chaffe.com

December 28, 2000

**Via Fax: 525-7222**
Alfred J. Rufty III, Esq.
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112

Re:    *Seacor Marine, Inc., et al v.
       Houma Fabricators, et al*


EXHIBIT
2

LAW OFFICES
# CHAFFE, McCALL, PHILLIPS, TOLER & SARPY, L.L.P.

2300 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70163-2300
(504) 585-7000
FAX (504) 585-7075
www.chaffe.com

202 TWO UNITED PLAZA
8550 UNITED PLAZA BLVD
BATON ROUGE, LOUISIANA 70809
(225) 922-4300
FAX (225) 922-4304

EDIFICIO EXA
PISO 10, OFIC PH-10
AVENIDA VENEZUELA ENTRE
CALLES EL RETIRO Y ALAMEDA
EL ROSAL
CARACAS, VENEZUELA
(011) (582) 952-2605

Ivan M. Rodriguez
Licensed in
Louisiana and Florida

Direct Dial No:
(504) 585-7065
E-mail rodriguez@chaffe.com

December 28, 2000

**Via Fax: 525-7222**
Alfred J. Rufty III, Esq.
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112

Re:   *Seacor Marine, Inc., et al v.*
      *Houma Fabricators, et al*
      Civil Action No. 00-0166 "S"(1)
      Our Ref: 012296/18924/CEW/IMR

Dear Alfred:

I write as a follow up to our telephone conversation of December 27, 2000. Please be advised that Gary Kaser, CompAir LeRoi's corporate representative, is available to resume the corporate deposition of CompAir LeRoi on any of the following dates in January 2001:

1.   January 11th;
2.   January 16th through 19th;
3.   January 23rd through 26th; and
4.   January 30th through 31st.

By copy of this letter to all counsel, I ask that everyone please let Alfred know what date(s) each of you is available.

Also, pursuant to everyone's mutual agreement, the defendants have until Friday, January 26, 2001 to submit their expert reports. We would like to arrange for an inspection of the vessel by our experts as quickly as possible. Please immediately provide us with dates in early January when the vessel will be available for inspection.

491275_1

December 28, 2000
Page 2

Finally, please confirm that all of the crewmembers who are scheduled to be deposed will appear for their depositions, as noticed, on January 4-5 and January 8-9, 2001.

With best regards, we remain

                         Yours sincerely,

                         CHAFFE, McCALL, PHILLIPS,
                         TOLER & SARPY, L.L.P.

                         Campbell E. Wallace
IMR/jav                    Ivan M. Rodriguez

cc:    All Counsel

     Ronald A. Johnson, Esq.     **Via Fax: 528-3030**
     Robert Young, Jr., Esq.      **Via Fax: 585-7776**
     Craig R. Nelson, Esq.       **Via Fax: 588-1334**
     Randall Kleinman           **Via Fax: 529-4106**

491275_1

01/02/01  17:38  FAX 504 525 7222          HARRIS & RUFTY                               ☒001/002

# HARRIS & RUFTY, L.L.C.
CNG Towers, Suite 1510
1450 Poydras Street
New Orleans, Louisiana 70112
Telephone: (504) 525-7500

FAX: (504) 525-7222

## TELECOPY TRANSMISSION

| | |
|---|---|
| TO: | Campbell E. Wallace, Esq. of Chaffe, McCall, Phillips, Toler & Sarpy<br>TELECOPIER NO.:585-7075 |
| CC: | Ronald A. Johnson of Johnson, Johnson Barrios<br>TELECOPIER NO.: 528-3030 |
| CC: | C. Blase McCarthy, Jr., Esq. of Young, Richaud & Myers<br>TELECOPIER NO.: 585-7776 |
| CC: | Craig Nelson, Esq. of Ward Nelson<br>TELECOPIER NO.: 588-1334 |
| CC: | Randall L. Kleinman, Esq. of Hulse & Wanek<br>TELECOPIER NO.: 529-4106 |
| FROM: | Alfred J. Rufty III |
| DATE: | January 2, 2001 |
| RE: | SEACOR Marine, Inc.<br>Vessel: GALAXIE<br>Engine Room Fire<br>D/L 1/30/99<br>Our File No.: 726-37 |

NO. OF PAGES, INCLUDING THIS PAGE:____

---

Dear Ed:

    We are advised that the GALAXIE is on stand-by to depart for a job and consequently its crew will not be available for deposition on the dates you have noticed for the end of this week and beginning of next week. I expect to be advised tomorrow or Thursday of a likely date when the vessel will return from the next job, which will give a window of opportunity for the crew depositions.

**EXHIBIT 3**

January 2, 2001
Page 2

    Although you made no effort to clear the dates with us before sending out the notices, we have consulted with our client in an attempt to cooperate but unfortunately cannot produce the witnesses on the requested dates. I mentioned to you and Ivan several times last week that I would check but could not represent that the witnesses would be available. We would appreciate your giving us a call in the future to try to clear dates in advance.

    I will assume that a motion to quash will not be necessary; please advise if I am incorrect. I will get back to you in the next day or two with the potential dates in the near future.

                                    Very truly yours,

                                    HARRIS & RUFTY, L.L.C.

                                    Alfred J. Rufty III

AJRIII/ljp

G:\Data\GALAXIE\C\Wallace fax13