FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -3 PM 4: 04

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | * CIVIL ACTION<br>*<br>* NO. 00-0166<br>*<br>* SECTION "S"<br>*<br>* MAGISTRATE (1)<br>* |

### MOTION FOR EXPEDITED HEARING AND INCORPORATED MEMORANDUM IN SUPPORT

Defendant, LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc. ("LeRoi"), respectfully requests an immediate and expedited hearing regarding the attached motion to compel attendance at depositions of plaintiffs' vessel personnel. As explained in the motion to compel, LeRoi properly noticed all of the depositions on December 13, 2000, and scheduled them for January 4, 5, 8, and 9, 2001. However, despite having twenty-two days notice of the depositions, plaintiffs waited until late yesterday afternoon to inform undersigned that they would not produce any of the witnesses for the depositions. Accordingly, expedited consideration of the attached motion is requested.

491558_1   DATE OF ENTRY  JAN 0 8 2001

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. _____

Respectfully submitted,

_____
Campbell E. Wallace, T.A., #13195
Ivan M. Rodriguez, #22574
**CHAFFE, McCALL, PHILLIPS**
 **TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for LeRoi International, Inc. d/b/a**
**CompAir LeRoi**

Certificate of Service

I hereby certify that I have on this 3rd day of January, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, or by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

_____

491558_1

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | * CIVIL ACTION<br>*<br>* NO. 00-0166<br>*<br>* SECTION "S"<br>*<br>* MAGISTRATE (1)<br>* |

## **O R D E R**

Considering the foregoing Motion for Expedited Hearing,

IT IS ORDERED, ADJUDGED AND DECREED that LeRoi's motion to compel attendance at depositions will be heard on the 5 day of January, 2001, at 9:00 o'clock a.m.

New Orleans, Louisiana, this 5 day of January 2001.

_____
UNITED STATES MAGISTRATE JUDGE

491558_1