FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -8 PM 3: 18

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEACOR MARINE, INC. AND            CIVIL ACTION
SEACOR OFFSHORE, INC.

VERSUS                             NO: 00-0166

HOUMA FABRICATORS, A               SECTION: "S" (1)
DIVISION OF L.O.R., INC. ET
AL.

### ORDER AND REASONS

**IT IS HEREBY ORDERED** that the submission date for motions *in limine* concerning <u>Daubert</u> issues is **EXTENDED** until February 23, 2001. **IT IS FURTHER ORDERED** that the pretrial conference is **CONTINUED** until February 23, 2001 at 10:00 a.m.

New Orleans, Louisiana, this ___8___ day of January, 2001.

　　　　　　　　　　_MARY ANN VIAL LEMMON_
　　　　　　　　　　UNITED STATES DISTRICT JUDGE

DATE OF ENTRY   JAN 0 8 2001