FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -9 AM 8: 48

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
JANUARY 8, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEACOR MARINE, INC.                          CIVIL ACTION

VERSUS                                       NUMBER   00-0166

HOUMA FABRICATORS, ETC., ET AL.              SECTION   "S" (1)

A telephone discovery conference was held on January 5, 2001. Participating were: Alfred

J. Rufty, III, Blase McCarthy, Campbell E. Wallace, Craig Nelson, Randall Kleinman and Robert

Wood.

A further discovery schedule is established as follows:

January 10, 2001: Captain James Vickers (by telephone).

January 10, 2001: Assistant Engineer James Benyard commencing at 1:00 p.m. in New

Orleans.

January 12, 2001: Captain James Key at Seacor's office at 1:00 p.m.

January 18, 2001: Seacor witnesses to be designated by Mr. Wallace by Tuesday, January 9,

DATE OF ENTRY JAN 0 9 2001 _____



2001. Mr. Rufty will promptly notify all counsel of the availability of the witnesses and counsel will work to accommodate the witnesses' schedules.  The deposition of Tony Jones, Vice-President of Safety, will be taken by telephone.

January 19, 29 and 30, 2001: Further fact witness depositions to be designated by Mr. Rufty and scheduled to accommodate the witnesses' availability.

January 24, 2001: Continuation of LeRoi Rule 30(b)(6) deposition at Mr. Wallace's office at 1:00 p.m.

The deposition of the Chief Engineer, Allen Townsend, and the inspection of the vessel will take place in Morgan City within thirty-six (36) hours of the vessel's return.  Mr. Rufty is to contact all counsel and the undersigned no later than Tuesday, January 9, 2001 relative to the projected return date and a date for the inspection and deposition.

The week of February 12, 2001 has been set aside for depositions of all experts (see minute entry of November 13, 2000, rec. doc. 58).  By Friday, January 12, 2001, all counsel all to circulate to all other counsel dates during that week when their experts are available for deposition.  By Friday, January 19, 2001, Mr. Rufty is to circulate to all counsel and the undersigned the completed expert deposition schedule for the week of February 12, 2001.

Defense expert reports are due on January 26, 2001 and will be exchanged as scheduled.  All parties are entitled to serve supplemental expert reports within five (5) working days from the date

of the vessel's inspection and the deposition of Allen Townsend or the completion of the LeRoi

corporate deposition, whichever is later.

SALLY SHUSHAN
United States Magistrate Judge