FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -9 PM 3: 57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEACOR MARINE, INC. AND            CIVIL ACTION
SEACOR OFFSHORE, INC.

VERSUS                             NO: 00-0166

HOUMA FABRICATORS, A               SECTION: "S" (1)
DIVISION OF L.O.R., INC. ET
AL.

## O R D E R

**IT IS HEREBY ORDERED** that the motions for summary judgment of Houma Fabricators, a Division of L.O.R., Inc.; LeRoi International, Inc. d/b/a CompAir LeRoi and Dresser Industries, Inc.; Air Compressor Energy Systems, Inc.; Gates Rubber Company; and Hart Industries, Inc. are **DENIED** as premature in light of the pending motion to reconsider the denial of leave to amend the complaint. The denial is **WITHOUT PREJUDICE** to the right to reurge the motions at an appropriate time. (Documents #49, #50, #55, #60. #61.

New Orleans, Louisiana, this _9_ day of January, 2001.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN 1 0 2001