FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -9 PM 3: 31

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SEACOR MARINE, INC. AND** | * | CIVIL ACTION |
| **SEACOR OFFSHORE, INC.** | * | |
| | * | NO.:   00-0166 |
| **Plaintiffs** | * | |
| | * | SECTION: "S" (1) |
| **VERSUS** | * | |
| | * | |
| **HOUMA FABRICATORS, A DIVISION** | * | |
| **OF L.O.R., INC., AIR COMPRESSOR** | * | |
| **ENERGY SYSTEMS, INC., DRESSER** | * | |
| **INDUSTRIES, INC., AND LEROI** | * | |
| **INTERNATIONAL, INC. D/B/A** | * | |
| **COMPAIR LEROI** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| * * * * * * * * | | |

## MOTION FOR EXPEDITED HEARING

NOW COME plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., through undersigned counsel, and respectfully move for an expedited hearing on this motion to continue trial, on the grounds and for the reasons stated in the accompanying memorandum.

DATE OF ENTRY
JAN 1 1 2001

Respectfully submitted,

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS, III (#6638)
ALFRED J. RUFTY, III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this 9TH day of January, 2001.

_____
ALFRED J. RUFTY III

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SEACOR MARINE, INC. AND**<br>**SEACOR OFFSHORE, INC.** | * <br> * <br> * | **CIVIL ACTION** <br><br> NO.:  00-0166 |
| Plaintiffs | * <br> * | SECTION: "S" (1) |
| VERSUS | * <br> * | |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI | * <br> * <br> * <br> * <br> * <br> * <br> * | |
| Defendant | * <br> * | |

\*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the foregoing motion for expedited hearing, it is hereby

**ORDERED** that the motion to continue of plaintiffs SEACOR Marine, Inc. and SEACOR Offshore, Inc. will be set for expedited hearing on the __10__ day of January, 2001.

New Orleans, Louisiana, this __10__ day of January, 2001.

_____
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND  SEACOR OFFSHORE, INC. | * * * | CIVIL ACTION |
| | * | NO.: 00-0166 |
| Plaintiffs | * * | SECTION: "S" (1) |
| VERSUS | * * | |
| HOUMA FABRICATORS, A DIVISION OF L.O.R., INC., AIR COMPRESSOR ENERGY SYSTEMS, INC., DRESSER INDUSTRIES, INC., AND LEROI INTERNATIONAL, INC. D/B/A COMPAIR LEROI | * * * * * * * | |
| Defendant | * | |

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING

This memorandum is respectfully submitted by SEACOR Marine, Inc. and SEACOR Offshore, Inc. in support of their motion for an expedited hearing on their motion to continue trial of this matter.

An expedited hearing is warranted. All parties have an interest in learning on an expedited basis whether the trial of this matter will be continued. This will facilitate the scheduling of discovery inasmuch as the discovery period is running short (the cut-off date is February 15, 2001) and much discovery remains to be undertaken.

1

For these reasons, plaintiffs respectfully submit that their motion for continuance should be decided on an expedited basis.

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS, III (#6638)
ALFRED J. RUFTY, III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this ___9th___ day of January, 2001.

_____
ALFRED J. RUFTY III

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SEACOR MARINE, INC. AND** | * | CIVIL ACTION |
| **SEACOR OFFSHORE, INC.** | * | |
| | * | NO.:   00-0166 |
| **Plaintiffs** | * | |
| | * | SECTION: "S" (1) |
| **VERSUS** | * | |
| | * | |
| **HOUMA FABRICATORS, A DIVISION** | * | |
| **OF L.O.R., INC., AIR COMPRESSOR** | * | |
| **ENERGY SYSTEMS, INC., DRESSER** | * | |
| **INDUSTRIES, INC. , AND LEROI** | * | |
| **INTERNATIONAL, INC. D/B/A** | * | |
| **COMPAIR  LEROI** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the motion of plaintiffs to continue trial will be brought on for hearing on an expedited basis on the ____ day of January, 2001 at _____ o'clock _.m.

New Orleans, Louisiana, this ____ day of January, 2001.

_____
UNITED STATES DISTRICT JUDGE