```
                                          FILED
                                    U.S. DISTRICT COURT

                                    JAN 11  11 43 AM '01

                                    LORETTA G. WHYTE
                                         CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEACOR MARINE, INC. AND            CIVIL ACTION
SEACOR OFFSHORE, INC.

VERSUS                             NO: 00-0166

HOUMA FABRICATORS, A               SECTION: "S" (1)
DIVISION OF L.O.R., INC. ET
AL.

## O R D E R

**IT IS HEREBY ORDERED** that the motion to continue the trial of Seacor Marine, Inc. and Seacor Offshore, Inc. is **GRANTED**. (Document # 95.) The trial is continued from March 12, 2001, until June 11, 2001, at 9:00 a.m., and the pretrial conference is continued from February 23, 2001, until May 11, 2001, at 11:00 a.m. All other deadlines shall remain in force.

New Orleans, Louisiana, this 10 day of January, 2001.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN 1 1 2001