```
                                              FILED
                                       U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2001 JAN 19 PM 3:39

                                       LORETTA G. WHYTE
                                             CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
JANUARY 18, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-0166 |
| HOUMA FABRICATORS, ET AL. | SECTION "S" (1) |

A telephone status conference is **SCHEDULED** in this matter on **Friday, January 19, 2001 at 10:30 A.M.** before Magistrate Judge Sally Shushan. Ivan Rodriguez will initiate the conference call.

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY  JAN 2 2 2001

```
___Fee_____
___Process____
_X_Dktd_____
_√_CtRmDep____
   Doc.No._____
```