

MINUTE ENTRY
SHUSHAN, M.J.
JANUARY 22, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEACOR MARINE, INC.                     CIVIL ACTION

versus                                  NUMBER: 00-0166

HOUMA FABRICATORS, ETC., ET AL.         SECTION "S" (1)


      The settlement conference scheduled before the undersigned Magistrate Judge on Thursday, February 1, 2001 is Canceled. Alfred Rufty is to contact the undersigned Magistrate Judge's chambers to schedule a settlement conference before April 18, 2001.

                                                SALLY SHUSHAN
                                                UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY JAN 2 3 2001

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No. 102