FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 22 PM 4:21

LORETTA G. WHYTE
CLERK

83-8923

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | * | CIVIL ACTION |
| | * | NO. 00-0166 |
| VERSUS | * | SECTION 'S' (1) |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., ET AL | * | |

\* \* \* \* \* \* \* \* \* \* \*

## WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Hart Industries, Inc., and files its witness and exhibit list:

### WITNESS LIST

1. Roger Hart

2. Chris Hart

3. O.C. "Butch" Monnier

4. Courtney Busch - under cross-examination

5. George Casellas - under cross-examination

6. Assistant Engineer Jamie Benyard

7. Capt. James Key

8. Chief Engineer Allen Townsend

9. Clay Stribling

___Fee_____
___Process___
_X_ Dktd_____
___CtRmDep___
Doc.No._____

10. Clayton Braux

11. Daniel Felterman

12. Gary Kaser

13. Ron Keen

14. James Merriman

15. Ron Naquin

16. James Tabor

17. Jack Keller

18. Rodney Freeman

19. Lawson Hitt, Jr.

20. Ryan F. Uhlich, Sr.

21. William T. Marquette

22. Joe Ferrara

23. Bob Krebs

24. Rod Milton

25. Mike Jones

26. Any witness mentioned in any document produced during the discovery process.

27. Any witness necessary to authenticate any exhibit sought to be introduced into evidence.

28. Any expert witness listed by any other party.

29. Any witness listed by any other party.

## EXHIBIT LIST

1. All exhibits produced by all parties at their respective FRCP Rule 30(b)(6) depositions.

2. All photographs of the air compressor in question, both prior to and after the fire.

3. An exemplar of the hose and fittings claimed to have been a part of the air compressor in question at the time of the fire.

4. All documents produced by Dresser Industries, Inc. and LeRoi International, Inc., d/b/a CompAir LeRoi in their supplemental responses to first discovery requests to defendant, dated June 27, 2000.

5. All documents produced by Stewart & Stevenson in response to a subpoena served in behalf of LeRoi International, Inc., d/b/a CompAir LeRoi and Dresser Industries, Inc.

6. Houma Fabricators specifications dated May 22, 1996.

7. Houma Fabricators list of equipment and valves.

8. Design drawings for the vessel.

9. U.S. Coast Guard Certificate of Inspection dated March 23, 1999.

10. American Bureau of Shipping Reports dated April 2, 1998, July 2, 1998, January 13, 1999, March 2, 1999 and January 11, 2000.

11. Charter agreement between SEACOR and Dowell Schlumberger and June 22, 1998 SEACOR letter concerning day rates.

12. Houma Fabricators change order request dated April 24, 1997 pertaining to the compressor in question.

13. Houma Fabricators change order request dated September 5, 1996 pertaining to the compressor in question.

14. Houma Fabricators purchase order H-44085.

15. Air Compressor Energy Systems, Inc. quotation Q-4117-5.

16. Air Compressor Energy Systems, Inc. quotation Q-4117-3.

17. Assignment of Vessel Construction Contract between Waveland Marine Service, Inc. and SEACOR Marine, Inc.

18. Shipbuilding Contract between Waveland Marine Service, Inc. and Houma Fabricators, Inc.

19. U.S. Coast Guard certificate of documentation for the M/V GALAXIE.

20. Photographs of the burned engine room taken by any party.

21. An exemplar or actual hose of the type recalled pursuant to LeRoi International, Inc. d/b/a CompAir LeRoi and Dresser Industries, Inc.'s recall notice.

22. Discovery pleadings in this matter.

23. Any documents informally produced by any of the parties.

24. Any document listed by any other party.

_____
JOHN A. STEWART, JR. (#8164)
RANDALL L. KLEINMAN (#7445)
HULSE & WANEK
1010 Common Street, Suite 2800
New Orleans, LA 70112-2401
(504) 524-6221

CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____ day of _____ JAN, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same in the United States Mail, properly addressed and first class postage prepaid

_____