905-6587



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC., et al. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 00-0166 |
| | * | |
| HOUMA FABRICATORS, a division of | * | SECTION: "S" |
| L.O.R. INC., et al. | * | |
| | * | MAGISTRATE: (1) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THE GATES' CORPORATION WITNESS LIST**

FILED: JANUARY _____, 2001              _____
                                                                    DEPUTY CLERK

Defendant, The Gates Corporation, submits the following list of witnesses it may call at the trial of this matter.

1. Michael Cottrell: fact/expert
   c/o The Gates Corporation
   Denver, CO

2. Mark Newberry: fact
   c/o The Gates Corporation
   Denver, CO

3. Monty Chustz: fact
   Lafayette, LA

4. Christopher Hart
   c/o Hart Industries
   Westchester, OH

5. Roger Hart
   c/o Hart Industries
   Westchester, OH

1

    6.    Any witness listed by any other party.

New Orleans, Louisiana. January 22, 2001.

Respectfully submitted,

_____
Craig R. Nelson, (#8755)
Ward Nelson, LLC
Sixth Floor
1539 Jackson Avenue
New Orleans, Louisiana
(504) 561-5000

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this _____ day _____, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by the United States mail, properly addressed, and first class postage prepaid.

_____

2