905-6587

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 24 PM 1:23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC., et al. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 00-0166 |
| | * | |
| HOUMA FABRICATORS, a division of L.O.R. INC., et al. | * | SECTION: "S" |
| | * | |
| | * | MAGISTRATE: (1) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### THE GATES' CORPORATION EXHIBIT LIST

FILED: JANUARY _____, 2001       _____
                                    DEPUTY CLERK

Defendant, The Gates Corporation, submits the following list of exhibits it may introduce at the trial of this matter.

1. Gates' pamphlet: "Safe Hydraulics"

2. Gates' catalog: "Hydraulic Hose, Fittings and Equipment"

3. Gates' photographs of remains of hose from M/V GALAXIE

4. Gates' 8-D Concern Analysis: 4/13/98

5. Gates' Distributor Agreement with Hart Industries

6. Gates' Distributor Mailing List

7. Gates' Distributor Training Program: "Safe Hydraulics Overhead Presentation"

8. Gates' Manufacturing Training Seminar Data

9. Gates' Safe Hydraulics Order Form

1

10. Gates' Safe Hydraulics Questionnaire (questions)

11. Gates' Safe Hydraulics Questionnaire (answers)

12. Gates' Distributor Reference Guide

13. Gates' Hydraulic Certification List

14. Gates' "Think Safety" sticker

15. Gates' flyer: "Belts, Hose, and Hydraulics" "Think Safety"

16. Gates' Hydraulic Training Course (Lessons 1 and 3)

17. Areoquip Specifications for Hydraulic Hoses and catalogs

18. Caterpillar Specifications for Hydraulic Hoses and catalogs

19. Exemplar hoses from Areoquip and Caterpillar

20. Any exhibit listed by any other party.

New Orleans, Louisiana. January 22, 2001.

Respectfully submitted,

Craig R. Nelson, (#8755)
Ward Nelson, LLC
Sixth Floor
1539 Jackson Avenue
New Orleans, Louisiana
(504) 561-5000

CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____ day of _____, _____ ,served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by the United States mail, properly addressed, and first class postage prepaid.

2