

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | * CIVIL ACTION<br>*<br>* NO. 00-0166<br>*<br>* SECTION "S"<br>*<br>* MAGISTRATE (1)<br>* |

## MOTION TO EXTEND PRE-TRIAL DEADINES
## AND INCORPORATED MEMORANDUM IN SUPPORT

MAY IT PLEASE THE COURT:

Defendant, LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc. ("LeRoi"), joins in the Motion to Extend Deadline Dates filed by third party defendant, Gates Corporation ("Gates"). LeRoi would only add that, pursuant to Gates' request that the court order the parties to adhere to the Court's scheduling deadlines as geared off the new trial date and pre-trial date, the various deadlines should be extended as follows:

    2/12    Plaintiff's expert reports are due.

    3/12    Defendant's expert reports are due. All parties submit witness/exhibit lists.

DATE OF ENTRY  JAN 2 5 2001

491565_1

4/23   File pretrial motions and motions in limine (including motions re admissibility of expert testimony) for hearing on May 9, 2001.

4/30   Depositions for trial and all discovery shall be completed.

5/1    Meeting of counsel re PTO. Exchange copies of all exhibits. Counsel to furnish each other with statement of the real issues and offer evidence in support, eliminating issues of no real controversy. PTO must contain all special issues or defenses raised in the pleadings.

5/9    10:00 a.m. -- Hearing of pretrial motions, including motions in limine re admissibility of expert testimony. All other motions in limine shall be filed up to the time of trial or as otherwise ordered by court.

5/9    Plaintiff delivers PTO (in duplicate) to court by 4:30 p.m.

5/11   Pretrial Conference AT 11:00 A.M.

6/4    Submit 1) proposed findings of fact and conclusions of law and a separate trial memo (if required), 2) objections to other parties exhibits, 3) bench book.

6/4    Submit 1) summary of deposition testimony with page/line references, 2) mathematical questions to economic expert, 3) CVs of expert witnesses to judge and opposing counsel.

6/6    Deliver memo re objections to deposition testimony with appropriate authorities. Submit objections/stipulation to other party's objects to be used at trial or stipulation.

6/7    File responses to motions in limine.

6/8    Deliver opposition to any objections to your objects to be used at trial.

6/11   T R I A L -- AT 9:00 AM BUT REPORT AT 8:30 AM. Give courtroom deputy and court reporter a list of witnesses in the order you plan to call them and a list of exhibits. [introduce all exhibits before trial starts].

No party has any opposition to the granting of this motion.

Respectfully submitted,

_____
Campbell E. Wallace, T.A., #13195
Ivan M. Rodriguez, #22574
**CHAFFE, McCALL, PHILLIPS**
 **TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for LeRoi International, Inc. d/b/a**
**CompAir LeRoi**

Certificate of Service

I hereby certify that I have on this 22nd day of January, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, or by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

_____

491565_1

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPAIR LEROI | * CIVIL ACTION<br>*<br>* NO. 00-0166<br>*<br>* SECTION "S"<br>*<br>* MAGISTRATE (1)<br>* |

**ORDER**

Considering the foregoing motion, *The parties were instructed to revise the schedule in accordance with the undersigned's minute entry of January 22, 2001 (Rec. doc. 103).*

IT IS HEREBY ORDERED that the pre-trial deadlines are extended as follows:

2/12   Plaintiff's expert reports are due.

3/12   Defendant's expert reports are due. All parties submit witness/exhibit lists.

4/23   File pretrial motions and motions in limine (including motions re admissibility of expert testimony) for hearing on May 9, 2001.

4/30   Depositions for trial and all discovery shall be completed.

5/1    Meeting of counsel re PTO. Exchange copies of all exhibits. Counsel to furnish each other with statement of the real issues and offer evidence in support, eliminating issues of no real controversy. PTO must contain all special issues or defenses raised in the pleadings.

491565_1

5/9    10:00 a.m. -- Hearing of pretrial motions, including motions in limine re admissibility of expert testimony. All other motions in limine shall be filed up to the time of trial or as otherwise ordered by court.

5/9    Plaintiff delivers PTO (in duplicate) to court by 4:30 p.m.

5/11   Pretrial Conference AT 11:00 A.M.

6/4    Submit 1) proposed findings of fact and conclusions of law and a separate trial memo (if required), 2) objections to other parties exhibits, 3) bench book.

6/4    Submit 1) summary of deposition testimony with page/line references, 2) mathematical questions to economic expert, 3) CVs of expert witnesses to judge and opposing counsel.

6/6    Deliver memo re objections to deposition testimony with appropriate authorities. Submit objections/stipulation to other party's objects to be used at trial or stipulation.

6/7    File responses to motions in limine.

6/8    Deliver opposition to any objections to your objects to be used at trial.

6/11   T R I A L -- AT 9:00 AM BUT REPORT AT 8:30 AM. Give courtroom deputy and court reporter a list of witnesses in the order you plan to call them and a list of exhibits. [introduce all exhibits before trial starts].

THUS DONE AND SIGNED this 24 day of January, 2001, at New Orleans, Louisiana.

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

491565_1