FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 25 AM 8: 48

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
JANUARY 24, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
| VERSUS | NO: 00-0166 |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., ET AL | SECTION: "S"(1) |

**HEARING ON MOTION**

APPEARANCES:   Submitted on briefs

MOTION:   MOTION OF SEACOR FOR RECONSIDERATION

**GRANTED**

    Before the court is the motion of the plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc. (collectively referred to as "SEACOR"), for reconsideration of the undersigned's order of December 19, 2000, granting in part and denying in part SEACOR's motion to file amended complaint. Rec. doc. 78. Since the issuance of that order the trial was continued to May 11, 2001,

DATE OF ENTRY  **JAN 2 5 2001**

Fee_____
Process_____
X Dktd_____
__ CtRmDep____
Doc.No._____

and certain deadlines have been reset. Rec. docs. 96 and 103. The December 19, 2000, minute entry stated that the denial of SEACOR's motion to amend was without prejudice to the right of SEACOR to re-urge the motion if the trial was continued.

The defendant, Air Compressor Energy Systems, Inc. ("ACES") opposes the motion. ACES argues that SEACOR's request still comes too late in the proceedings even with the continuance. ACES again argues there is no diversity jurisdiction and the amended complaint is legally insufficient on its face. The undersigned reiterates that these are issues that are not susceptible of resolution on a motion to amend. The undersigned determined in the December 19, 2000, minute entry that the proposed amendment is not futile. Inasmuch as the trial has been continued, SEACOR may amend its complaint.

It is ORDERED that SEACOR's motion for reconsideration is GRANTED and SEACOR may file its amended complaint.

SALLY SHUSHAN
United States Magistrate Judge