```
                                           FILED
                                      U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                      2001 JAN 26 AM 9:17

                                      LORETTA G. WHYTE
                                              CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**JANUARY 25, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. | CIVIL ACTION |
| versus | NUMBER 00-0166 |
| HOUMA FABRICATORS, ETC., ET AL. | SECTION "S" (1) |

A settlement conference is scheduled in the above-captioned case on Monday, April 30, 2001 at 9:00 A.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

**On or before April 26, 2001**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

                                                            SALLY SHUSHAN
                                                            UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY   JAN 2 6 2001