FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 26 PM 3:47

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | * CIVIL ACTION<br>*<br>* NO. 00-0166<br>*<br>* SECTION "S"<br>*<br>* MAGISTRATE (1)<br>* |

### DEMAND FOR JURY TRIAL

MAY IT PLEASE THE COURT:

Plaintiffs, Seacor Marine, Inc. and Seacor Offshore, Inc. ("Seacor"), instituted this action on January 18, 2000. Thereafter, on November 22, 2000, Seacor moved to amend its complaint in order to, among other things, allege diversity jurisdiction as an alternative to maritime jurisdiction.

On December 20, 2000, Magistrate Shushan entered an order denying the substantive aspects of Seacor's motion to amend.[1] Seacor moved for reconsideration of that ruling and,

---

[1] Rec.Doc. 78.

491339_1

because Judge Lemmon recently continued the trial date,[2] Magistrate Shushan granted Seacor's motion.[3] Accordingly, Seacor is now free to file its amended complaint alleging diversity jurisdiction and several new theories of liability against the defendants. Because diversity is now one of the bases for the jurisdiction of the court, the parties are entitled to a jury trial upon demand by anyone of them in accordance with the provisions of Federal Rule of Civil Procedure 38. Accordingly, defendant, LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc. ("LeRoi") hereby demands trial by jury of all issues of fact and law presented in this action. LeRoi submits that this demand for trial by jury is timely,[4] and LeRoi respectfully requests that the action be designated upon the docket as a jury action.

Respectfully submitted,

_____
Campbell E. Wallace, T.A., #13195
Ivan M. Rodriguez, #22574
**CHAFFE, McCALL, PHILLIPS
TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for LeRoi International, Inc. d/b/a CompAir LeRoi**

---

[2] Rec. Docs. 96 and 103.
[3] Rec. Doc. 108.
[4] FRCP 38(b).

491339_1                                              2

## Certificate of Service

I hereby certify that I have on this 26th day of January, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, or by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

*[signature]*