FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -9 AM 8:38

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**FEBRUARY 8, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEACOR MARINE, INC.** | **CIVIL ACTION NO. 00-0166** |
| versus | SECTION: "S" (1) |
| **HOUMA FABRICATORS, ETC., ET AL.** | |

The settlement conference scheduled on April 30, 2001 before the undersigned Magistrate Judge is reset for Tuesday, April 17, 2001 at 2:00 P.M. in Room B-345.

**On or before April 12, 2001,** each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
FEB 0 9 2001

\_\_\_Fee
\_\_\_Process
X \_Dktd
\_\_\_CtRmDep
Doc.No.\_\_\_