FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -7 PM 3: 52

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | * CIVIL ACTION<br>*<br>* NO. 00-0166 |
| VERSUS | *<br>* SECTION "S" |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | *<br>* MAGISTRATE (1)<br>* |

### REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc. ("the LeRoi defendants"), who respectfully request oral argument on the following motions presently set for hearing on February 21, 2001:

1. The LeRoi defendants' motion for partial summary judgment on causation;

2. The LeRoi defendants' motion for partial summary judgment on plaintiffs' new theories of liability; and

DATE OF ENTRY
FEB 0 9 2001

496093_1

3. Defendants' motions to dismiss/motions for summary judgment on jurisdictional grounds pursuant to the United States Supreme Court's holding in *East River Steamship Corp. v. Transamerica Delaval, Inc.*[1]

The LeRoi defendants submit that oral argument will assist the Court in resolving the legal issues presented by the foregoing motions.

Respectfully submitted,

_____
Campbell E. Wallace, T.A., #13195
Ivan M. Rodriguez, #22574
**CHAFFE, McCALL, PHILLIPS
TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for LeRoi International, Inc. d/b/a CompAir LeRoi**

Certificate of Service

I hereby certify that I have on this 7th day of February, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, or by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

_____

---

[1] 476 U.S. 858, 106 S.Ct. 2295, 90 L.Ed.2d 865.

496093_1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | * CIVIL ACTION<br>*<br>* NO. 00-0166<br>*<br>* SECTION "S"<br>*<br>* MAGISTRATE (1)<br>* |

## **O R D E R**

Considering the foregoing request by LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc. ("the LeRoi defendants"),

IT IS HEREBY ORDERED that oral argument will be permitted at the February 21st hearing of the following motions:

1. The LeRoi defendants' motion for partial summary judgment on causation;

2. The LeRoi defendants' motion for partial summary judgment on plaintiffs' new theories of liability; and

496093_1

3.  Defendants' motions to dismiss/motions for summary judgment on jurisdictional grounds pursuant to the United States Supreme Court's holding in *East River Steamship Corp. v. Transamerica Delaval, Inc.*[2] *Argument is limited to twenty minutes per side.*

New Orleans, Louisiana, this ___8___ day of February, 2001.

　　　　　　　　　　　　　　　　　　　　　Mary Ann Vial Lemmon
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[2] 476 U.S. 858, 106 S.Ct. 2295, 90 L.Ed.2d 865.

496093_1

2