905-6587

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 14  PM 4:24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC., et al. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 00-0166 |
| | * | |
| HOUMA FABRICATORS, a division of | * | SECTION: "S" |
| L.O.R. INC., et al. | * | |
| | * | MAGISTRATE: (1) |

* * * * * * * * * * * * * * * * * * * * * * * *

**AMENDED WITNESS LIST**
**OF THE GATES CORPORATION**

FILED: FEBRUARY _____, 2001        _____

                                        DEPUTY CLERK

        Defendant, The Gates Corporation, amends its witness list previously filed herein

to add the following fact witness:

        7.    Gabe Gargarella
              c/o The Gates Corporation
              Fort Mitchell, KY

        New Orleans, Louisiana.  February 13, 2001.

                                        Respectfully submitted,

**CERTIFICATE OF SERVICE**
I do hereby certify that I have on this
of _____ _____ served a copy of the
foregoing pleading on counsel for all parties to this
proceeding, by mailing the same by the United Statesmail,
properly addressed, and first class postage prepaid

                                        _____
                                        Craig R. Nelson, (#8755)
                                        Ward Nelson, LLC
                                        Sixth Floor
                                        1539 Jackson Avenue
                                        New Orleans, Louisiana
                                        (504) 561-5000

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. _____

1