```
                FILED
        U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

        2001 FEB 20  PM 4: 40

          LORETTA G. WHYTE
              CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACORE MARINE INC., ET AL | CIVIL ACTION |
| VERSUS | NO: 00-0166 |
| HOUMA FABRICATORS | SECTION: "S" () |

### ORDER

**IT IS HEREBY ORDERED** that all motions scheduled for oral argument on February 21, 2001 are continued to March 7, 2001 at 10:00 a.m.

New Orleans, Louisiana, this 20th day of February, 2001.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  FEB 21 2001