FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 20  PM 2: 22

LORETTA G. WHYTE
        CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | * CIVIL ACTION<br>*<br>* NO. 00-0166 |
| VERSUS | *<br>* SECTION "S"<br>* |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | *<br>* MAGISTRATE (1)<br>* |

### EX PARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants, LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc. ("LeRoi"), respectfully move this Court for an order allowing LeRoi to file a brief reply memorandum in support of its motion for partial summary judgment, in accordance with Local Rule 5.7. LeRoi must file a reply memorandum to address the incorrect factual and legal assertions made by plaintiffs, Seacor Marine, Inc., and Seacor Offshore, Inc. ("Seacor"), in their opposition to LeRoi's motion for partial summary judgment.

DATE OF ENTRY
FEB 2 2 2001

497571_1

Respectfully submitted,

_____
Campbell E. Wallace, T.A., #13195
Ivan M. Rodriguez, #22574
**CHAFFE, McCALL, PHILLIPS
 TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for LeRoi International, Inc. d/b/a
CompAir LeRoi**

## Certificate of Service

I hereby certify that I have on this 20th day of February, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, or by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

_____

497571_1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | * CIVIL ACTION<br>*<br>* NO. 00-0166<br>*<br>* SECTION "S"<br>*<br>* MAGISTRATE (1)<br>* |

## **O R D E R**

Considering the foregoing motion of defendants, LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc. ("LeRoi"),

IT IS HEREBY ORDERED that LeRoi be allowed to file its reply memorandum in support of motion for partial summary judgment.

THUS DONE AND SIGNED, this 20 day of February, 2001, at New Orleans, Louisiana.

UNITED STATES DISTRICT JUDGE

497571_1