

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 21 AM 11: 44

LORETTA G. WHYTE
CLERK

146214                                                                                     0207-5994

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
|---|---|
| VERSUS | NO. 00-0166     SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPARE LEROI | JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

### EX PARTE MOTION TO SUBSTITUTE AFFIDAVIT

**NOW INTO COURT**, through undersigned counsel, comes defendant, Houma Fabricators, a Division of LOR, Inc. and moves this Court for an Order substituting the attached Page No. 3 of the Affidavit of O.E. "Butch" Monnier, Jr. for the unexecuted version submitted with defendant's original Motion for Summary Judgment.

**WHEREFORE**, defendant, Houma Fabricators, A Division of LOR, Inc., prays that its Ex Parte Motion to Substitute Affidavit will be granted, in addition to any other further legal or equitable relief to which it is entitled.

DATE OF ENTRY
FEB 2 3 2001

____Fee____
____Process____
X ____Dktd____
____CtRmDep____
Doc.No.____

_____
RONALD A. JOHNSON, T.A. (#7329)
ROBERT H. WOOD (#23598)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
One Shell Square,
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7708
Telephone (504) 528-3001
Attorneys for Houma Fabricators,
A Division of LOR, Inc.

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 21st day of February, 2001, served a copy of these pleadings and their attachments on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPARE LEROI | CIVIL ACTION<br><br>NO. 00-0166    SECTION S (1)<br><br>JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Substitute Affidavit submitted by defendant, Houma Fabricators, A Division of LOR, Inc.;

**IT IS ORDERED** that the attached Page No. 3 of the Affidavit of O.E. "Butch" Monnier, Jr. be substituted for the signature page of the Affidavit submitted with defendant's original Motion for Summary Judgment.

New Orleans, Louisiana, this _____ day of _____ 2001.

_____
U.S. DISTRICT COURT JUDGE

3

Affidavit of O.E. "Butch" Monnier, Jr.
Page 3

15. No representative of Houma Fabricators had any notice or knowledge of a possible defective condition relating to the hose or compressor that is the subject matter of this litigation until after the fire occurred on January 30, 1999.

16. Houma Fabricators purchased the subject compressor as a single unit mounted on a skid package and installed the unit in the engine room without making any alteration to the compressor or hose.

17. Waveland/Seacor exerted control over the details of the construction of the M/V GALAXIE through discussions and negotiations relating to the vessel plans, specifications and cost.

18. The negotiations over the Shipbuilding Contract took place before the commencement of the vessel's construction and prior to delivery, as evidenced by the schedule of payments contained in the Shipbuilding Contract.

19. Houma Fabricators supplied the materials, skill and labor to construct the vessel as evidenced by Article I of the Shipbuilding Contract.

   And further, affiant sayeth not.

   _____
   O.E. "BUTCH" MONNIER

SWORN TO AND SUBSCRIBED BEFORE ME

ON THIS ___19th___ DAY OF FEBRUARY, 2001

_____
NOTARY PUBLIC
MY COMMISION IS FOR LIFE