FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 23  PM 4: 58

LORETTA G. WHYTE
         CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | * CIVIL ACTION<br>*<br>* NO. 00-0166<br>*<br>* SECTION "S"<br>*<br>* MAGISTRATE (1)<br>* |

### CERTIFICATE CONFIRMING DISCOVERY CONFERENCE

NOW INTO COURT, comes Ivan M. Rodriguez, who hereby certifies that, on February 19, 2001, he met with counsel for the plaintiffs in this matter, Alfred Rufty, for the purpose of discussing the privileged documents that are the subject of the Court's Order of February 7, 2001.[1]

After discussing the issues presented, LeRoi furnished plaintiffs with copies of the following documents:

---

[1] Rec.Doc. 115.

497803_1

1. Flex-Hose Drawing No. 73-951 Series, containing notes relevant to the investigation of the Producers Rice fire (LeRoi has produced the drawing, without any notations).

2. Two-page material data sheet for SSL-46 oil.

3. January 21, 1999 correspondence from litigation consultant hired to investigate Producers Rice fire to Charles Chastain (Producers Rice) and Stanley Leavnedusky (Air Industrial Resources, LeRoi distributor), regarding evidence retention for the Producers Rice fire investigation.

4. February 22, 1999 fax from Mike Taylor to Gary Kaser, regarding replacement of the air compressor involved in the Producers Rice fire.

5. February 23, 1999 two-page fax from Mike Taylor (Air Industrial Resource, Inc., a LeRoi distributor) to Gary Kaser (LeRoi) regarding the Producers Rice fire and replacement of the air compressor involved.

6. April 7, 1999 three-page fax from Mike Taylor to Gary Kaser regarding the Producers Rice fire, release of all claims, and order request from Kent Lockwood (Producers Rice).

7. April 22, 1999 two-page fax from Gary Kaser to Mike Taylor, summarizing cost of replacement for a compressor involved in the Producers Rice fire.

The following documents remain in dispute, and LeRoi submits that Rule 26(B)(3), F.R.C.P. exempts them from disclosure because they were all prepared by LeRoi representatives, in anticipation of litigation or in preparation for trial:[2]

---

[2] All as more fully set forth in LeRoi's previously filed opposition to plaintiffs' motion to compel.

1. Copy of business card of litigation consultant retained in conjunction with the investigation into the facts and circumstances surrounding the Producers' Rice fire.

2. Air/oil piping air-cooled mounted drawing no. CH-2451C, generated after Producers Rice fire with highlights of areas allegedly involved in that fire.

3. Draft of letter from Gary Kaser to Jack Hart of Hart Industries regarding Producers Rice fire (the final version of this document has already been produced to Seacor).

4. January 11, 1999 internal LeRoi e-mail from Joe Ferrara to Gary Kaser, Alan Kurus, Ron Keen, and Rod Mitton, regarding Mr. Ferrara's investigation into the facts and circumstances of the Producers Rice fire.

5. January 21, 1999 correspondence from litigation investigation specialist hired to investigate Producers Rice fire to Gary Kaser, requesting a copy of the service manual, engineering specifications, product literature, etc. for the compressor in question in the Producers Rice fire.

6. January 26, 1999 internal LeRoi e-mail from Mike Jones to Bob Krebs, Rod Mitton, Mike Riesen, and Gary Kaser regarding proposed non-destructive hose testing by Hart and attaching Gary Kaser's letter to Jack Hart pertaining to the Producers Rice fire.

7. January 26, 1999 internal LeRoi e-mail from Rod Mitton to Mike Jones, Bob Krebs, Ron Keen, Mike Riesen, and Gary Kaser inquiring as to what was being done to replace Hart as a hose vendor.

8. January 26, 1999 internal LeRoi e-mail from Bob Krebs to Rod Mitton, Mike Jones, Ron Keen, Mike Riesen, and Gary Kaser stating that Mike Jones released part no. 73-1081 to replace part no. 73-1046 on the HQ 900.

9. January 27, 1999 internal LeRoi e-mail from Bob Krebs to Rod Mitton, Mike Jones, Ron Keen, Mike Riesen, and Gary Kaser stating that Hart was being dropped as a hose supplier and replaced by Gateway.

10. January 28, 1999 internal LeRoi e-mail from Bob Krebs to Rod Mitton, Mike Jones, Ron Keen, Mike Riesen, and Gary Kaser stating that Hart report has been put into letter form.

11. January 29, 1999 memorandum from Bob Krebs to Mike Jones with a copy to Gary Kaser, Rod Mitton, and Mike Riesen.

12. February 11, 1999 internal LeRoi e-mail from Bob Krebs to Ron Keen, Lawrence Noll, Mike Riesen, and Gary Kaser stating that Hart and Gates representatives would arrive on February 12 for further update on subject hose.

13. February 15, 1999 internal LeRoi e-mail from Bob Krebs to Ron Keen, Lawrence Noll, Mike Riesen, and Gary Kaser stating that Hart representative would arrive on February 16 to discuss current problems with hoses.

14. February 22, 1999 fax from Jim Spool (LeRoi in house counsel) to Gary Kaser enclosing summary of Mr. Kaser's investigation of the GALAXIE fire.

15. March 1, 1999 internal LeRoi e-mail from Bob Krebs to Rod Mitton, Ron Keen, Mike Riesen and Gary Kaser regarding the hose on the GALAXIE.

16. March 2, 1999 internal LeRoi e-mail from Rod Mitton to Bob Krebs, Ron Keen, Mike Riesen and Gary Kaser asking if the hose/fitting on the GALAXIE had any identifying marks.

LeRoi will submit copies of these documents to Magistrate Shushan for in-camera inspection so that she may make a determination as to whether they are discoverable.

Respectfully submitted,

_____
Campbell E. Wallace, T.A., #13195
Ivan M. Rodriguez, #22574
**CHAFFE, McCALL, PHILLIPS**
**TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for LeRoi International, Inc. d/b/a**
**CompAir LeRoi, and Dresser Industries, Inc.**

Certificate of Service

I hereby certify that I have on this 23rd day of February, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, or by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

_____