UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -2 AM 8: 51

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| SEACOR MARINE, INC. AND SEACOR OFFSHORE, INC. | CIVIL ACTION |
| -versus- | NO: 00-0166 |
| HOUMA FABRICATORS, A DIVISION OF LOR, INC., AIR COMPRESSOR ENERGY SYSTEMS, INC., DRESSER INDUSTRIES, INC., AND LEROI INTERNATIONAL, INC. D/B/A COMPARE LEROI | SECTION: "S"  MAG: "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO AMEND MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant, Air Compressor Energy Systems, Inc., ("ACES"), who respectfully requests this Honorable Court grant it leave to file this amendment to its Motion for Summary Judgment to include the deposition testimony of Mr. Gary Kaser, a corporate representative of Defendant Compair LeRoi, which has just been received by counsel for ACES, and confirms that ACES had no knowledge of any alleged defect of problem with the hose which is the subject of this litigation until months after the fire aboard the M/V Galaxie took place.

DATE OF ENTRY
MAR 0 6 2001



Respectfully submitted,

_____
ROBERT J. YOUNG, JR. (#13763)
C. BLASE McCARTHY, JR. (#25789)
**YOUNG, RICHAUD & MYERS**
1100 Poydras Street
1515 Energy Centre
New Orleans, Louisiana 70163
*Attorney for Defendant, Air Compressor Energy Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed this 2nd day of March, 2001.

_____
C. BLASE McCARTHY, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEACOR MARINE, INC. AND SEACOR OFFSHORE, INC.** | **CIVIL ACTION** |
| -versus- | NO:      00-0166 |
| **HOUMA FABRICATORS, A DIVISION OF LOR, INC., AIR COMPRESSOR ENERGY SYSTEMS, INC., DRESSER INDUSTRIES, INC., AND LEROI INTERNATIONAL, INC. D/B/A COMPARE LEROI** | SECTION:   "S"  MAG:      "1" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion To Amend Motion for Summary Judgment submitted by defendant Air Compressor Energy Systems, Inc.;

**IT IS ORDERED** that the attached Amendment to Air Compressor Energy Systems, Inc.'s Memorandum in Support of Motion for Summary Judgment be incorporated in to said Motion for Summary Judgment and Memorandum in Support of Motion for Summary Judgment filed with this Court on February 13, 2001.

New Orleans, Louisiana, this ____5____ day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE