FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -5 AM 8: 48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND  SEACOR OFFSHORE, INC. | * * * | CIVIL ACTION  NO.:   00-0166 |
| Plaintiffs | * * | SECTION: "S" (1) |
| VERSUS | * * | |
| HOUMA FABRICATORS, A DIVISION OF L.O.R., INC., AIR COMPRESSOR ENERGY SYSTEMS, INC., DRESSER INDUSTRIES, INC. , AND LEROI INTERNATIONAL, INC. D/B/A COMPAIR  LEROI | * * * * * * | |
| Defendant | * * | |
| * * * * * * * * | | |

SEACOR'S MEMORANDUM IN OPPOSITION TO
HOUMA'S MOTION FOR SUMMARY JUDGMENT

In opposing the summary judgment motion of Houma Fabricators, Inc., a division of

L.O.R., Inc., plaintiffs SEACOR Marine, Inc. and SEACOR Offshore, Inc. respectfully refer

the Court to the memoranda previously filed by SEACOR on the exhaustively–briefed *East*

1

*River* issues. With respect to the contractual indemnity and redhibition issues, SEACOR respectfully adopts the memorandum they have filed in support of their cross-motion for a partial summary judgment against Houma Fabricators on these same issues.

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this ___2___ day of March, 2001.

_____
ALFRED J. RUFTY III

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>　　　　　Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI<br><br>　　　　　Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION:  "S" (1) |

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

### SEACOR'S CONTROVERSION OF HOUMA'S STATEMENT
### OF UNCONTESTED FACTS

Plaintiffs SEACOR Marine, Inc. and SEACOR Offshore, Inc. respectfully respond to the Statement of Uncontested Facts submitted by Houma Fabricators, a division of L.O.R., Inc., as  follows:

1

1. Admitted.

2. Admitted.

3. The contract speaks for itself.

4. The contract speaks for itself.

5. Denied as written.

6. Denied as written.

7. Admitted.

8. The contract speaks for itself.

9. The contract speaks for itself.

10. Denied as unconfirmed.

11. Denied.

12. Denied as written. Calls for conclusion of law.

13. The contract speaks for itself.

14. Denied.

15. Denied as unconfirmed.

16. Denied as written.

17. Denied as written.

18. Denied as written; Houma supplied some of the materials but not all of them.

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this ___2___ day of November, 2000.

_____
ALFRED J. RUFTY III

3