FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -5 AM 8:46

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SEACOR MARINE, INC. AND** | * | CIVIL ACTION |
| **SEACOR OFFSHORE, INC.** | * | |
| | * | NO.: 00-0166 |
| Plaintiffs | * | |
| | * | SECTION: "S" (1) |
| VERSUS | * | |
| | * | |
| **HOUMA FABRICATORS, A DIVISION** | * | |
| **OF L.O.R., INC., AIR COMPRESSOR** | * | |
| **ENERGY SYSTEMS, INC., DRESSER** | * | |
| **INDUSTRIES, INC., AND LEROI** | * | |
| **INTERNATIONAL, INC. D/B/A** | * | |
| **COMPAIR LEROI** | * | |
| | * | |
| Defendant | * | |
| | * | |
| *  *  *  *  *  *  *  * | | |

## MOTION FOR EXPEDITED HEARING

NOW COME plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., and respectfully move for an expedited hearing on March 7, 2001 on their motion for a partial summary judgment against Houma Fabricators, a division of L.O.R., Inc., on the grounds

1

DATE OF ENTRY  MAR 0 6 2001

and for the reasons stated in the accompanying memorandum.

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this 2 day of March, 2001.

_____
ALFRED J. RUFTY III

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>　　　　　　　Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI<br><br>　　　　　　　Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION:  "S" (1) |

\* \* \* \* \* \* \* \*

### SEACOR'S MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING

This memorandum is respectfully submitted by plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., in support of their motion for an expedited hearing on their cross-motion for a partial summary judgment against Houma Fabricators, a division of L.O.R., Inc.

In the previously-filed motion for a summary judgment filed by Houma Fabricators, which is set for hearing on March 7, 2001, Houma alleges that it is entitled to a summary judgment against SEACOR's claims based in redhibition and contractual indemnity. Agreeing that there are issues of law appropriate for summary judgment as to these claims,

1

SEACOR has filed a cross-motion for a partial summary judgment on these same issues and respectfully submits that it would be appropriate and efficient for both motions to be heard at the same time. SEACOR accordingly requests that its cross-motion for a partial summary judgment against Houma Fabricators be set for hearing on an expedited basis on March 7, 2001.

SEACOR accordingly submits that its motion for an expedited hearing should be granted.

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this ____ day of March, 2001.

2

_____
ALFRED J. RUFTY III

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>           Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI<br><br>           Defendant | * * * * * * * * * * * * * * * | CIVIL ACTION<br><br>NO.:  00-0166<br><br>SECTION: "S" (1) |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing motion of plaintiff's SEACOR Marine, Inc. and SEACOR Offshore, Inc., for an expedited hearing on their cross-motion for a partial summary judgment against Houma Fabricators, a division of L.O.R., Inc., it is hereby

**ORDERED** that the motion is GRANTED and that plaintiffs' cross-motion shall be

heard, together with the motion of Houma Fabricators, on March 7, 2001

New Orleans, Louisiana this __5__ day of March, 2001.

*[signature]*
DISTRICT JUDGE