905-6587

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -5 PM 4: 02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC., et al. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 00-0166 |
| | * | |
| HOUMA FABRICATORS, a division of | * | SECTION: "S" |
| L.O.R. INC., et al. | * | |
| | * | MAGISTRATE: (1) |

* * * * * * * * * * * * * * * * * * * * * * * *

## ANSWER TO COMPLAINT

FILED: MARCH _____, 2001          _____
                                          DEPUTY CLERK

Defendant, The Gates Corporation (hereinafter "Gates"), answers the Complaint of plaintiffs, Seacor Marine, Inc. and Seacor Offshore, Inc., as follows:

### FIRST DEFENSE

The Complaint of plaintiffs' against Gates failed to state a claim against it upon which relief may be granted.

### SECOND DEFENSE

The allegations set forth in Paragraph 1 are denied for lack of information; the allegations of Paragraph 2 are denied for lack of information; the allegations of Paragraphs 3 and 4 are denied for lack of information; the allegations in Paragraphs 5 through 11 are denied.



1

### THIRD DEFENSE

The sole and proximate cause of the incident made the subject of this lawsuit was the negligence of plaintiffs which bars all recovery against Gates herein.

### FOURTH DEFENSE

Alternatively, Gates avers the incident made the subject of this lawsuit was caused by others for which it has no responsibility and therefore it cannot be held liable for any damages to plaintiff herein.

### FIFTH DEFENSE

Plaintiffs have failed to minimize their damages.

### SIXTH DEFENSE

Plaintiffs or, alternatively, LeRoi International were guilty of misusing a hydraulic hose, whether it be a Gates hose or not or other manufacturer's hose, which was the sole or, alternatively, a contributing proximate cause of the damages made the subject of this lawsuit.

**WHEREFORE** The Gates Corporation prays for a dismissal of the Complaint of plaintiffs with prejudice and at plaintiffs' cost.

New Orleans, Louisiana. March 5, 2001.

Respectfully submitted,

Craig R. Nelson, (#8755)
Ward Nelson, LLC
Sixth Floor
1539 Jackson Avenue
New Orleans, Louisiana
(504) 561-5000

CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___5th___ day of ___March '01___, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by the United States mail, properly addressed, and first class postage prepaid.

2