

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | * CIVIL ACTION<br>*<br>* NO. 00-0166 |
| VERSUS | *<br>* SECTION "S" |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | *<br>* MAGISTRATE (1)<br>* |

### EX PARTE MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR PARTIAL SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM IN SUPPORT

MAY IT PLEASE THE COURT:

On February 6, 2001, LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc. ("the LeRoi defendants"), filed a motion for partial summary judgment regarding plaintiffs' claims. In support of their motion, the LeRoi defendants made reference to the chemical properties and characteristics of SSL-50 oil. However, plaintiffs apparently question the reliability of the LeRoi defendants' representations in this regard.

Accordingly, the LeRoi defendants have now attached a declaration from Mr. Sean O'Malley, a chemical engineer employed by CPI Engineering Services, to confirm the prior

498978_1    DATE OF ENTRY _____    MAR 0 6 2001

representations made regarding the chemical properties and characteristics of SSL-50. The LeRoi defendants also respectfully request that they be allowed to supplement their previously filed motion for partial summary judgment to include the attached signed declaration of Mr. O'Malley.[1]

Respectfully submitted,

_____
Campbell E. Wallace, T.A., #13195
Ivan M. Rodriguez, #22574
**CHAFFE, McCALL, PHILLIPS
 TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for LeRoi International, Inc. d/b/a
CompAir LeRoi**

### Certificate of Service

I hereby certify that I have on this _5th_ day of March, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, or by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

_____

---

[1] See Exhibit "1".

498978_1

2

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND SEACOR OFFSHORE, INC. | * CIVIL ACTION <br> * <br> * NO. 00-0166 |
| VERSUS | * <br> * SECTION "S" |
| HOUMA FABRICATORS, A DIVISION OF L.O.R., INC., AIR COMPRESSOR ENERGY SYSTEMS, INC., DRESSER INDUSTRIES, INC., and LEROI INTERNATIONAL, INC. d/b/a/ COMPARE LEROI | * <br> * MAGISTRATE (1) <br> * |

## DECLARATION

I, Sean O'Malley, hereby declare under penalty of perjury under United States law that the following statement of fact is true and correct to the best of my personal knowledge:

1. I am employed by CPI Engineering Services, Inc., 2300 James Savage Road, Midland, Michigan 48642 ("CPI");

2. I have been employed by CPI as a Chemical engineer since 19 93;

3. In my job as a Chemical engineer with CPI, I have almost daily dealt with the characteristics of SSL-50, and am thoroughly familiar with the chemical properties and characteristics of SSL-50 discussed herein;

408667_1

EXHIBIT "1"

03/02/01 16:17 FAX 517 496 2313 CPI ENG SALES MKTG Case 2:00-cv-00166-MVL Document 139 Filed 03/05/2001 Page 4 of 7 @004/006

MAR-01-2001 THU 03:56 PM CHAFFE McCALL          FAX NO. 504 585 7075           P. 03/05

4. CPI has been the manufacturer of an oil known as SSL-50 for at least the last 10 years;

5. For at least the last 10 years, SSL-50 has been a PAO/mineral oil blend;

6. All SSL-50 manufactured by CPI has been free of esters and has excellent compatibility with rubber hoses that are compatible with mineral oils;

7. Attached hereto are my letters of January 24, 2001 and February 12, 2001 to Campbell W. Wallace, counsel for CompAir LeRoi. These letters are true and correct copies of the original faxes which I sent to him, these letters were prepared by me in my capacity as an employee of CPI, I have personal knowledge of the facts reported therein, it is a routine practice of my firm to prepare such letters, and we rely on the matters reported in these letters in the regular course of the business of CPI as they are part of my daily routine to transmit such information to customers of CPI.

Midland, Michigan, this  2  day of March, 2001.

_____Sean O'Malley_____
SEAN O'MALLEY

498667_1

03/02/01  16:17  FAX 517 496 2313      CPI ENG SALES MKTG                    ☐005/006
MAR-01-2001 THU 03:56 PM CHAFFE McCALL           FAX NO. 504 585 7075         P. 04/05

01/24/01  11:45  FAX 517 496 2313      CPI ENG SALES MKTG                    ☐001

**CPI Engineering Services, Inc.**
2300 James Savage Rd.
Midland, MI 48642

| | | | |
|---|---|---|---|
| DATE: | January 24, 2001 | TIME: | 10:47 AM |
| TO: | Ed Wallace | | |
| | Chaff McCall | FAX: | 504-585-7075 |
| FROM: | Sean O'Malley | PHONE: | 517-496-3780 |
| | CPI Engineering Serv. | FAX: | 517-496-2313 |

Dear Ed:

Following is some literature on SSL-50. It doesn't come right out and say it in one piece of literature, but the MSDS mentions that the product is a mineral oil blend and the product data sheet reveals that the other part of the blend is PAO. This product does not contain any ester, and that is the synthetic lubricant that most often causes rubber incompatibility. SSL-50 would not act any differently than a conventional mineral oil in terms of compatibility with rubber.

Please let me know if I can be of further assistance.

Best Regards,

*Sean O'Malley*
Sean O'Malley



EXHIBIT G-2

02/12/01 17:27 FAX 517 496 2313    CPI ENG SALES MKTG    ⌀001

**CPI Engineering Services, Inc.**
2300 James Savage Rd.
Midland, MI 48642

| | | | |
|---|---|---|---|
| DATE: | February 12, 2001 | TIME: | 3:45 PM |
| TO: | Ed Wallace<br>Chaff McCall | FAX: | 504-585-7075 |
| FROM: | Sean O'Malley<br>CPI Engineering Serv. | PHONE:<br>FAX: | 517-496-3760<br>517-496-2313 |

Dear Ed:

SSL-50 has always been a PAO/mineral oil blend, since CPI began making the product for CompAir. The product was introduced more than 10 years ago. Regarding your questions on SSL-50:

a. The MSDS and materials compatibility charts I sent you previously would apply for all SSL-50 CPI has produced.
b. All SSL-50 CPI has manufactured is free of esters.
c. The materials compatibility of SSL-50 has not changed. It has excellent compatibility with rubber hoses that are compatible with mineral oils.

If you have any other questions, please let me know.

Best Regards,

*Sean O'Malley*
Sean O'Malley

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | * CIVIL ACTION<br>*<br>* NO. 00-0166<br>*<br>* SECTION "S"<br>*<br>* MAGISTRATE (1)<br>* |

## ORDER

Considering the foregoing motion of LeRoi International, Inc. d/b/a CompAir LeRoi, and Dresser Industries, Inc. ("the LeRoi defendants"),

IT IS HEREBY ORDERED that the LeRoi defendants be allowed to supplement their previously filed motion for partial summary judgment to include the signed declaration of Mr. Sean O'Malley.

THUS DONE AND SIGNED this ___6___ day of March, 2001, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

498978_1