905-6587

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
MAR 0 6 2001
2001 MAR -6 PM 3: 53
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC., et al. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 00-0166 |
| | * | |
| HOUMA FABRICATORS, a division of | * | SECTION: "S" |
| L.O.R. INC., et al. | * | |
| | * | MAGISTRATE: (1) |

* * * * * * * * * * * * * * * * * * * * * * *

**AMENDED WITNESS LIST**
**OF THE GATES CORPORATION**

FILED: MARCH _____, 2001      _____
                                                    DEPUTY CLERK

Defendant, The Gates Corporation, amends its witness list previously filed herein to add the following fact witness:

8.    Dick Batzer

New Orleans, Louisiana. March 5, 2001.

                                                    Respectfully submitted,

                                                    _____
                                                    Craig R. Nelson, (#8755)
                                                    Ward Nelson, LLC
                                                    Sixth Floor
                                                    1539 Jackson Avenue
                                                    New Orleans, Louisiana
                                                    (504) 561-5000

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 5th day of March, 01, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by the United States mail, properly addressed, and first class postage prepaid.

1