

146908

0207-5994

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPARE LEROI | CIVIL ACTION<br><br>NO. 00-0166   SECTION S (1)<br><br>JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

**STATEMENT OF MATERIAL FACTS AS TO
WHICH THERE REMAINS A GENUINE ISSUE**

**NOW COMES DEFENDANT,** Houma Fabricators, A Division of LOR, Inc. ("Houma Fabricators") pursuant to Local Rule 56.2 E & W, and respectfully submits the following in controversion of the Statement of Uncontested Material Facts submitted by plaintiffs, Seacor Marine, Inc. and Seacor Offshore, Inc. ("Seacor"), as follows:

1. Admitted.

2. Admitted.

3.  Denied as written. The Shipbuilding Contract is the best evidence of its terms, limits and conditions, the scope of which is one of the issues to be decided by this Honorable Court.

4.  Denied as written. The Shipbuilding Contract is the best evidence of its terms, limits and conditions, the scope of which is one of the issues to be decided by this Honorable Court.

5.  Admitted.

6.  It is admitted that the fire of January 30, 1999 damaged certain equipment and caused the vessel some lost work time as a result of the fire. However, the cause of the fire, the extent of the damage and scope of detention losses are all disputed questions of fact that are before this Honorable Court.

7.  Admitted to the extent of acknowledging that Houma Fabricators purchased many different component parts to be installed into the vessel, often with the express participation and consent of representatives of Seacor. It is admitted that Houma Fabricators purchased an air compressor from Air Compressor Energy Systems for installation on board the M/V GALAXIE.

8.  It is admitted, upon information and belief, that ACES purchased the compressor unit from its manufacturer, LeRoi.

Respectfully submitted,

_____
RONALD A. JOHNSON, T.A. (#7329)
ROBERT H. WOOD (#23598)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
One Shell Square,
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7708
Telephone (504) 528-3001
Attorneys for Houma Fabricators,
A Division of LOR, Inc.

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 7th day of March, 2001, served a copy of these pleadings and their attachments on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____