```
                                        FILED
                                   U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2001 MAR -7 AM 10: 01

                                     LORETTA G. WHYTE
                                          CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | * <br> * <br> * | CIVIL ACTION <br><br> NO.: 00-0166 |
| Plaintiffs | * <br> * | SECTION: "S" (1) |
| VERSUS | * <br> * | |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI | * <br> * <br> * <br> * <br> * <br> * <br> * | |
| Defendant | * <br> * | |

\* \* \* \* \* \* \* \*

### SEACOR'S EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO LEROI'S SUMMARY JUDGMENT MOTION

NOW COME plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., and respectfully moves for the entry of an order granting them leave to file the enclosed Supplemental Memorandum in Opposition to LeRoi's Summary Judgment Motion.

1

DATE OF ENTRY
MAR 0 8 2001



Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this \_\_\_\_ day of March, 2001.

_____
ALFRED J. RUFTY III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SEACOR MARINE, INC. AND** <br> **SEACOR OFFSHORE, INC.** <br><br> Plaintiffs <br><br> VERSUS <br><br> **HOUMA FABRICATORS, A DIVISION OF L.O.R., INC., AIR COMPRESSOR ENERGY SYSTEMS, INC., DRESSER INDUSTRIES, INC., AND LEROI INTERNATIONAL, INC. D/B/A COMPAIR LEROI** <br><br> **Defendant** | * * * * * * * * * * * * * * * | **CIVIL ACTION** <br><br> NO.: 00-0166 <br><br> SECTION: "S" (1) |

### ORDER

Considering the foregoing Ex Part Motion for Leave to File Supplemental Memorandum in Opposition to LeRoi's Summary Judgment Motion, it is hereby

**ORDERED** that the motion is **GRANTED** and that plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc. be and hereby are granted leave to file the enclosed Supplemental Memorandum in Opposition to LeRoi's Summary Judgment Motion.

New Orleans, Louisiana, this ___7___ day of March, 2001.

_____
DISTRICT JUDGE

1