FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -7 AM 10:00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SEACOR MARINE, INC. AND** | * | CIVIL ACTION |
| **SEACOR OFFSHORE, INC.** | * | |
| | * | NO.: 00-0166 |
| **Plaintiffs** | * | |
| | * | SECTION: "S" (1) |
| **VERSUS** | * | |
| | * | |
| **HOUMA FABRICATORS, A DIVISION** | * | |
| **OF L.O.R., INC., AIR COMPRESSOR** | * | |
| **ENERGY SYSTEMS, INC., DRESSER** | * | |
| **INDUSTRIES, INC., AND LEROI** | * | |
| **INTERNATIONAL, INC. D/B/A** | * | |
| **COMPAIR LEROI** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| * * * * * * * * | | |

### SEACOR'S EX PARTE MOTION FOR LEAVE TO FILE STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW COME plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., and respectfully moves for the entry of an order granting them leave to file the enclosed Statement of Uncontested Material Facts, which was inadvertently omitted from the

DATE OF ENTRY
MAR 0 8 2001

1

Fee
Process
X Dktd
CtRmDep
Doc.No.

collection of documents filed with SEACOR's pending motion for a summary judgment against defendant, Houma Fabricators, a division of LOR, Inc.

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this ___7__ day of March, 2001.

_____
ALFRED J. RUFTY III

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>**Plaintiffs**<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI<br><br>**Defendant** | * * * * * * * * * * * * * * * | CIVIL ACTION<br><br>NO.:  00-0166<br><br>SECTION: "S" (1) |

\*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Considering the foregoing Ex Part Motion for Leave to File Statement of Uncontested Material Facts, it is hereby

**ORDERED** that the motion is **GRANTED** and that plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc. be and hereby are granted leave to file the enclosed Statement of Uncontested Material Facts, which was inadvertently omitted from SEACOR's summary judgment pleadings at the time of filing.

1

New Orleans, Louisiana, this ___7___ day of March, 2001.

                                                                         _____
                                                                          DISTRICT JUDGE