

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | * <br> * <br> * | CIVIL ACTION <br><br> NO.:  00-0166 |
| Plaintiffs | * <br> * | SECTION: "S" (1) |
| VERSUS | * <br> * | |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI | * <br> * <br> * <br> * <br> * <br> * <br> * | |
| Defendant | * <br> * | |
| *    *    *    *    *    *    *    * | | |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

In conjunction with filing their motion for a partial summary judgment against Houma Fabricators, a division of LOR, Enterprises, Inc., plaintiff SEACOR Marine, Inc. and SEACOR Offshore, Inc. respectfully submit the following statement of uncontested material facts:

1

1. SEACOR and Houma Fabricators were parties to the "Shipbuilding Contract" made Exhibit "A" to the memorandum in support of SEACOR's motion for partial summary judgment.

2. Although Houma Fabricators initially entered into this contract with Waveland Marine Services, Inc., Waveland's full interest in the contract was validly assigned to SEACOR Marine, Inc. by virtue of an assignment dated January 3, 1997.

3. Pursuant to the contract, Houma agreed to indemnify SEACOR against certain losses, as stipulated in Article XVII of the agreement.

4. Pursuant to the contract, Houma Fabricators manufactured the vessel GALAXIE and sold it to SEACOR.

5. A fire occurred aboard the vessel in its engine room on January 30, 1999.

6. The fire damaged certain equipment within the vessel's engine room and caused the vessel to be out of service for a time while undergoing repairs.

7. Houma Fabricators purchased various parts from subcontractors for installation aboard the vessel. Among the companies from whom Houma Fabricators purchased parts was Air Compressor Energy Systems, which sold a LeRoi compressor to Houma.

8. ACES in turn had purchased the compressor from its manufacturer, LeRoi

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this ___6___ day of March, 2001.

_____
ALFRED J. RUFTY III