

MINUTE ENTRY
SHUSHAN, M.J.
MARCH 7, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
| VERSUS | NO: 00-0166 |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., ET AL | SECTION: "S"(1) |

On the docket of the Court is the motion of the defendants, LeRoi International Inc. d/b/a CompAir LeRoi and Dresser Industries, Inc. ("LeRoi") to compel the attendance at depositions that was filed on January 8, 2001, but a hearing date was not set. Rec. doc. 88. In that motion LeRoi requested an order compelling the plaintiffs, Seacor Marine, Inc. and Seacor Offshore, Inc., to produce the chief engineer, Allen Townsend, and assistant engineer, Jamie Bayard (also referred to as James Benyard), for their depositions and an order compelling the plaintiffs to produce all of their other individual witnesses for depositions as soon as practicable. Rec. doc. 88.

On January 5, 2001, and January 22, 2001, there were telephone discovery conferences with

DATE OF ENTRY
MAR 0 8 2001



counsel for the parties where schedules and procedures were established for the depositions of Townsend, Bayard/Benyard, other Seacor witnesses, as well as the depositions of representatives and experts of all parties.

Accordingly, LeRoi's motion to compel attendance at depositions (Rec. doc. 88) is DISMISSED as MOOT.

                                                  SALLY SHUSHAN
                                          United States Magistrate Judge

Q:\MOTIONS\2000 Motions\00-0166 Seacor\00-0166.6.wpd

2