MINUTE ENTRY
VIAL LEMMON, J.
MARCH 7, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEACOR MARINE                                    CIVIL ACTION

VERSUS                                           NO. 00-166

HOUMA FABRICATORS ET AL                          SECTION "S"


JUDGE MARY ANN VIAL LEMMON PRESIDING


**WEDNESDAY, MARCH 7, 2001 AT 10:00 A.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:   Betty Ferrier

APPEARANCES:

Alfred J. Rufty, III for plaintiffs
Robert H. Wood for Houma Fabricators
C. Blase McCarthy, Jr. for Air Compressor Energy Systems
Campbell Edington Wallace for LeRoi International, Inc. d/b/a CompAir
Susan Laporte for Gates Corporation
Randall L. Kleinman for Hart Industries, Inc.


**MOTION OF HART INDUSTRIES FOR SUMMARY JUDGMENT ON JURISDICTIONAL GROUNDS (#49)**

**MOTION OF LEROI AND DRESSER TO DISMISS ON JURISDICTIONAL GROUNDS (#50)**

**MOTION OF GATES FOR SUMMARY JUDGMENT ON JURISDICTIONAL GROUNDS (#55)**

**MOTION OF HOUMA FABRICATORS FOR SUMMARY JUDGMENT ON JURISDICTIONAL GROUNDS (#60)**

**MOTION OF AIR COMPRESSOR FOR SUMMARY JUDGMENT ON JURISDICTIONAL GROUNDS (#61)**


DATE OF ENTRY
MAR 0 9 2001



**MOTION OF LEROI FOR PARTIAL SUMMARY JUDGMENT ON CAUSATION (#116)**

**MOTION OF LEROI FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S NEW THEORIES OF LIABILITY (#117)**

**MOTION OF AIR COMPRESSOR FOR SUMMARY JUDGMENT (#121)**

**MOTION OF HOUMA FABRICATORS FOR SUMMARY JUDGMENT (#125)**

**MOTION OF PLAINTIFFS FOR PARTIAL SUMMARY JUDGMENT (#135)**

Oral arguments presented

The following claims were withdrawn without prejudice with the right to re-urge:

1) LeRoi International, Inc. d/b/a CompAir LeRoi's negligent provision of erroneous advise

2) Intentional and/or negligent misrepresentation

3) Fraud

4) Breach of express warranty

5) Redhibition as to all defendants except Houma Fabricators

6) Breach of contract as to all defendants except Houma Fabricators

7) Punitive damages

The plaintiff conceded that there is no compatibility problem

Post motion briefs are to be filed within 10 days

    MOTIONS SUBMITTED