147187

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
| VERSUS | NO. 00-0166    SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPARE LEROI | JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

**MEMORANDUM IN OPPOSITION TO PLAINTIFFS'
MOTION FOR EXTENSION OF EXPERT REPORT DEADLINE**

**MAY IT PLEASE THE COURT:**

Defendant, Houma Fabricators, a Division of LOR, objects to the proposed expert deadline date submitted by plaintiffs in their Motion filed this date. The trial date and expert report deadlines have already been extended, and there is no need for further extension. A continuance of the expert deadline simply places the parties closer to the trial date, and adversely affects the ability to perform the necessary discovery of fact witnesses and expert witnesses as necessary to prepare this case for trial.

Plaintiffs' sole avowed purpose for extending the deadline is to facilitate settlement and avoid needless expenditure. Houma Fabricators suggests there is no basis for this comment. Even if Seacor settles with one or more defendants, unless Seacor settles with all defendants, its experts will still have to submit their reports. Accordingly, Houma Fabricators suggests that this Motion is only another "thinly veiled" effort on the part of

1

Seacor to change its position midstream. Houma Fabricators suggests Seacor is attempting to find out who the defendants will be, and then, and only then, have its experts submit reports against those non-settling defendants. In the search for justice, the reports should be submitted in accordance with the court's previous deadlines and Seacor should not be allowed to continue to modify its contentions as it feels the facts warrant as discovery is pursued.

Plaintiffs have amended the Complaint, and changed the thrust of their contentions against the various defendants a number of times. Houma Fabricators submits that it is time to learn Seacor's experts' contentions. Only then can Houma Fabricators alert the experts of Houma Fabricators as to what Seacor alleges in order that Houma Fabricators' expert reports can be submitted. Accordingly, Houma Fabricators opposes the Motion of plaintiffs for an extension of time of submission of expert reports.

Respectfully submitted

RONALD A. JOHNSON, T.A. (#7329)
ROBERT H. WOOD (#23598)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
One Shell Square,
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7708
Telephone (504) 528-3001
Attorneys for Houma Fabricators,
A Division of LOR, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record, either by hand delivery, facsimile, or by placing the same in the United States mail, properly addressed and postage prepaid, this 12th day of March, 2001.

_____