FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 12  P 1: 17

LORETTA G. WHYTE
        CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>  Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI<br><br>  Defendant | * * * * * * * * * * * * * * * | CIVIL ACTION<br><br>NO.:  00-0166<br><br>SECTION: "S" (1) |

\* \* \* \* \* \* \* \*

### EX PARTE MOTION FOR EXPEDITED HEARING

NOW COME plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., and respectfully move for an expedited hearing on their motion to extend expert report deadlines. The extension is necessary because the deadline presently falls today and because the extension will facilitate settlement discussions.

DATE OF ENTRY
MAR 1 3 2001

1

Fee____
_Process___
X /Dktd  \6
_/CtRmDep_
Doc.No. 151

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this __12__ day of March, 2001.

_____
ALFRED J. RUFTY III

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>　　　　Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI<br><br>　　　　Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION: "S" (1) |

\* \* \* \* \* \* \* \*

## ORDER FOR EXPEDITED HEARING

Considering the foregoing ex parte motion of plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., for expedited hearing on their motion to extend expert report deadlines, it is hereby

ORDERED that the motion is granted; plaintiffs' motion to extend the expert deadlines will be heard at _10_ o'clock _9_ .m. on the _13_ day of March, 2001.

New Orleans, Louisiana, this _13_ day of March, 2001.

_____
DISTRICT JUDGE