U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 13 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>          Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI<br><br>          Defendant | * * * * * * * * * * * * * * * * | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION: "S" (1) |

\* \* \* \* \* \* \* \*

### MOTION FOR EXTENSION OF EXPERT REPORT DEADLINE

NOW COME plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., and respectfully MOVE for the entry of an order extending all parties' deadline for submitting expert reports by one week, on the grounds and for the reasons stated in the accompanying memorandum.

1

DATE OF ENTRY
MAR 13 2001

Fee_____
Process___
Dktd___
CRmDep___
Doc.No.152

Respectfully submitted,

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this __12__ day of March, 2001.

_____
ALFRED J. RUFTY III

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>　　　　　　Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI<br><br>　　　　　　Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION: "S" (1) |

\* * * * * * * *

### MEMORANDUM IN SUPPORT OF MOTION TO EXTEND EXPERT DEADLINES

This memorandum is respectfully submitted by plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., in support of their motion to extend the expert report deadlines of all parties by one week.

Plaintiffs respectfully submit that the expert deadlines should be extended by one

1

week to facilitate settlement discussions and keep costs at a minimum during these discussions. Plaintiffs have made a very reasonable settlement demand to four of the five defendants in this case. Negotiations are underway, which stand a reasonable chance of leading to a full and final settlement of claims against all defendants save one during the course of this week.

Filing the expert report before giving these settlement discussions the opportunity to succeed will be detrimental for two reasons. First, plaintiff does not wish to present expert theories as against all defendants if a settlement may take place with respect to four of the five defendants this week. Second, it would be pointless for plaintiffs to incur even a days' additional expert costs when a settlement may be reached this week. Finally, with the trial date set for June 11, 2001, a one-week extension will not prejudice any party or delay the orderly disposition of this case.

For these reasons, plaintiffs respectfully submit that their motion for a one-week extension of the expert deadlines should be granted.

2

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this ___ day of March, 2001.

_____
ALFRED J. RUFTY III

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>**Plaintiffs**<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI<br><br>**Defendant** | * * * * * * * * * * * * * * * * | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION:  "S" (1) |

\*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the foregoing motion of plaintiffs SEACOR Marine, Inc. and SEACOR Offshore, Inc., for a one-week extension of all parties' deadline for submitting expert reports, it is hereby

ORDERED that the motion is GRANTED. Accordingly, plaintiffs' expert reports are now due to be exchanged on March 19, 2001, and defendants' expert reports are due to be exchanged on April 26, 2001.

New Orleans, Louisiana this ___13___ day of March, 2001.

                                                                                     DISTRICT JUDGE