905-6587

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 14 AM 11:04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC., et al. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 00-0166 |
| | * | |
| HOUMA FABRICATORS, a division of | * | SECTION: "S" |
| L.O.R. INC., et al. | * | |
| | * | MAGISTRATE: (1) |

**MEMORANDUM IN OPPOSITION TO**
**PLAINTIFFS' MOTION FOR EXTENSION**

FILED: MARCH _____, 2001      _____
                                                    DEPUTY CLERK

MAY IT PLEASE THE COURT:

Defendant, The Gates Corporation, objects to the proposed expert deadline date submitted by plaintiffs in their motion filed this date. Gates has no objection to plaintiffs obtaining the extension they want, however, object to being compelled to submit their expert reports just one week later on April 2, 2001.

Gates' expert is going to be a corporate vice-president by the name of Michael Cottrell. He is going to need more than one week to review the two anticipated reports of plaintiffs' experts, one of which Gates understands is testing one of its hoses. If that is the case then Gates will certainly want to examine in depth the testing procedures employed by said expert and may want to run tests of its own. One week is completely insufficient time in which to do that. Further, Cottrell will be out of the country on a

1

business trip for several weeks commencing at the end of this month and going past April 2, 2001. Therefore, he will be unable to analyze plaintiffs' report and tests, if any, before April 2nd. Finally, there is usually a thirty (30) day time frame for defendants to respond to plaintiff's reports and, accordingly, Gates would ask for that same thirty (30) days or, April 26, 2001.

New Orleans, Louisiana. March 12, 2001.

Respectfully submitted,

Craig R. Nelson, (#8755)
Ward Nelson, LLC
Sixth Floor
1539 Jackson Avenue
New Orleans, Louisiana
(504) 561-5000

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 12 day of March 01, provided a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by the United States mail, properly addressed and first class postage prepaid.

2