FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 19 PM 4:49

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND SEACOR OFFSHORE, INC. | CIVIL ACTION |
| Plaintiffs | NO.: 00-0166 |
| VERSUS | SECTION: "S" (1) |
| HOUMA FABRICATORS, A DIVISION OF L.O.R., INC., AIR COMPRESSOR ENERGY SYSTEMS, INC., DRESSER INDUSTRIES, INC., AND LEROI INTERNATIONAL, INC. D/B/A COMPAIR LEROI | |
| Defendant | |

## WITNESS LIST

NOW COME plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., who submits the following list of witnesses who may be called at the trial of this matter:

1.  Clayton Breaux
    c/o Seacor Marine

2.  Clay Stribling
    c/o Seacor Marine

3. Lee Felterman
c/o Seacor Marine

4. Daniel C. Felterman
c/o Seacor Marine

4. James Benyard
c/o Seacor Marine

5. Captain James P. Key
c/o Seacor Marine

6. Steven E. Johnson
c/o Seacor Marine

7. Allen Townsend
c/o Seacor Marine

8. Todd Dufrene
c/o Seacor Marine

9. Anthony (Tony) Jones
c/o Seacor Marine

10. Chuck McCann
c/o Seacor Marine

11. James Vickers
c/o Seacor Marine

12. Ulysses (Scotty) Hawthorne
c/o Seacor Marine

13. Willie Guy
c/o Seacor Marine

14. Marvin Johnson
c/o Seacor Marine

15. O.E. "Butch" Monnier, Jr. and/or other representative of
    Houma Fabricators

16. Gary Kaser
    CompAir LeROI

17. Jimmie Merriman
    CompAir LeROI

18. Ron W. Keen
    CompAir LeROI

19. Joe Farrara
    CompAir LeROI

20. Fred Davison
    Comp Air LeROI

21. Rod Mitton
    Comp Air LeROI

22. George Casalles- expert

23. Courtney Busch- expert

24. Christopher Hart
    c/o Hart Industries

25. John Hart
    c/o Hart Industries

26. George Carpenter or other representative of
    Hart Industries

27. Daniel Whitehead
    c/o Hart Industries

28. Ron Naquin
    c/o Air Compressor Energy Systems, Inc.

29. One or more representatives of The Gates Corporation;

30. Any witness listed or called by any other party herein.

                                              Respectfully submitted:

                                              HARRIS & RUFTY, L.L.C.

                                              RUFUS C. HARRIS III (#6638)
                                              ALFRED J. RUFTY III (#19990)
                                              1450 Poydras Street, Suite 1510
                                              New Orleans, Louisiana 70112
                                              (504) 525-7500