

```
         FILED
   U.S. DISTRICT COURT
 EASTERN DISTRICT OF LA

  2001 MAR 19  PM 4:49

   LORETTA G. WHYTE
        CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI<br><br>Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION:  "S" (1) |

\* \* \* \* \* \* \* \*

### EXHIBIT LIST

NOW COME plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., who submits the following list of exhibits which may be introduced at the trial of this matter:

1. Air Compressor Energy Systems, Inc. Quotation Q-4117-3;

2. Air Compressor Energy Systems, Inc. Quotation Q-4117-5;

3. Houma Fabricators Purchase Order H-44085;

4. Houma Fabricators Change Order Request dated 9/5/96;

5. Houma Fabricators Change Order Request dated 4/24/97.

6. Shipbuilding Contract between Waveland Marine Service, Inc. and Houma Fabricators, Inc. dated May 30, 1996;

7. Assignment of Vessel Construction Contracts between Waveland Marine Service, Inc. and SEACOR Marine, Inc.

8. Photographs of the compressor;

9. Photographs of the engine room;

10. Houma Fabricators specifications dated May 22, 1996;

11. Houma Fabricators list of equipment and valves;

12. Design drawings;

13. GALAXIE engine room logs 11/26/97 thru 2/1/99;

13. GALAXIE wheelhouse logs 1/29/99 thru 2/23/99;

14. SEACOR Personal Incident Report Vessel Incident Report dated 2/2/99;

15. U.S.C.G. Form 2692 dated 2/2/99;

16. Claims statement representing cost for repairs including backup documentation and invoices;

17. Invoice concerning compressor oil;

18. Seacor Safety plan for vessel;

19. Supply Air Louver Details;

2

20. Exhaust Piping Plan;

21. Machinery Layout;

22. Exhaust Trunk plan;

23. Inspection Reports for the vessel;

24. Certificates of Inspection;

25. Certificate of Documentation;

26. Stewart & Stevenson documents;

27. Correspondence regarding charter party;

28. GALAXIE hire invoices;

29. Profit Report & Budget, January- April 1999;

30. Seacor Hull Policy dated May 23, 1997;

31. Shipbuilding Contract between Waveland Marine Services and Houma Fabricators;

32. Assignment of Vessel Construction Contracts;

33. Air Compressor Energy Systems quote to Houma Fabricators regarding the bulk compressor system;

34. Houma Fabricators' change order proposals regarding bulk compressor;

35. Change order request dated August 27, 1996;

36. Change order request dated April 1, 1997;

37. ABS documents for the initial class survey and supplemental surveys

38. Construction specifications;

39. Equipment list;

40. Constructions drawings;

41. Oil swatch or other oil samples;

42. Remnants of burned hose and fitting;

43. Similar exemplar hoses;

44. Motor Vessel GALAXIE fire damage report;

45. Drawing of exhaust system;

46. Any exhibit to any deposition;

47. Any exhibit which becomes known through discovery;

48. The depositions of any witnesses unavailable for trial.

49. Any exhibit necessary for rebuttal/impeachment;

50. Any exhibit listed by any other party.

                                            Respectfully submitted:

                                            HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

4

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this 14 day of March, 2001.

_____
ALFRED J. RUFTY III