FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 21  PH 3: 09

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**MARCH 21, 2001**

**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**SEACOR MARINE, INC., ET AL.**                 **CIVIL ACTION**

**versus**                                       **NUMBER 00-0166**

**HOUMA FABRICATORS, a Division of**             **SECTION  "S" (1)**
**L.O.R., Inc., Et Al.**


      Following discussions among the parties, a settlement has been reached as to all

claims asserted by plaintiffs, Seacor Marine, Inc. and Seacor Offshore, Inc., against Air

Compressor Energy Systems, Inc., LeRoi International, Inc. d/b/a CompAir LeRoi, Dresser

Industries, Inc. and Hart Industries, Inc.   The U.S. District Judge's chambers have been notified.

Counsel and the parties are thanked for their cooperation in amicably resolving this matter.


                          SALLY SHUSHAN
                          UNITED STATES MAGISTRATE JUDGE


MAR 2 1 2001

DATE OF ENTRY _____

Fee _____
Process _____
X Dktd _____
✓ CtRmDep _____
Doc.No. 158