FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 21  PM 3: 10

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
MARCH 21, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEACOR MARINE, INC. AND                CIVIL ACTION
SEACOR OFFSHORE, INC.

VERSUS                                 NO: 00-0166

HOUMA FABRICATORS, A DIVISION          SECTION: "S"(1)
OF L.O.R., INC., ET AL

On February 6, 2001, the undersigned issued a minute entry (Rec. doc. 115) establishing a

procedure for the resolution of a discovery dispute between the plaintiffs, SEACOR Marine, Inc. and

SEACOR Offshore, Inc. (collectively referred to as "SEACOR"), and LeRoi International Inc. d/b/a

CompAir LeRoi ("LeRoi").  LeRoi has complied with that minute entry and provided the

undersigned with a certificate describing a meeting on February 19, 2001, with counsel for Seacor.

On February 23, 2001, LeRoi submitted a detailed privilege log on the documents that remain in

contention with copies of the documents.

The February 6, 2001, minute entry required Seacor to provide the undersigned with a

DATE OF ENTRY **MAR 2 1 2001**

memorandum in support of its position that separately addressed each document that remained in dispute within eight days of LeRoi's submission to the court.  Inasmuch as Seacor has not provided the undersigned with such a memorandum,

It is ORDERED that Seacor's motion to compel discovery of LeRoi only as it relates to the documents that LeRoi contends are privileged is DISMISSED as MOOT.

SALLY SHUSHAN
United States Magistrate Judge

Q \MOTIONS\2000 Motions\00-0166 Seacor\00-0166 7 wpd