

147350                                                                                    0208-5994

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI | CIVIL ACTION<br><br><br>NO. 00-0166    SECTION S (1)<br><br>JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

### MOTION FOR ORDER COMPELLING DISCOVERY

NOW INTO COURT, through undersigned counsel, comes defendant, Houma Fabricators, A Division of LOR, Inc. ("Houma Fabricators"), and moves this Court for an Order compelling the plaintiffs, Seacor Marine, Inc. and Seacor Offshore Limited, to comply with the defendant's discovery requests on the grounds that they are long overdue and the plaintiff has failed to respond despite repeated reminders and demands.

WHEREFORE, Houma Fabricators prays that this Motion for Order Compelling Discovery shall be granted in addition to any further legal or equitable relief to which it is entitled.

1

Respectfully submitted,

*[signature: Robert H. Wood]*

RONALD A. JOHNSON, T.A.(#7329)
ROBERT H. WOOD, (#23598)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
4700 One Shell Square
New Orleans, LA 70139-7708
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
**Attorneys for Houma Fabricators, Inc., A Division of LOR, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served upon all counsel of record by placing the same in the United States Mail, properly addressed and postage prepaid, on this 15th day of March, 2001.

*[signature]*
ROBERT H. WOOD

142350                                                                                          0207-5994

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
| VERSUS | NO. 00-0166    SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI | JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.1

Counsel for movant hereby certifies that he has personally contacted counsel for plaintiff and they have been unable to resolve the discovery issues.

_____
RONALD A. JOHNSON, T.A.(#7329)
ROBERT H. WOOD, (#23598)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
4700 One Shell Square
New Orleans, LA  70139-7708
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
**Attorneys for Houma Fabricators, Inc., A Division of LOR, Inc.**

3

147352                                                                                                0207-5994

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
| VERSUS | NO. 00-0166    SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI | JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

### MEMORANDUM IN SUPPORT OF MOTION
### FOR ORDER COMPELLING DISCOVERY

NOW COMES defendant, Houma Fabricators, A Division of LOR, Inc. ("Houma Fabricators"), and in support of its Motion for Order Compelling Discovery would show as follows:

Counsel for Houma Fabricators sent a Request for Production of Documents to counsel for Seacor on November 10, 2000. (See attached Exhibit A). Counsel for Houma Fabricators then sent a supplement request on November 17, 2000 (See attached Exhibit B). Both of these Requests for Production of Documents were in letter format. On December 14, 2000 a formal set of

1

Interrogatories and Request for Production of Documents were propounded upon Seacor with correspondence that reminded counsel for Seacor of the now overdue discovery requests. (See attached Exhibit C, Interrogatories and Request for Production of Documents; and, Exhibit D correspondence of December 14, 2000.)

Counsel for Houma Fabricators then sent out reminder letters on December 29, 2000 (see Exhibit E), January 11, 2001 (see Exhibit F), January 30, 2001 (see Exhibit G), February 13, 2001 (see Exhibit H), February 21, 2001 (see Exhibit I) and February 22, 2001 (see Exhibit J). Despite these repeated reminder letters and numerous phone calls, no formal response to the Interrogatories or Request for Production were ever forthcoming. Counsel for Houma Fabricators did receive copies of photographs and were allowed to inspect those documents that had been produced at the corporate deposition of Seacor (see attached Exhibit F). However, the Interrogatories were never answered and the other documents responsive to the Requests for Production were not produced. Neither has any formal response to the Request for Production been supplied.

No excuse for this tardiness has ever been given except that counsel for Seacor has not been able to get around to it. Counsel for Houma Fabricators suggests that this is not proper grounds for failing to comply with discovery requests and requests appropriate sanctions under Rule 37 of the Federal Rules of Civil Procedure. This failure to respond has severely prejudiced Houma Fabricators' ability to proceed with its defense and prepare for trial. Defendant therefore asks this court for an award of costs and fees incurred in the preparation of this Motion and that Seacor be ordered to comply with the discovery requests within two weeks time.

Secondly, Seacor has failed to comply with this court's order that the M/V GALAXIE be produced for inspection upon 36 hours notice. Counsel for Seacor has notified opposing counsel of

2

the vessel's arrival in port, but not in sufficient time to comply with the Court's Order and allow defendants and their experts to attend the inspection. This Court's Order also required Seacor to produce its chief engineer, Allen Townsend, who permanently resides on board the vessel. Houma Fabricators respectfully requests that Seacor be ordered to produce the vessel for inspection at a specific and definite date and time established by this Court and to also produce chief engineer Allen Townsend at a definite date and time established by this Court.

Thus far, Seacor has shown no compunction about asking this Court for Orders directing discovery from the other defendants in this case, while failing to comply with its own discovery obligations. Houma Fabricators has cooperated in the discovery process from the beginning of the litigation and merely asks that the playing field be leveled and critical information be provided pursuant to the Rules of Civil Procedure.

Respectfully submitted,

_____
RONALD A. JOHNSON, T.A.(#7329)
ROBERT H. WOOD, (#23598)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
4700 One Shell Square
New Orleans, LA 70139-7708
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
**Attorneys for Houma Fabricators, Inc., A Division of LOR, Inc.**

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served upon all counsel of record by placing the same in the United States Mail, properly addressed and postage prepaid, on this 15th day of March, 2001.

_____
ROBERT H. WOOD

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**