147356

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 MAR 15 PM 4:13
LORETTA G. WHYTE
CLERK
0207-5994

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
| VERSUS | NO. 00-0166   SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI | JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

## MOTION FOR EXPEDITED HEARING
## AND INCORPORATED MEMORANDUM OF LAW

Movant, Houma Fabricators, A Division of LOR, Inc. ("Houma Fabricators"), respectfully suggests that expedited hearing is appropriate in this matter because the parties are engaged in discovery with deadlines approaching and expert reports are soon due. Houma Fabricators suggests that a telephone conference may be the most proficient way to bring the parties together and resolve these disputes.

MAR 2 1 2001

DATE OF ENTRY _____

1

                                    Respectfully submitted,

                                    _____
                                    RONALD A. JOHNSON, T.A.(#7329)
                                    ROBERT H. WOOD, (#23598)
                                    JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
                                    4700 One Shell Square
                                    New Orleans, LA 70139-7708
                                    Telephone: (504) 528-3001
                                    Facsimile: (504) 528-3030
                                    **Attorneys for Houma Fabricators, Inc., A Division of LOR, Inc.**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above pleading has been served upon all counsel of record by placing the same in the United States Mail, properly addressed and postage prepaid, on this 15th day of March, 2001.

                                    _____
                                    ROBERT H. WOOD

147356                                                                                              0207-5994

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI | CIVIL ACTION<br><br><br>NO. 00-0166   SECTION S (1)<br><br>JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

UPON CONSIDERING the foregoing Motion for Expedited Hearing;

IT IS HEREBY ORDERED that said motion is granted and the parties will communicate telephonically with the Magistrate at _____ o'clock on the _____ day of _____, said telephone call to be initiated by counsel for plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2001.

*See minute Entry dated March 21, 2001.*

_____
U.S. ~~DISTRICT~~ JUDGE
Magistrate

3