UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC., ET AL. | CIVIL ACTION |
| VERSUS | NUMBER 00-0166 |
| HOUMA FABRICATORS, A division of L.O.R., Inc., Et Al. | SECTION "S" (1) |

## PARTIAL ORDER OF DISMISSAL

The Court having been advised that a settlement and compromise has been reached as to all claims asserted by plaintiffs, Seacor Marine, Inc. and Seacor Offshore, Inc., against Air Compressor Energy Systems, Inc., LeRoi International, Inc. d/b/a CompAir LeRoi, Dresser Industries, Inc. and Hart Industries, Inc.; accordingly,

**IT IS ORDERED** that all claims asserted by plaintiffs, Seacor Marine, Inc. and Seacor Offshore, Inc., against Air Compressor Energy Systems, Inc., LeRoi International, Inc. d/b/a CompAir LeRoi, Dresser Industries, Inc. and Hart Industries, Inc. are hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. With the consent of the parties, the Court retains jurisdiction over the settlement agreement for enforcement purposes.

All other claims asserted by plaintiffs are unaffected by this order.

New Orleans, Louisiana, this 22 day of March, 2001.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY MAR 2 2 2001