FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 23 PM 12: 49

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI<br><br>Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION:  "S" (1) |

\* \* \* \* \* \* \* \*

**SEACOR'S MEMORANDUM IN OPPOSITION
TO HOUMA FABRICATOR'S MOTION TO COMPEL**

In accordance with Your Honor's Minute Entry of March 21, 2001, SEACOR Marine, Inc. and SEACOR Offshore, Inc. respectfully submit this memorandum in opposition to Houma Fabricators' Motion to Compel Discovery Responses.

1

**Vessel Inspection/Townsend Deposition**

In the two months since Your Honor's Minute Entry, SEACOR has made the vessel available for inspection and its engineer Townsend available for deposition on four separate occasions. As the telefaxes attached as Exhibit "A" to the undersigned's enclosed declaration reflect, notice of these offers was given to defense counsel on January 9, January 23, January 26, and March 6. The reason defendants have not yet inspected the vessel (for a second time) and have not deposed engineer Townsend is because they have declined our offers on all four occasions!

Notice was provided on three of these four occasions that the vessel would remain in port as least through the end of the following day. In every instance, undersigned counsel issued telefaxes providing this notice within minutes of learning that the vessel was making a call to port. Paralegal Shelley Lorren of this office has maintained constant contact with our client to ensure that we are immediately advised when our client learns that the vessel (which is under the direction of long-term charterer Dowell Slumberger) is returning to port. We have acted diligently to comply with the Court's Order.

Yet on none of these four occasion has a single defendant asked to move forward with the vessel inspection or deposition. In each instance, the response has been, "We'll catch it the next go round."

Having declined four offers to inspect the vessel and conduct the deposition, Houma should not be heard to complain that it has been deprived of an opportunity to inspect the vessel or conduct the deposition. Houma certainly should not be heard to complain that the

vessel should be ordered to port on a specific date, an order which is unnecessary, which is unjustified under the circumstances, and which likely would force SEACOR to breach its contractual commitment to the long-term charterer of this working vessel. Presumably, Houma does not wish to pay whatever losses that may trigger.

If anyone should be sanctioned, it is the defendants whose declinations of SEACOR's four offers to conduct this discovery have left SEACOR to labor under a perpetual burden, which it (and the undersigned) have diligently discharged. We will continue to track the vessel and advise when it pays calls to port so that defendants can have their second vessel inspection.

### Documentary Discovery

With respect to Houma's documentary discovery, SEACOR will provide responses to the outstanding interrogatories and requests for production within seven days. As Houma's counsel stated, Houma's counsel has been to our office to review files and already has obtained most documents responsive to the document request.

For these reasons, Houma's motion to compel and for sanctions should be denied.

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this _23_ day of March, 2001.

_____
ALFRED J. RUFTY III

# **DECLARATION OF ALFRED J. RUFTY III**

I, Alfred J. Rufty III, attest that:

1. I am counsel for plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., in the litigation captioned "SEACOR Marine, Inc. et. al v. Houma Fabricators, et. al.," bearing Civil Action No. 00-0166 on the docket of this Honorable Court.

2. Upon the issuance of Your Honor's Minute Entry of January 22, 2001, our office immediately contacted our client and advised that we must be notified whenever the vessel GALAXIE paid a call at port in order to advise defense counsel of their opportunity to inspect the vessel and to depose chief engineer, Allen Townsend.

3. Through paralegal Shelley Lorren of our office, we have maintained consistent contact with our clients on this matter. Our clients have responded in good faith and have advised us on four occasions that the vessel was making a call to port.

4. On each such occasion, I have immediately notified defense counsel of the port call by phone or telefax or both of the port call and to offer the vessel for inspection and Mr. Townsend for deposition. .

5. As shown by the enclosed telefaxes (Exhibit "A"), these four offers were conveyed in telefaxes to defense counsel on January 9, 2001; on January 23, 2001; on January 26, 2001; and on March 6, 2001. On these occasions, the notices advised that the vessel would be available "at least through tomorrow" (January 9 correspondence), "until 4 p.m. tomorrow" (January 23 correspondence), at least through the following day after giving notice at 10 a.m. the prior day (January 26 correspondence), and that the vessel would be available until the morning of March 8 (notice given in the morning of March 6).

6. On each such occasion, defendants have declined the offer of SEACOR to conduct this discovery.

7. As counsel for SEACOR, I have diligently acted in accordance with the Court's Minute Entry of January 22, 2001. Through paralegal Shelley Lorren of our office, we have maintained consistent contact with our client to ensure that we receive notice on each occasion that the vessel makes a call to port and that we are given such notice as soon as it is learned by SEACOR that the vessel (which is under long-term charter to customer Dowell Slumberger and works at its direction) is scheduled to report to port.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the above and foregoing is true and correct to the best of my knowledge, information, and belief.

Signed this 23rd day of March, 2001.

_____
ALFRED J. RUFTY III

# HARRIS & RUFTY, L.L.C.

1450 POYDRAS STREET
SUITE 1510
NEW ORLEANS, LOUISIANA 70112-6050
504-525-7500

RUFUS C. HARRIS, III
ALFRED J. RUFTY, III

FAX: 504-525-7222
E-MAIL: law@harrisrufty.com

January 9, 2001

VIA TELEFAX NO.: 589-4994

The Honorable Magistrate Judge Sally Shushan
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

      Re:    SEACOR Marine, Inc., et. al. vs.
              Houma Fabricators, et. al.
              Civil Action No.: 00-0166 "S"
              Our File No.: 726-037

Dear Magistrate Shushan:

      We are counsel for plaintiff SEACOR. At Friday afternoon's telephone conference, Your Honor requested that we advise the court this morning when the vessel GALAXIE will be in port so that it may be inspected by defendants and so that its engineer, Allen Townsend, may be deposed.

      We are advised today that the GALAXIE is now in port at Fourchon where it will be at least through tomorrow. A vessel inspection and the deposition of engineer Allen Townsend therefore could take place tomorrow afternoon. (It is uncertain whether the vessel will remain in port Thursday and undersigned counsel in any case has perpetuation depositions scheduled on Thursday for an arbitration occurring next Tuesday.)

      To conduct the vessel inspection and Townsend's deposition tomorrow would of course upset the present schedule for the deposition of off-duty crewmembers Benyard and Vickers. By copy of this letter to defendants, we ask that they immediately advise whether they wish to stick to the current schedule or to substitute a vessel inspection and Townsend deposition for tomorrow.

      If defendants desire to stick with the current schedule, a minor modification will be necessary. Contrary to our previous understanding, Mr. Vickers now says that he will only be available tomorrow afternoon. Rather than being deposed tomorrow morning at 10:00 a.m., he will therefore need to be deposed after the 1:00 p.m. Benyard deposition. We suggest moving the Vickers' telephone deposition to 5:00 p.m. tomorrow.

EXHIBIT A

January 9, 2001
Page 2

---

      We also confirm that James Key will be tendered for deposition at SEACOR's office on Friday at 1:00 p.m.

      Thank you for your considerations.

                                  Respectfully,

                                  HARRIS & RUFTY, L.L.C.

                                  Alfred J. Rufty III

AJR,III/ljp

cc:    Campbell E. Wallace, Esq. – TELECOPIER NO.:585-7075
       Ronald A. Johnson – TELECOPIER NO.: 528-3030
       C. Blase McCarthy, Jr., Esq. – TELECOPIER NO.: 585-7776
       Craig Nelson, Esq. – TELECOPIER NO.: 588-1334
       Randall L. Kleinman, Esq. – TELECOPIER NO.: 529-4106

# HARRIS & RUFTY, L.L.C.
CNG Towers, Suite 1510
1450 Poydras Street
New Orleans, Louisiana 70112
Telephone: (504) 525-7500

FAX: (504) 525-7222

## TELECOPY TRANSMISSION

TO:      Campbell E. Wallace, Esq. of Chaffe, McCall, Phillips, Toler & Sarpy
TELECOPIER NO.: 585-7075

CC:      Ronald A. Johnson of Johnson, Johnson Barrios
TELECOPIER NO.: 528-3030

CC:      C. Blase McCarthy, Jr., Esq. of Young, Richaud & Myers
TELECOPIER NO.: 585-7776

CC:      Craig Nelson, Esq. of Ward Nelson
TELECOPIER NO.: 588-1334

CC:      Randall L. Kleinman, Esq. of Hulse & Wanek
TELECOPIER NO.: 529-4106

FROM:      Alfred J. Rufty III

DATE:      January 23, 2001

RE:      SEACOR Marine, Inc.
Vessel: GALAXIE
Engine Room Fire
D/L 1/30/99
Our File No.: 726-37

NO. OF PAGES, INCLUDING THIS PAGE: 2

---

Dear Ed:

    We have just received word that the GALAXIE has arrived in port at Fourchon where she will remain until 4 p.m. tomorrow afternoon. If you wish to temporarily postpone Kaser's deposition and to instead depose Townsend and inspect the engine room tomorrow, we will oblige. Otherwise, we will continue to track the vessel and let you know as soon as we can regarding its next stop in port.

January 23, 2001
Page 2

    Please let us know immediately how you wish to proceed. If you opt to go to Fourchon tomorrow, we would probably have to begin the deposition by 9:30 a.m., and I will have to drive down tonight to prepare. Also, we would like some assurance that Kaser will be produced within the next several days to a week.

    Please advise.

                                   Very truly yours,

                                   HARRIS & RUFTY, L.L.C.

                                   Alfred J. Rufty III

AJRIII/dlb

Enclosures

G:\Data\GALAXIE\C\Wallace fax19.wpd



# HARRIS & RUFTY, L.L.C.
CNG Towers, Suite 1510
1450 Poydras Street
New Orleans, Louisiana 70112
Telephone: (504) 525-7500

## FAX: (504) 525-7222

## TELECOPY TRANSMISSION

TO: Campbell E. Wallace, Esq. of Chaffe, McCall, Phillips, Toler & Sarpy
TELECOPIER NO.:585-7075

CC: Robert Wood, Esq. Johnson, Johnson Barrios
TELECOPIER NO.: 528-3030

FROM: Alfred J. Rufty III

DATE: January 26, 2001

RE: SEACOR Marine, Inc.
Vessel: GALAXIE
Engine Room Fire
D/L 1/30/99
Our File No.: 726-37

NO. OF PAGES, INCLUDING THIS PAGE: 2

Gentlemen:

    Confirming our conversations of yesterday morning and afternoon, the GALAXIE is in port today and we offered her up for inspection and/or for the deposition of engineer Townsend. Due to scheduling constraints on the part of defendants and their experts, however it was agreed that nothing would take place today. We will continue to track the vessel and advise defendants of the next opportunity to conduct the inspection and deposition.

January 26, 2001
Page 2

    Kind regards.

                                Very truly yours,

                                HARRIS & RUFTY, L.L.C.

                                Alfred J. Rufty III

AJRIII/dlb

G:\Data\GALAXIE\C\Wallace.Wood.FAX.wpd

## HARRIS & RUFTY, L.L.C.
CNG Towers, Suite 1510
1450 Poydras Street
New Orleans, Louisiana 70112
Telephone: (504) 525-7500

FAX: (504) 525-7222

### TELECOPY TRANSMISSION

TO: Campbell E. Wallace, Esq. of Chaffe, McCall, Phillips, Toler & Sarpy
TELECOPIER NO.:585-7075

FROM: Alfred J. Rufty III

DATE: January 26, 2001

RE: SEACOR Marine, Inc.
Vessel: GALAXIE
Engine Room Fire
D/L 1/30/99
Our File No.: 726-37

NO. OF PAGES, INCLUDING THIS PAGE: 1

---

Dear Ed:

I have your fax of today (which I received after sending mine). Although these are petty points, I note two minor clarifications: (1) I first contacted your office in the morning around 10 a.m. yesterday about the vessel's brief port call; and (2) the reason we did not move forward with the deposition today is that Ron's office advised that they did not wish to proceed under the circumstances and you deferred to that decision. I did not refuse to comply with any request to move forward today, though I did voice a concern about the possibility of starting the deposition but not completing it.

Have a great weekend. Kind regards.

Very truly yours,

HARRIS & RUFTY, L.L.C.

Alfred J. Rufty III

G:\Data\GALAXIE\C\Wallace.only.wpd

## HARRIS & RUFTY, L.L.C.
CNG Towers, Suite 1510
1450 Poydras Street
New Orleans, Louisiana 70112
Telephone: (504) 525-7500



FAX: (504) 525-7222

## TELECOPY TRANSMISSION

TO: Ed Wallace, Esq. of Chaffe, McCall, Phillips, Toler & Sarpy
TELECOPIER NO.: 585-7075

TO: Ronald A. Johnson of Johnson, Johnson Barrios
TELECOPIER NO.: 528-3030

TO: C. Blase McCarthy, Jr., Esq. of Young, Richaud & Myers
TELECOPIER NO.: 585-7776

TO: Craig Nelson, Esq. of Ward Nelson
TELECOPIER NO.: 588-1334

TO: Randall L. Kleinman, Esq. of Hulse & Wanek
TELECOPIER NO.: 529-4106

FROM: Alfred J. Rufty III

DATE: March 6, 2001

RE: SEACOR Marine, Inc.
Vessel: GALAXIE
Engine Room Fire
D/L 1/30/99
Our File No.: 726-37

NO. OF PAGES, INCLUDING THIS PAGE: 2

March 6, 2001
Page 2

Gentlemen.

We were just informed that the vessel will be at the Schlumberger dock in Fourchon all day tomorrow, March 7th. It is scheduled to leave in the early morning of March 8th.

Please advise if you wish to go forward with a vessel inspection tomorrow.

Kind regards.

                          Very truly yours,

                          HARRIS & RUFTY, L.L.C.


                          Alfred J. Rufty III

AJRIII/srl