FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 26 PM 1:49

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPARE LEROI | CIVIL ACTION<br><br><br>NO. 00-0166  SECTION S (1)<br><br>JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

## **WITNESS LIST**

NOW INTO COURT, through undersigned counsel, comes defendant, Houma Fabricators, A Division of LOR, Inc., and submits its list of witnesses that may be examined at trial in accordance with the Court's Scheduling Order:

1. Butch Monnier, James Tabor, Jack Keller, Rodney Freeman, Lawson Hitt, or other representative of Houma Fabricators;

2. Gary Kaser, Jimmy Meriman, Ron Keen, Joe Farrara, Fred Davison, Rod Mitton or other representative of LeRoi International, Inc./Dresser Industries, Inc., d/b/a CompAir LeRoi.

3. Daniel C. Felterman, Merlin R. Price, D. Lee Felterman, Clay Stribling, Clayton Breaux, Tim McKeown, Tom Walker, Kennon Beadle, Brett Goodoe, Anthony

1

Fee_____
Process___
X Dktd____
__CtRmDep__
Doc.No. 166

4. Jones, Steven E. Johnson, Todd Dufrene, Mary Liles, Chuck McCannn or other representative of Seacor Marine, Inc.;

5. Ron Naquin or other representative of Air Compressor Energy Systems, Inc.

6. Mike Cottrell, Mike Newberry or other representative of Gates Corporation;

7. Roger Hart, Chris Hart, Daniel Whitehead or other representative of Hart Industries, Inc.;

8. William T. Marquette or other representative of Stewart and Stevenson, Inc.;

9. Capt. James Key, Capt. James Vickers, Chief Engineer Allen Townsend, Asst. Engineer Jamie Benyard; Able-Bodied Seaman Ulysses Hawthorne, Able-Bodied Seaman Barry Sanders, Able-Bodied Seaman/Cook Willie Guy, Deckhand Marvin Johnson and/or any member of the crew of the M/V GALAXIE;

10. David King, Derek Hurst, Chad Trahan, Chad Robichaux, Jude Smith, Cal Wallace, Roy Labat, Hari Doraisamy, Maher Khammash or any person aboard the M/V GALAXIE at the time of the casualty on or around 30 January 1999;

11. Paul J. Politz;

12. Bob Krebs;

13. Rod Milton:

14. Mike Jones;

15. Ryan F. Uhlich, Sr. or other representative of Maritime Surveyors, Inc., as an expert in the area of marine safety and engineering;

16. Charles E. Prewitt or other representative of Denson Engineers, Inc., as an expert in the area of engineering and fire investigation;

17. George F. Casellas or other representative of Unified Investigations & Sciences, Inc.;

18. A representative of Wright Marine Surveying, Inc.;

19. Dr. Courtney C. Busch or other representative of Busch and Associates, Inc.;

20. Herb Picou or other representative of Picou Insurance Agency;

21. Regina Kerr, Missy Anderson, Kimberly Jimenez or other representative of Sedgewick James of Georgia, Inc.;

22. Chris C. Walker, Cheri Ward or other representative of LOR, Inc., Operations Division;

23. Representatives of the United States Coast Guard who conducted the investigation regarding the fire aboard the M/V GALAXIE;

24. Any expert called by any other party;

25. Any witness necessary to authenticate any evidence;

26. Any witness whose statement/deposition has been taken;

27. Any witness listed by any other party.

Defendant reserves the right to supplement this Witness List.

_____
RONALD A. JOHNSON, T.A. (#7329)
ROBERT H. WOOD (#23598)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
One Shell Square,
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7708
Telephone (504) 528-3001
Attorneys for Houma Fabricators, A Division of LOR, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above pleading has been served upon all counsel of record, either by hand delivery, facsimile transmission, or by placing the same in the United States Mail, properly addressed and postage prepaid, on this 26th day of March, 2001.

_____
Kent A. Wood