

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
| VERSUS | NO. 00-0166   SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPARE LEROI | JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

## MOTION FOR LEAVE TO FILE REPLY BRIEF

NOW INTO COURT, through undersigned counsel, comes defendant, Houma Fabricators, A Division of LOR, Inc., and moves this Court for an Order allowing defendant to file a Reply Brief and accompanying Affidavit on the grounds that the Court's Minute Entry of March 21, 2001 requires the filing of an Affidavit from counsel relating to discovery issues.

WHEREFORE, defendant, Houma Fabricators, prays that its Motion for Leave to File Reply Brief shall be granted in addition to any further legal or equitable relief to which it is entitled.

DATE OF ENTRY  MAR 27 2001

Respectfully submitted,

_____
RONALD A. JOHNSON, T.A. (#7329)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
One Shell Square,
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7708
Telephone (504) 528-3001
Attorneys for Houma Fabricators, A Division of LOR, Inc.

147843                                                                                              0207-
5994

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI | CIVIL ACTION<br><br>NO. 00-0166    SECTION S (1)<br><br>JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

### MEMORANDUM IN SUPPORT OF
### MOTION FOR LEAVE TO FILE REPLY BRIEF

NOW INTO COURT, through undersigned counsel, comes defendant, Houma Fabricators, A Division of LOR, Inc. ("Houma Fabricators"), and in support of Motion for Leave to File Reply Brief would show as follows:

1.   Houma Fabricators filed a Motion to Compel Discovery against Seacor Marine, Inc., plaintiffs in this action.

1

2. This Court's Minute Entry of March 21, 2001 required Seacor to file a Memorandum in Opposition to Houma Fabricators' Motion to Compel Discovery and to provide an Affidavit showing it has complied with the Court's earlier Minute Entry of January 22, 2001.

3. The Court's Minute Entry of March 21, 2001 also requires Houma Fabricators to submit an Affidavit from its counsel confirming or denying Seacor's Affidavit and supplying any documents confirming its version of the events.

4. This Reply Brief is necessary to submit the required Affidavit, accompanying exhibits and to point out certain factual errors contained in Seacor's Memorandum in Opposition to Houma Fabricators' Motion to Compel.

WHEREFORE, Houma Fabricators respectfully suggests that its Motion for Leave to File Reply Brief should be granted.

Respectfully submitted,

_____
RONALD A. JOHNSON, T.A.(#7329)
ROBERT H. WOOD, (#23598)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
4700 One Shell Square
New Orleans, LA 70139-7708
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
**Attorneys for Houma Fabricators, Inc., A Division of LOR, Inc.**

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served upon all counsel of record by placing the same in the United States Mail, properly addressed and postage prepaid, on this 26th day of March, 2001.

_____
ROBERT H. WOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPARE LEROI | CIVIL ACTION<br><br>NO. 00-0166   SECTION S (1)<br><br>JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

## O R D E R

Considering the foregoing Motion for Leave to File Reply Brief filed by defendant, Houma Fabricators, A Division of LOR, Inc.,

Such motion is GRANTED and movant shall be given leave to file the Reply Brief attached hereto.

New Orleans, Louisiana, this _27_ day of _March_, 2001.

_____
UNITED STATES DISTRICT JUsDGE