

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND | * | CIVIL ACTION |
| SEACOR OFFSHORE, INC. | * | |
| | * | NO.:   00-0166 |
| Plaintiffs | * | |
| | * | SECTION:  "S" (1) |
| VERSUS | * | |
| | * | |
| HOUMA FABRICATORS, A DIVISION | * | |
| OF L.O.R., INC., AIR COMPRESSOR | * | |
| ENERGY SYSTEMS, INC., DRESSER | * | |
| INDUSTRIES, INC. , AND LEROI | * | |
| INTERNATIONAL, INC. D/B/A | * | |
| COMPAIR  LEROI | * | |
| | * | |
| Defendant | * | |
| | * | |

*      *      *      *      *      *      *      *

**SEACOR'S EX PARTE MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW COME  plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., and

respectfully moves for the entry of an order granting them leave to file the enclosed

Supplemental Memorandum in Support of Motion for Partial Summary Judgment.

1

DATE OF ENTRY

MAR 2 8 2001



Respectfully submitted:

HARRIS & RUFTY, L.L.C.

RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and
SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this _2 7_ day of March, 2001.

ALFRED J. RUFTY III

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI<br><br>Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION:  "S" (1) |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Part Motion for Leave to File Supplemental Memorandum in Support of Motion for Partial Summary Judgment, it is hereby

ORDERED that the motion is GRANTED and that plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc. be and hereby are granted leave to file the enclosed Supplemental Memorandum in Support of Motion for Partial Summary Judgment.

New Orleans, Louisiana, this _28_ day of March, 2001.

_____
DISTRICT JUDGE

1