FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 28  PM 3: 29

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
MARCH 28, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. | CIVIL ACTION |
| VERSUS | NUMBER 00-0166 |
| HOUMA FABRICATORS, ETC., ET AL. | SECTION "S" (1) |

A telephone status conference was held on March 27, 2001. Participating were: Alfred J. Rufty, III, Ron Johnson and Robert Wood.

Following discussion among counsel on March 27 and 28, 2001, IT IS ORDERED that the attorneys for Houma Fabricators and their expert commence the inspection of the vessel at 9:00 a.m. on Friday, March 30, 2001. Immediately following the inspection, the deposition of Allen Townsend will be taken. Counsel are instructed to bring or order lunch and to work through the lunch hour in order to complete Mr. Townsend's deposition. In the event that the vessel is ordered to sail prior to the completion of the deposition, Seacor is ordered to have a substitute engineer who can sail with the vessel. The deposition is to be completed on Friday, March 30, 2001.

SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY  MAR 2 9 2001

Fee_____
Process____
X Dktd _____
CtRmDep____
Doc.No. 174