FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR -2 PM 4: 17

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
APRIL 2, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
| VERSUS | NO: 00-0166 |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., ET AL | SECTION: "S"(1) |

### HEARING ON MOTIONS

APPEARANCES:   Submitted on the brief of the mover

MOTIONS:  MOTION OF HOUMA FABRICATORS FOR ORDER COMPELLING DISCOVERY AND EXPEDITED HEARING OF SAME

**GRANTED IN PART, DISMISSED IN PART AS MOOT AND DENIED IN PART**

Before the undersigned is the motion of Houma Fabricators, A Division of LOR, Inc. ("Houma Fabricators") for an order compelling discovery from the plaintiffs, Seacor Marine, Inc. and Seacor Offshore, Inc. (collectively referred to as "Seacor"). The motion to compel seeks: (1) an order compelling Seacor to respond to interrogatories and requests for production, which Houma

DATE OF ENTRY
APR 0 3 2001

Fabricators contends are without response by Seacor at least since December 14, 2000; (2) an award of costs and fees in bringing this motion; and (3) an order requiring Seacor to produce its chief engineer, Allen Townsend, for his deposition at a definite date and time and produce the M/V GALAXIE for inspection at a definite date and time.

On March 21, 2001, Seacor was ordered to provide a memorandum in opposition to Houma Fabricators' motion to compel discovery responses. Seacor filed a memorandum on March 23, 2001, where it stated it will provide discovery responses within 7 days and reports that counsel for Houma Fabricators went to Seacor's office to review files and obtained documents responsive to the discovery. Houma Fabricators responded that Seacor's statement fails to address why it should not be ordered to comply with the discovery. Houma Fabricators also stated that the documents Seacor produced for inspection were those documents previously produced at Seacor's corporate deposition.

Seacor will provide full responses to the following discovery served by Houma Fabricators within seven (7) working days of the entry of this order:

1. Request for Production of Documents served on November 10, 2000, Exhibit A to Houma Fabricators' Motion for Order Compelling Discovery.

2. Supplemental Request served on November 17, 2000, Exhibit B to Houma Fabricators' Motion for Order Compelling Discovery.

3. Interrogatories and Requests for Production of Documents, served on December 14, 2000, Exhibit C to Houma Fabricators' Motion for Order Compelling Discovery.

4. Request for production of documents demonstrating when the M/V Galaxie became a covered risk under Seacor's own commercial general liability insurance and hull and machinery insurance for the period covering November 1, 1997, through February 1, 1999, served on February 21, 2001,

Attachment A to Reply Brief by Houma Fabricators.[1]

All of Seacor's objections to these discovery requests, except on the grounds of attorney-client privilege or the work product doctrine, are waived.

On Friday, March 30, 2001, Seacor produced the M/V GALAXIE for inspection by Houma Fabricators and Townsend was deposed by Houma Fabricators. Houma Fabricators' request to compel these matters is dismissed as moot.

Houma Fabricator's motion for an award of costs and fees in bringing this motion is denied.

It is ORDERED that Houma Fabricator's motion to compel is GRANTED in part in accord with the terms of this minute entry, DISMISSED in part as MOOT and DENIED in part.

_____
SALLY SHUSHAN
United States Magistrate Judge

---

[1] This discovery request was not part of Houma Fabricators' motion to compel. In its memorandum filed on March 26, 2001, it was brought to the undersigned's attention that Seacor has not made a timely response. Considering the approaching trial date and in order to avoid a further motion to compel on an expedited basis, it is included in this order.