Case 2:00-cv-00166-MVL   Document 178   Filed 04/19/2001   Page 1 of 3

905-6587



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC., et al. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 00-0166 |
| | * | |
| HOUMA FABRICATORS, a division of | * | SECTION: "S" |
| L.O.R. INC., et al. | * | |
| | * | MAGISTRATE: (1) |
| * * * * * * * * * * * * * * * * * * * * | * | |

## MOTION FOR RETURN OF EVIDENCE

FILED: APRIL _____, 2001        _____
                                    DEPUTY CLERK

    Defendant, The Gates Corporation moves the Court for an Order requiring the expert obtained by LeRoi International to send to The Gates Corporation, by overnight mail, the hoses and fittings he was provided by counsel for LeRoi last month for testing and analysis. The report of Gates' expert is due on April 27, 2001 and he requires said objects, which are allegedly Gates products, to perform some additional analysis of same before he can render his report.

    Counsel for LeRoi advises undersigned counsel his expert is Franco Davati of FDA, Inc. who is located at Three River Way, Suite 705, Houston, Texas with telephone number of (713) 355-3775. Said expert, upon information and belief, refuses to return said objects to their owner, Seacor Marine, Inc. plaintiff herein, claiming he has not been paid for his work in conjunction with this litigation. Gates submits this expert cannot


DATE OF ENTRY APR 20 2001

1



impound important evidence like this for the above reason. In order to conclude its investigation into this matter these objects are needed before Friday, April 20, 2001. Telephone calls on the 18th by undersigned counsel to Mr. Davati to obtain this hose were not returned.

Counsel for Seacor and LeRoi have been contacted and have no objection to this Court granting this Order.

Based upon the foregoing Gates moves the Court for an Order compelling Franco Davati to mail via Federal Express or United Parcel Service, overnight arrival, all objects including hoses and fittings of Seacor to the following address upon receipt of this Order:

> The Gates Rubber Company
> 990 S. Broadway
> Denver, CO 80217
> Attn: Mike Cottrell
> Mail Code 50-4-1-B1

New Orleans, Louisiana. April 18, 2001.

Respectfully submitted,

Craig R. Nelson, (#8755)
Ward Nelson, LLC
Sixth Floor, 1539 Jackson Avenue
New Orleans, Louisiana
(504) 561-5000

CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___18___ day of _____, ____, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by the United States mail, properly addressed, and first class postage prepaid

2

905-6587

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC., et al. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 00-0166 |
| | * | |
| HOUMA FABRICATORS, a division of | * | SECTION: "S" |
| L.O.R. INC., et al. | * | |
| | * | MAGISTRATE: (1) |
| * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

FILED: APRIL _____, 2001        _____
                                                              DEPUTY CLERK

Considering the foregoing, **IT IS ORDERED**, Franco Davati and the company of FDA, Inc., upon five (5) hours of receipt of this Order mail all Seacor hoses and fittings in its possession which were forwarded by LeRoi International to him for study and analysis to the following person and address:

>   The Gates Rubber Company
>   990 S. Broadway
>   Denver, CO   80217
>   Attn: Mike Cottrell
>   Mail Code 50-4-1-B1

New Orleans, Louisiana. April _19_, 2001.

_____
UNITED STATES DISTRICT JUDGE

3