

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
| VERSUS | NO. 00-0166   SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPARE LEROI | JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

## EX PARTE MOTION FOR EXTENSION OF DEADLINES

NOW INTO COURT, through undersigned counsel, comes defendant, Houma Fabricators, A Division of LOR, Inc., ("Houma Fabricators"), and moves this Court for a new Scheduling Order for the reasons that follow:

Trial is presently set for June 11, 2001 at 8:30 a.m. The deadline for trial depositions and all discovery is presently April 30, 2001, with the Pre-Trial Order due May 9, 2001. However, due to numerous difficulties with scheduling depositions and other discovery disputes, written discovery has not been completed and depositions are scheduled to continue through May 17, 2001. Consequently, it will be impossible

for counsel to complete discovery before confection of the Pre-Trial Order and in time for the Pre-Trial Conference. Therefore, defendants respectfully move this Court for an Order establishing new deadlines for the Pre-Trial Order, discovery, the filing of motions and the Pre-Trial Conference to allow for time for these tasks to be accomplished.

Respectfully submitted,

_____
RONALD A. JOHNSON, T.A. (#7329)
ROBERT H. WOOD (#23598)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
One Shell Square,
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7708
Telephone (504) 528-3001
Attorneys for Houma Fabricators, A Division of LOR, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served upon all counsel of record by placing the same in the United States Mail, properly addressed and postage prepaid, on this 27th day of April, 2001.

_____
ROBERT H. WOOD