```
                                        FILED
                                   U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                   2001 MAY -1  PM 4:02

                                    LORETTA G. WHYTE
                                         CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEACOR MARINE, INC. ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0166** |
| **HOUMA FABRICATORS ET AL.** | **SECTION: "S" (1)** |

### ORDER

**IT IS HEREBY ORDERED** defendant's motion for extension of deadlines is **granted** and the pre-trial deadlines are continued for two weeks.

**IT IS FURTHER ORDERED** that the pre-trial conference set for May 11, 2001 be continued to May 23, 2001 at 9:30 a.m.

New Orleans, Louisiana, this  1st day of May , 2001.

*/s/ Mary Ann Vial Lemmon*
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  **MAY 0 2 2001**