

149478  0208-5994

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| SEACOR MARINE, INC., ET AL. | CIVIL ACTION |
|---|---|
| VERSUS | NO. 00-0166     SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION OF LOR, INC., ET AL. | JUDGE LEMMON<br>MAGISTRATE JUDGE SHUSHAN |

## MOTION TO COMPEL DISCOVERY

NOW INTO COURT, through undersigned counsel, comes defendant, Houma Fabricators, A Division of LOR, Inc., ("Houma Fabricators"), and files this Motion to Compel Discovery for the reasons that will appear in the accompanying Memorandum.

WHEREFORE, Houma Fabricators prays that its Motion to Compel Discovery will be granted in addition to any further legal or equitable relief to which it is entitled.

Respectfully submitted,

_____
RONALD A. JOHNSON, T.A.(#7329)
ROBERT H. WOOD, (#23598)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
4700 One Shell Square
New Orleans, LA  70139-7708
Telephone: (504) 528-3001
**Attorneys for Houma Fabricators, Inc., A Division of LOR, Inc.**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above pleading has been served upon all counsel of record by placing the same in the United States Mail, properly addressed and postage prepaid, on this 2d day of May, 2001.

_____
ROBERT H. WOOD

149478                                                                       0208-5994

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| SEACOR MARINE, INC., ET AL. | CIVIL ACTION |
|---|---|
| VERSUS | NO. 00-0166  SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION OF LOR, INC., ET AL. | JUDGE LEMMON<br>MAGISTRATE JUDGE SHUSHAN |

### MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY

NOW INTO COURT, through undersigned counsel comes defendant, Houma Fabricators, A Division of LOR, Inc. ("Houma Fabricators") and in support of its Motion to Compel Discovery, would show as follows:

As a result of a prior Motion to Compel Discovery, Seacor Marine, Inc., ("Seacor"), was ordered to produce responses to Houma Fabricators' outstanding discovery requests within seven days of the Court's Order. All objections to Houma Fabricators' discovery requests were deemed waived, with the exception of attorney/client privilege or work product doctrine. Seacor finally produced its responses at the very edge of the Court's time limit (See attached Exhibit A). These responses are deficient in several respects. First, Houma Fabricators requested a copy of the M/V GALAXIE Engine Room Log through March 31, 1999. However, Seacor has failed to produce the log entries after February 1, 1999, on the premise that the logs are on the vessel and will be copied

5

next time the vessel returns to port. Neither has the engineer's diary been produced. We have been led down this garden path before and it is only fair to assume that we will not see the requested documents until Seacor is looking down the business end of a court order. Seacor has had notice of Houma Fabricators' request for these documents for a period of months and yet still has the unmitigated gall to use the vessel's sailing schedule as grounds for failing to produce the requested documents.

Next, Seacor claims attorney/client privilege and work product doctrine over documents requested by Request for Production No. 7, yet does not supply a privilege log or any other means of identifying whether a privilege or work product exclusion really applies. Counsel have agreed that correspondence between counsel and experts should be protected unless used to form a basis of the expert's opinion, but Houma Fabricators requests a full privilege log to determine if such privileges exist.

Finally, Seacor was given notice of Houma Fabricators' intention to conduct a corporate Deposition of Seacor at the Settlement Conference held on April 17, 2001 before Magistrate Shushan. A Notice of 30(b)(5) and (6) Deposition was issued on April 18, 2001 prior to the deposition of Todd Dufrene, which had been scheduled for the next day (see attached Exhibit B). This 30(b)(5) and (6) Deposition was intended to apply to all of the depositions scheduled in participation with the Magistrate at the Settlement/Discovery Conference. It should be noted that this 30(b)(5)(6) Deposition relates almost entirely to issues raised by Seacor in its Amended Complaint. Therefore, Houma Fabricators respectfully suggests that it has the right to conduct another corporate deposition of Seacor in addition to the corporate deposition previously conducted by and on behalf of CompAir/LeRoi. To date, Seacor has failed to provide any documents

6

referred to in Attachment B of the Deposition Notice and has refused to tender its witnesses under the 30(b)(5)(6) Deposition Notice at the depositions of Todd Dufrene, Danny Felterman, Lee Felterman and Clay Stribling.

Houma Fabricators suggests that Seacor should be ordered to produce all documents responsive to its Request for Production and 30(b)(5)(6) Deposition Notice within seven days of the date of this Court's Order with all appropriate sanctions.

RONALD A. JOHNSON, T.A.(#7329)
ROBERT H. WOOD, (#23598)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
4700 One Shell Square
New Orleans, LA 70139-7708
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
**Attorneys for Houma Fabricators, Inc., A Division of LOR, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served upon all counsel of record by placing the same in the United States Mail, properly addressed and postage prepaid, on this 2d day of May, 2001.

ROBERT H. WOOD

7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | * <br> * <br> * | CIVIL ACTION <br><br> NO.: 00-0166 |
| Plaintiffs | * <br> * | SECTION: "S" (1) |
| VERSUS | * <br> * | |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI | * <br> * <br> * <br> * <br> * <br> * <br> * | |
| Defendant | * <br> * | |
| *   *   *   *   *   *   *   * | | |

### SEACOR'S RESPONSE TO HOUMA'S
### REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1**:

Please provide any and all documents that support or relate in any way to your Answers to Interrogatories.

1


EXHIBIT A

**RESPONSE TO NO. 1:**

See response to interrogatories to which we have attached supporting documentation.

**REQUEST FOR PRODUCTION NO. 2:**

Please provide any and all logs, diaries, calendars, schedules, reports or any other documents relating to the maintenance or operation of the M/V GALAXIE, including but not limited to, engine room logs, captain's logs, radio logs and dispatcher's logs.

**RESPONSE TO NO. 2:**

Copies of the engine room logs and deck logs have been produced. Additionally, a copy of the engineer's diary will be produced when the vessel arrives at port and it can be taken off the vessel for copying.

**REQUEST FOR PRODUCTION NO. 3:**

Please provide copies of any and all photographs taken of the engine room of the M/V GALAXIE both before and after the accident.

**RESPONSE TO NO. 3:**

Photographs of Ed Bergeron are enclosed. All other photographs taken of the GALAXIE by SEACOR personnel (and its experts) are available for inspection and copying at the offices of Harris & Rufty.

**REQUEST FOR PRODUCTION NO. 4:**

Please provide copies of any and all documents relating to metallurgical tests performed on the compressor you contend was the cause of the accident.

2

**RESPONSE TO NO. 4:**

See expert report of Courtney Busch.

**REQUEST FOR PRODUCTION NO. 5:**

Please provide any and all documents related to the 16-V-92 diesel engine connected to the stern thruster of the M/V GALAXIE, including but not limited to post-accident testing, metallurgical test results, and diagnostic data.

**RESPONSE TO NO. 5:**

SEACOR has conducted no post-accident testing or metallurgical testing and has accumulated no diagnostic data relating to the stern thruster engine. The only other documents pertaining to the stern thruster engine of which SEACOR is aware have already been produced in the deposition of Stewart and Stevenson and at the SEACOR 30(b)(6) deposition.

**REQUEST FOR PRODUCTION NO. 6:**

Please provide copies of any and all documents related to the testing or analysis of the hose that is the subject matter of this lawsuit, including but not limited to post-accident testing, metallurgical test results, and diagnostic data.

**RESPONSE TO NO. 6:**

See expert reports of Courtney Busch and George Casellas. No other testing or analysis has been conducted.

3

**REQUEST FOR PRODUCTION NO. 7**:

Please produce any and all documents related to post-accident fire investigation and testing, including but not limited to swab samples, oil samples, and lubricant samples.

**RESPONSE TO NO. 7**:

SEACOR objects on the ground of the attorney-client privilege and the work product doctrine to this request for documents relating to its post-accident fire investigation. Subject to the objection, SEACOR has no swab, oil or lubricant samples.

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19999)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this __12__ day of April, 2001.

_____
ALFRED J. RUFTY III

4

### JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
A PROFESSIONAL LAW CORPORATION
ONE SHELL SQUARE
701 POYDRAS ST., SUITE 4700
NEW ORLEANS, LOUISIANA 70139-7708

Robert H Wood
Admitted in Louisiana and Virginia

TELEPHONE (504) 528-3001
FACSIMILE  (504) 528-3030

April 18, 2001

**VIA FACSIMILE 525-7222**

Alfred Rufty III. Esq.
Harris & Rufty
1450 Poydras Street
Suite 1510
New Orleans, LA 70112-6050

Craig R. Nelson, Esq.
Ward & Nelson
1539 Jackson Avenue
6th Floor
New Orleans, LA 70130

        RE:   Houma Marine Fabricators
                 Claim of Seacor – M/V GALAXIE
                 Engine Room Fire, D/A: 1/30/99
                 <u>Our File No. 0207-5994</u>

Gentlemen:

    Attached hereto for each of you is a copy of the Notice of 30(B)(5)(6) Deposition of Seacor Marine, Inc.

                      Sincerely,

             JOHNSON, JOHNSON BARRIOS & YACOUBIAN

                      Robert H. Wood

RHW/efp/149008


EXHIBIT B

148692                                                                                            0207-5994

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF LOR, INC., AIR COMPRESSOR<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPARE LEROI | CIVIL ACTION<br><br>NO. 00-0166   SECTION S (1)<br><br>JUDGE LEMMON<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF 30(B)(5)(6) DEPOSITION

**PLEASE TAKE NOTICE** that defendant, Houma Fabricators, A Division of LOR, Inc. ("Houma Fabricators"), through undersigned counsel, pursuant to Rule 30(b)(5)(6) of the Federal Rules of Civil Procedure, will take the deposition of Seacor Marine, Inc. ("Seacor"), through its designated corporate representative(s) having knowledge of the areas of inquiry hereinafter described in Attachment "A" hereto and Seacor shall produce the documents requested on Attachment "B", before a duly authorized Court Reporter, at the offices of Harris & Rufty, CNG Towers, Suite 1510, 1450 Poydras Street, New Orleans, LA 70112, commencing on the 19th day of April, 2001, beginning at 11:00 a.m. and continuing thereafter from day to day until the examination is concluded, at which time and place you are hereby invited to attend.

1

Respectfully submitted,

_____
RONALD A. JOHNSON, T.A. (#7329)
ROBERT H. WOOD (#23598)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
One Shell Square,
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7708
Telephone (504) 528-3001
Attorneys for Houma Fabricators,
A Division of LOR, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record, either by hand delivery, facsimile, or by placing the same in the United States mail, properly addressed and postage prepaid, this 18th day of April, 2001.

_____

## ATTACHMENT "A"

Seacor is requested to have a corporate representative to testify with respect to the following areas of inquiry:

1. The negotiation, drafting, formation and execution of the Shipbuilding Contract dated May 30, 1996 by and between Waveland Marine Service, Inc. and Houma Fabricators, A Division of LOR, Inc.

2. The negotiation, drafting, formation and execution of any other shipbuilding contracts between Waveland Marine Service, Inc., Galaxie Marine, or Seacor Marine and any shipbuilder, including but not limited to Houma Fabricators from 1990 to the present.

3. Any modifications, change orders, alterations or changes in the plans or specifications relating to the Shipbuilding Contract referred to above, particularly in regard to the stern-thruster engine.

4. The purchase and installation of the stern thruster engine and related components of the M/V GALAXIE.

5. Any repairs or modifications made to the vessel between the date of delivery in November 1997 through the date of the engine fire on January 30, 1999.

6. Post casualty investigation and testing conducted by federal, state or local authorities, or any other person or organization, including Seacor.

7. Any warranties, indemnity agreements or other contractual obligations relating to the M/V GALAXIE and any of its component parts.

8. Customary practices in the shipbuilding industry with respect to warranties, indemnity agreements, insurance and risk of loss.

9. The reasonableness of the cost of repairs to the M/V GALAXIE following the fire on January 30, 1999.

3

# ATTACHMENT "B"

Seacor is requested to have its representative(s) produce any documents pertaining to the following areas of inquiry at the deposition:

1. The negotiation, drafting, formation and execution of the Shipbuilding Contract dated May 30, 1996 by and between Waveland Marine Service, Inc. and Houma Fabricators, A Division of LOR, Inc.

2. The negotiation, drafting, formation and execution of any other shipbuilding contracts between Waveland Marine Service, Inc., Galaxie Marine, or Seacor Marine and any shipbuilder, including but not limited to Houma Fabricators, from 1990 to the present.

3. Any modifications, change orders, alterations or changes in the plans or specifications relating to the Shipbuilding Contract referred to above, particularly in regard to the stern-thruster engine.

4. The purchase and installation of the stern thruster engine and related components of the M/V GALAXIE.

5. Any repairs or modifications made to the vessel between the date of delivery in November 1997 through the date of the engine fire on January 30, 1999.

6. Post casualty investigation and testing conducted by federal, state or local authorities, or any other person or organization, including Seacor.

7. Any warranties, indemnity agreements or other contractual obligations relating to the M/V GALAXIE and any of its component parts.

8. Customary practices in the shipbuilding industry with respect to warranties, indemnity agreements, insurance and risk of loss.

9. The reasonableness and amount of the cost of repairs to the M/V GALAXIE following the fire on January 30, 1999.

4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-0166   SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION OF LOR, INC., ET AL. | JUDGE LEMMON<br>MAGISTRATE JUDGE SHUSHAN |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.1

Counsel for movant hereby certifies that he has personally contacted counsel for plaintiff and they have been unable to resolve the discovery issues.

_____
RONALD A. JOHNSON, T.A.(#7329)
ROBERT H. WOOD, (#23598)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
4700 One Shell Square
New Orleans, LA  70139-7708
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
**Attorneys for Houma Fabricators, Inc., A Division of LOR, Inc.**

3

142350                                                                                       0207-5994

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| SEACOR MARINE, INC., ET AL. | CIVIL ACTION |
|---|---|
| VERSUS | NO. 00-0166   SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION OF LOR, INC., ET AL. | JUDGE LEMMON<br>MAGISTRATE JUDGE SHUSHAN |

## O R D E R

CONSIDERING THE FOREGOING Motion to Compel Discovery filed by Houma Fabricators, A Division of LOR, Inc. it is ORDERED that Seacor Marine, Inc. shall produce all such responsive documents within seven days of the date of this Order.

New Orleans, Louisiana, this _____ day of _____, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

4