FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY -2 PM 2: 04

LORETTA G. WHYTE
CLERK

149601                                                          0207-5994

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC., ET AL. | CIVIL ACTION |
| VERSUS                  ( | NO. 00-0166    SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION OF LOR, INC., ET AL. | JUDGE LEMMON<br>MAGISTRATE JUDGE SHUSHAN |

## MOTION FOR EXPEDITED HEARING
## AND INCORPORATED MEMORANDUM OF LAW

Movant, Houma Fabricators, A Division of LOR, Inc. ("Houma Fabricators"),

respectfully suggests that expedited hearing is appropriate in this matter because the

parties are engaged in discovery with deadlines approaching and expert depositions are

soon due.  Houma Fabricators suggests that a telephone conference may be the most

proficient way to bring the parties together and resolve these disputes.

Respectfully submitted,

_____

RONALD A. JOHNSON,  T.A.(#7329)
ROBERT H. WOOD, (#23598)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
4700 One Shell Square
New Orleans, LA  70139-7708
Telephone: (504) 528-3001
**Attorneys for Houma Fabricators,
    A Division of LOR, Inc.**

DATE OF ENTRY

MAY 0 7 2001

____Fee_____
____Process_____
__X_/Dktd_____
__/_CtRmDep_____
____Doc.No._____

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served upon all counsel of record by placing the same in the United States Mail, properly addressed and postage prepaid, on this _2d_ day of May, 2001.

_____
ROBERT H. WOOD

2

149601                                                                                                0207-5994

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-0166     SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION OF LOR, INC., ET AL. | JUDGE LEMMON<br>MAGISTRATE JUDGE SHUSHAN |

## O R D E R

UPON CONSIDERING the foregoing Motion for Expedited Hearing;

IT IS HEREBY ORDERED that said motion is granted and the parties will

communicate telephonically with the Magistrate at _10:00_ o'clock *a.m.* on the

_8th_ day of _May_, said telephone call to be initiated by counsel for

plaintiff.

New Orleans, Louisiana, this _6_ day of _May_, 2001.

U.S. ~~DISTRICT~~ JUDGE
*Magistrate*

3