

MINUTE ENTRY
SHUSHAN, M.J.
MAY 8, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC. | CIVIL ACTION |
| VERSUS | NO: 00-0166 |
| HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., ET AL | SECTION: "S"(1) |

### HEARING ON MOTIONS

APPEARANCES:   There was a telephone conference during which the following counsel participated:

   Robert Wood:        Houma Fabricators, Inc., a Division of LOR, Inc.;

   Alfred Rufty, III     Seacor Marine, Inc. and Seacor Offshore, Inc.; and

   Craig R. Nelson     The Gates Corporation.

MOTION:    MOTION OF HOUMA FABRICATORS TO COMPEL DISCOVERY

**GRANTED IN PART, DISMISSED IN PART AS MOOT AND DENIED IN PART**

   For the reasons orally assigned the motion of the defendant, Houma Fabricators, A Division

DATE OF ENTRY
MAY 0 9 2001

of LOR, Inc. ("Houma Fabricators"), to compel discovery from the plaintiffs, Seacor Marine, Inc. and Seacor Offshore, Inc. (collectively referred to as "Seacor"), is granted in part, dismissed in part as moot and denied in part with Seacor and Houma Fabricators required to do the following:

1. Seacor shall provide Houma Fabricators with an explanation for the distinction between the computer generated engine room log from the M/V Galaxie and the handwritten engine room log. If a handwritten log exists, it will be produced immediately;

2. Houma Fabricators shall serve a subpoena duces tecum on Mr. Townsend, the engineer on the M/V Galaxie, for the portion of his personal diary of the engine room for the period from December 1, 1998, through February 28, 1999, and Seacor shall report to Mr. Townsend the undersigned's intention to enforce the subpoena duces tecum;

3. Seacor and Houma Fabricators shall stipulate that Danny Felterman and Lee Felterman testified individually and on behalf of Seacor as though their depositions had been noticed by Houma Fabricators pursuant to Fed. R. Civ. P. 30(b)(6);

4. Seacor shall inquire of Howard Duncan to determine whether he is in possession of any documents responsive to Houma Fabricators' request for production of any warranties, indemnity agreements, or other contractual obligations relating to the M/V Galaxie and any of its component parts. Seacor shall make a similar inquiry to any other person in its organization who is likely to have such documents; and

5. Seacor shall provide Houma Fabricators with any shipbuilding contracts for the three years prior to May 30, 1996.

It is ORDERED that Houma Fabricators' motion to compel is GRANTED in part, DISMISSED in part as MOOT and DENIED in part and that the parties shall comply with this order within ten (10) calendar days of its entry, except that Houma Fabricators shall serve Mr. Townsend with the subpoena duces tecum at anytime that it is able to do so.

_____
SALLY SHUSHAN
United States Magistrate Judge