

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2001 MAY -1 PM 4: 40
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-0166   SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION OF LOR, INC., ET AL. | JUDGE LEMMON<br>MAGISTRATE JUDGE SHUSHAN |

### EX PARTE MOTION FOR LEAVE TO FILE REBUTTAL MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes defendant, Houma Fabricators, A Division of LOR, Inc. ("Houma Fabricators"), and moves this Honorable Court for leave to file the attached Rebuttal Memorandum for the reasons appearing therein.

WHEREFORE, defendant, Houma Fabricators, prays that its Motion for Leave to File Rebuttal Memorandum shall be granted, in addition to any further legal or equitable relief to which it is entitled.

Respectfully submitted,

_____
RONALD A. JOHNSON, T.A. (#7329)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
One Shell Square,
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7708
Telephone (504) 528-3001
Attorneys for Houma Fabricators, A Division of LOR, Inc.

DATE OF ENTRY
MAY 1 0 2001

___ Fee _____
___ Process___
X  Dktd _____
___ CtRmDep___
___ Doc. No. 189

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-0166   SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION OF LOR, INC., ET AL. | JUDGE LEMMON<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion for Leave to File Rebuttal Memorandum;

**IT IS ORDERED** that leave is granted and the enclosed Rebuttal Memorandum shall be filed into the record of this matter.

New Orleans, Louisiana, this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE