```
                                         FILED
                                   U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                   2001 MAY 15  PM 3:09

                                     LORETTA G. WHYTE
                                          CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
MAY 15, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. | CIVIL ACTION |
| versus | NUMBER 00-0166 |
| HOUMA FABRICATORS, ETC., ET AL. | SECTION "S" (1) |

A settlement conference was held on April 17, 2001.

PRESENT:

Alfred Rufty, for the plaintiff;
Ron Johnson and Robert Wood, for Houma Fabricators;
Craig Nelson, for Gates Corp.;

Following settlement discussions, the parties advised they are unable to negotiate a settlement of the case at this time. The parties are to contact this Magistrate Judge's chambers if they wish to reinstate settlement discussions.

SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY MAY 15 2001