FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 18 PM 1:46

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>        Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC. , AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR  LEROI<br><br>        Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.:   00-0166<br><br>SECTION:  "S" (1) |

* * * * * * * *

SEACOR'S EX PARTE MOTION FOR LEAVE TO FILE
REBUTTAL MEMORANDUM IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COME plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc., and respectfully moves for the entry of an order granting them leave to file the enclosed Rebuttal Memorandum in Support of Motion For Partial Summary Judgment and in opposition to Houma's cross-motion.

DATE OF ENTRY
MAY 2 2 2001

1

Respectfully submitted:

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
(504) 525-7500
**Attorneys for SEACOR Marine, Inc. and SEACOR Offshore, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this ___ day of May, 2001.

_____
ALFRED J. RUFTY III

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>Plaintiffs<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., AND LEROI<br>INTERNATIONAL, INC. D/B/A<br>COMPAIR LEROI<br><br>Defendant | * * * * * * * * * * * * * * * | CIVIL ACTION<br><br>NO.: 00-0166<br><br>SECTION: "S" (1) |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Part Motion for Leave to File its Rebuttal Memorandum in Support of Motion for Partial Summary Judgment, it is hereby

**ORDERED** that the motion is **GRANTED** and that plaintiffs, SEACOR Marine, Inc. and SEACOR Offshore, Inc. be and hereby are granted leave to file their Rebuttal Memorandum.

New Orleans, Louisiana, this _21_ day of May, 2001.

_____
DISTRICT JUDGE