```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2001 MAY 24  PM 3:41

                                           LORETTA G. WHYTE
                                                CLERK
```

MINUTE ENTRY
May 24, 2001
LEMMON, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE ET AL. | CIVIL ACTION |
| VERSUS | NO: 00-0166 |
| HOUMA FABRICATORS ET AL. | SECTION: "S" |

A pretrial conference was held on May 23, 2001 at 9:30 a.m. with appearances by Alfred Rufty on behalf of the plaintiffs, Craig Nelson on behalf of Gates Corporation, and Ronald Johnson and Robert Wood on behalf of Houma Fabricators. A bench trial is set for June 11, 2001 and is expected to last for four days. Settlement negotiations are ongoing.

MAY 25 2001

DATE OF ENTRY _____