```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2001 MAY 23  PM 4: 28

                               LORETTA G. WHYTE
                                    CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | * CIVIL ACTION<br>*<br>* NO. 00-0166<br>*<br>* SECTION "S"<br>*<br>* MAGISTRATE (1)<br>* |

### JOINT MOTION AND ORDER TO
### DISMISS WITH PREJUDICE AS OF COMPROMISE

NOW COME plaintiffs, Seacor Marine, Inc., and Seacor Offshore, Inc., and defendants, LeRoi International, Inc. d/b/a CompAir LeRoi and Dresser Industries, Inc., Air Compressor Energy Systems, Inc., and Hart Industries, Inc., who jointly move this Honorable Court for an order dismissing, with prejudice, as of compromise, all claims herein by and between movers. Plaintiffs specifically reserve all rights against all other persons who are not parties to the referenced compromise/settlement.

DATE OF ENTRY
MAY 2 5 2001

506616_1.DOC



Fee
Process
X Dktd
CtRmDep
Doc.No. 199

Respectfully submitted,

_____
Rufus C. Harris III, #6638
Alfred J. Rufty III, #19990
Gary A. Robinson, #27061
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
**Attorneys for Seacor Marine, Inc.
and Seacor Offshore, Inc.**

_____
Randall L. Kleinman, #7445
John A. Stewart, Jr. #8164
HULSE & WANEK
1010 Common Street, Suite 2800
New Orleans, Louisiana 70112
**Attorneys for Hart Industries, Inc.**

_____
Robert J. Young, Jr., #13963
YOUNG, RICHAUD and MYERS
1515 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
**Attorneys for Air Compressor Energy
Systems, Inc.**

_____
Campbell E. Wallace, T.A., #13195
Ivan M. Rodriguez, #22574
**CHAFFE, McCALL, PHILLIPS
 TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
**Attorneys for LeRoi International, Inc. d/b/a
CompAir LeRoi and Dresser Industries**

Certificate of Service

I hereby certify that I have on this 23 day of May, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery, facsimile, or by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

*Campbell Wallace*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC. AND<br>SEACOR OFFSHORE, INC.<br><br>VERSUS<br><br>HOUMA FABRICATORS, A DIVISION<br>OF L.O.R., INC., AIR COMPRESSOR<br>ENERGY SYSTEMS, INC., DRESSER<br>INDUSTRIES, INC., and LEROI<br>INTERNATIONAL, INC. d/b/a/<br>COMPARE LEROI | * CIVIL ACTION<br>*<br>* NO. 00-0166<br>*<br>* SECTION "S"<br>*<br>* MAGISTRATE (1)<br>* |

## ORDER

In view of the foregoing, it is hereby ordered that:

1. All claims by and between plaintiffs, Seacor Marine, Inc., and Seacor Offshore, Inc. and defendants, LeRoi International, Inc. d/b/a CompAir LeRoi and Dresser Industries, Inc., Air Compressor Energy Systems, Inc., and Hart Industries, Inc., herein are hereby dismissed with prejudice, as of compromise;

2. Plaintiffs reserve all rights against all other persons who are not parties to the compromise.

New Orleans, Louisiana this 2⁄ day of May, 2001.

UNITED STATES DISTRICT JUDGE

506616_1 DOC