

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 25  A 11: 14

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE INC. ET AL. | CIVIL ACTION |
| VERSUS | NO: 00-0166 |
| HOUMA FABRICATORS ET AL. | SECTION: "S" (1) |

### ORDER OF DISMISSAL

The court having been advised by counsel for the plaintiff that plaintiff and Gates Corporation have firmly agreed upon a compromise, IT IS ORDERED that the action against Gates Corporation is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED that, if witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 25th day of May, 2001.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY MAY 25 2001

Fee_____
Process_____
X Dktd_____
___ CtRmDep_____
  Doc.No. 201