FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
02 07-5994
2001 JUL 26 PM 1:10
LORETTA G. WHYTE
CLERK

151395

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-0166   SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION OF LOR, INC., ET AL. | JUDGE LEMMON<br>MAGISTRATE JUDGE SHUSHAN |

## JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come the litigants, Seacor Marine, Inc., plaintiff in this matter, and Houma Fabricators, A Division of LOR, Inc., defendant in this matter, and would show this Honorable Court that the parties have reached an amicable resolution of this dispute and desire this action to be dismissed with prejudice, each party bearing its own costs.

WHEREFORE, Seacor Marine, Inc., and Houma Fabricators, A Division of LOR, Inc., pray that this Joint Motion for Order of Dismissal With Prejudice shall be granted, in addition to any other further legal or equitable relief to which they are entitled under the premises.

Respectfully submitted,

DATE OF ENTRY
JUL 3 1 2001

RUFUS C. HARRIS III (#6638)
ALFRED J. RUFTY III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, LA 70112
Telephone: (504) 525-7500
**Attorneys for Seacor Marine, Inc. and Seacor Offshore, Inc.**

1

*[signature: Ronald A. Johnson]*
RONALD A. JOHNSON, T.A.(#7329)
ROBERT H. WOOD, (#23598)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
4700 One Shell Square
New Orleans, LA 70139-7708
Telephone: (504) 528-3001
**Attorneys for Houma Fabricators,**
  **A Division of LOR, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served upon all counsel of record by placing the same in the United States Mail, properly addressed and postage prepaid, on this 25 day of July, 2001.

*[signature]*

2

151395                                                                              0207-5994

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEACOR MARINE, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-0166   SECTION S (1) |
| HOUMA FABRICATORS, A DIVISION OF LOR, INC., ET AL. | JUDGE LEMMON<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing Joint Motion for Order of Dismissal With Prejudice filed by the parties herein,

IT IS ORDERED that such motion is granted and this action is dismissed with prejudice in its entirety each party to bear its own costs.

New Orleans, Louisiana, this __30__ day of __July__, 2001.

_____
U.S. DISTRICT JUDGE

3